Daniels, G.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
Nicholas Parker, on behalf of himself and all
others similarly situated,
          Plaintiff(s)

     -against-                 17-cv-5353(GBD)
                                    CIVIL CASE MANAGEMENT
United Industries Corporation,     PLAN AND SCHEDULING ORDER
          Defendant(s)
--------------------------------------------------------



After consultation with counsel for the parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of civil Procedure.

1. An Initial pretrial conference will be held on **Wednesday, October 11, 2017** at 9:30 a.m. at the United States District Courthouse, 500 Pearl Street, New York, New York, Courtroom 11A.

2. No Additional parties may be joined after **February 14, 2018**.

3. No amendment to the pleadings will be permitted after **February 14, 2018**.

4. Except for good cause shown, all non-expert discovery shall be commenced in time to be completed by **June 11, 2018**. The discovery completion date shall not be adjourned except upon a showing of extraordinary circumstances. Expert disclosures, including experts in support of or opposition to class certification, shall be completed by **May 11, 2018**. Expert rebuttals shall be completed by **June 26, 2018**. All expert discovery shall be commenced in time to be completed by **August 10, 2018, or within thirty (30) days** of the end of the non-expert discovery period, whichever is later.

5. Dispositive motions and Plaintiff's Motion for Rule 23 Class Certification are to be served by **August 17, 2018**. Answering papers are to be served within thirty (30) days. Reply papers are to be served within fifteen (15) days. In the event any of these Post-Discovery Motions are made, the date for submitting the Joint Pretrial Order shall be changed from that shown herein to three (3) weeks from the decision on the motion. The final pretrial conference shall be adjourned to a date four (4) weeks from the decision on the motion(s).

6. Subject to paragraph 5 above, a final pretrial conference will be held on **October 16, 2018** at 9:45 a.m.

7. Subject to paragraph 5 above, the Joint Pretrial Order shall be filed no later than **October 9, 2018, or within thirty (30) days** of the deadline to serve Post-Discovery Motions, whichever is later. The requirements for the pretrial order and other pretrial submissions shall be governed by the Court's Individual Rules of Practice.

8. All motions and applications shall be governed by the Court's Individual Rules of Practice.

9. The parties shall be ready for trial within 48 hours, notice on or after **November 12, 2018, or within thirty (30) days** of the deadline to file the Joint Pretrial Order, whichever is later. The estimated trial time is four (4) days, and this is a jury trial.

10. A Subsequent Case Management Conference will be held on **March 14, 2018** at 9:45 a.m.

Dated: October 4, 2017
      New York, New York

SO ORDERED:

OCT 05 2017

George B. Daniels
United States District Judge

Yitzchak Kopel
Attorney for Plaintiff(s)

Attorney for Defendant(s)

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2017, the above-captioned Civil Case Management Plan and Scheduling Order was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Ronie M. Schmelz*
One of the Attorneys for Defendant United Industries Corporation