UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

NICHOLAS PARKER, *on behalf of himself and all others similarly situated*,

                Plaintiff,

-against-

UNITED INDUSTRIES CORP.,

                Defendant.

------------------------------------- x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

17 Civ. 5353 (GBD) (HBP)

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: APR 27 2018*

GEORGE B. DANIELS, United States District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| _X_ | Specific Non-Dispositive Motion/Dispute: **ECF No. 17 – Request for pre-motion discovery conference** | ___ | Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:_____ |
| ___ | Settlement | ___ | Habeas Corpus |
| ___ | Inquest After Default/Damages Hearing | ___ | Social Security |
| | | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) All such motions:___ |

Dated: April 27, 2018

SO ORDERED:

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge