```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
NICHOLAS PARKER,                    :

                Plaintiff,          :   17 Civ. 5353 (GBD)(HBP)

    -against-                       :   ORDER

UNITED INDUSTRIES CORPORATION,      :

                Defendant.          :
-----------------------------------X
```

PITMAN, United States Magistrate Judge:

A recorded conference call having been held on June 4, 2018, during which the production of defendant's electronically stored information ("ESI") was discussed, for the reasons stated on the record, it is hereby ORDERED that:

    1. No later than June 11, 2018, defendant shall complete its production of ESI in response to the document request plaintiff served on September 26, 2017.

Dated: New York, New York
      June 5, 2018

                                          SO ORDERED

                                          HENRY PITMAN
                                          United States Magistrate Judge

Copies transmitted to:

All Counsel