# Tucker Ellis LLP

August 20, 2018

DIRECT DIAL 213.430.3375 | ronie.schmelz@tuckerellis.com

**VIA ECF**

The Honorable Henry Pitman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*Re:  Parker v. United Industries Corp.*, Case No. 17-cv-05353, Notice of Scheduling Conflict

Dear Magistrate Judge Pitman:

I am writing with regard to the September 20, 2018, 2:00 p.m. hearing recently scheduled to address the August 10, 2018 letter filed by Plaintiff's counsel in the above-captioned action in which they raise alleged deficiencies in Defendant United Industries Corporation's document production (the "Letter").

I am lead counsel for Defendant and the sole attorney presently admitted to practice before the Court in this action. I write to inform the Court of a scheduling conflict with the September 20, 2018 hearing and respectfully request a brief continuance. I am lead counsel in a matter pending in Los Angeles Superior Court and there is a motion for summary judgment scheduled for September 20, 2018, making it impossible for me to appear at a hearing in New York on the same day. I am the lead and only attorney representing the defendant in the Los Angeles action.

In light of the foregoing, I spoke to Plaintiff's counsel to confer about alternative dates the parties are available for the hearing and they confirmed their availability during the times proposed by Defendant. Thus, respectfully, we request the Court continue the September 20, 2018 hearing to 2:00 p.m. on September 21, 26, 27, or 28, 2018, or any other time convenient for the Court.

Defendant apologizes for any inconvenience and thanks you in advance for your consideration.

Respectfully Submitted,

*/s/ Ronie M. Schmelz*
Ronie M. Schmelz
*Counsel for United Industries Corporation*

cc:    All counsel of record (VIA ECF)

CHICAGO   CLEVELAND   COLUMBUS   HOUSTON   LOS ANGELES   SAN FRANCISCO   ST. LOUIS   |   tuckerellis.com