

515 South Flower Street, Forty Second Floor  |  Los Angeles, CA 90071-2223  |  TEL 213.430.3400  |  FAX 213.430.3409

October 9, 2018

**SUBMITTED VIA ECF**
The Honorable George B. Daniels
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St., Courtroom 11A
New York, NY 10007

Re:  *Parker v. United Industries Corporation*, No. 17-cv-5353-GBD
     Joint Motion to Continue October 16, 2018 Conference

Dear Judge Daniels:

Defendant United Industries Corporation, together with Plaintiff's counsel, request by this letter motion that this Court continue the Conference currently scheduled for October 16, 2018 to a date on or after January 15, 2019.

After the Parties first met with this Court for a Case Management Conference on March 14, 2018, this Court scheduled a follow-up Conference for October 16, 2018, which was also to correspond with the close of fact discovery. (*See* March 14, 2018 Minute Entry). Subsequently, this Court referred the case to Magistrate Judge Henry Pitman for handling of General Pretrial and Specific Non-Dispositive Motion/Dispute issues. Recently, pursuant to that authority, Magistrate Judge Pitman entered a Revised Scheduling Order changing the deadline for completion of all non-expert discovery to January 15, 2019, and suggesting that date as the "proposed date for new case management hearing." (Doc. 31.)

The Parties jointly believe that a follow-up conference will be more productive if it occurs following the completion of fact discovery. Accordingly, consistent with the Revised Scheduling Order, the Parties jointly request that this Court continue the October 16, 2018 Conference until a date on or subsequent to the January 15, 2019 date for the completion of fact discovery.

Respectfully submitted,

*/s/ Ronie M. Schmelz*
Ronie M. Schmelz

*Counsel for Defendant United Industries Corporation*


*/s/ Yitzchak Kopel*
Yitzchak Kopel

*Counsel for Plaintiff Nicholas Parker*

RMS:sm

CHICAGO  CLEVELAND  COLUMBUS  HOUSTON  LOS ANGELES  SAN FRANCISCO  ST. LOUIS  |  tuckerellis.com

Tucker Ellis LLP

The Honorable George B. Daniels
October 9, 2018
Page 2

### CERTIFICATE OF SERVICE

    I hereby certify that on **October 9, 2018**, a copy of the foregoing **JOINT MOTION TO CONTINUE OCTOBER 16, 2018 CONFERENCE** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    /s/ Ronie M. Schmelz
Ronie M. Schmelz
Tucker Ellis LLP
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071=2223
Telephone: 213.430.3375
Facsimile: 213.430.3409
Email: ronie.schmelz@tuckerellis.com

*Counsel for Defendant United Industries Corporation*

3950220.1