IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOLAS PARKER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED INDUSTRIES CORPORATION,<br><br>Defendant. | Case No. 1:17-cv-05353 |

Declaration

of

**COLIN B. WEIR**

February 3, 2019

REFERENCES MATERIALS DESIGNATED "CONFIDENTIAL" AND "HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY" UNDER PROTECTIVE ORDER

# SEALED PURSUANT TO PROTECTIVE ORDER