**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NICHOLAS PARKER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br> v.<br><br>UNITED INDUSTRIES CORPORATION,<br><br>    Defendant. | 1:17-cv-05353-GBD |

**DECLARATION OF DR. SCOTT W. GORDON, BCE, COL (USA ret)**

Dated:  January 28, 2019

**TABLE OF CONTENTS**

**PAGE(S)**

I.      INTRODUCTION .......................................................................................... 1

II.     EDUCATION, WORK EXPERIENCE, PUBLICATIONS,
        RECOGNITION .......................................................................................... 1

III.    DATA AND OTHER INFORMATION CONSIDERED ................................... 4

IV.     COMPENSATION ....................................................................................... 4

V.      OTHER TESTIMONY ................................................................................. 5

VI.     OVERVIEW OF CUTTER NATURAL INSECT REPELLENT ........................ 5

VII.    BIOGENTS TESTING FOUND THAT CUTTER NATURAL IS
        INEFFECTIVE IN REPELLING MOSQUITOES ............................................ 5

        A.      Arm-In-Cage Testing ..................................................................... 5

        B.      Biogents Cage Testing ................................................................... 6

        C.      Testing Results .............................................................................. 7

VIII.   OTHER TESTING CONFIRMS THE RESULTS OBSERVED BY
        BIOGENTS ............................................................................................... 10

        A.      Cutter Failed i2L Testing ............................................................. 10

        B.      Cutter Failed Testing By New Mexico State University ................... 12

        C.      Spectrum Brand's Testing of Cutter Natural Is Flawed And
                Unreliable .................................................................................... 13

                1.      The Bio Research Laboratory Testing Was Flawed ................ 13

                2.      The In-House Testing Was Flawed ........................................ 15

i

## I.      INTRODUCTION

1.      I have been asked to provide expert testimony on behalf of the Plaintiff in the class action *Parker v. United Industries Corporation.*

2.      At trial, I intend to testify as to the ineffectiveness of Cutter Natural Insect Repellent ("Cutter") for repelling mosquitos.  For the reasons stated herein, I conclude that Cutter Natural is ineffective in providing bite protection against, and repelling, mosquitoes. In my expert opinion, Cutter Natural has no value as a mosquito repellent and should not be relied upon by anyone for protection against mosquito bites or protection from mosquito-borne diseases.

3.      I reserve the right to supplement, change, clarify, or modify my opinions should additional information and/or documentation become available to me. I also reserve the right to submit a rebuttal report in response to any expert reports(s) submitted by Defendants.

## II.     EDUCATION, WORK EXPERIENCE, PUBLICATIONS, RECOGNITION

4.      A copy of my curriculum vitae including a list of my publications is attached hereto as Exhibit A.

5.      My educational training includes a B.S. degree from Miami University in Zoology (1973), a M.S. in Entomology (1976) from the Ohio State University and PhD in Microbiology (1993) from Colorado State University.  Upon earning my Masters degree in 1976, I worked as a medical entomologist for the Vector-borne Disease Unit of the Ohio Department of Health from 1976 until 1983.  With the Department of Health, my responsibilities included preparation of monthly arbovirus surveillance reports, mosquito collection and identification, field surveillance of arboviruses in wild bird and mammal populations, management of arthropod testing programs and providing training and technical support to local health departments throughout the State.

6.      In 1982, I was commissioned as a second lieutenant Entomologist in the Army Reserve.  At the end of 1983, I left the Ohio Department of Health and transitioned to active duty in the regular Army.  During my 30-year career in the Army, I served as an Entomologist in numerous positions of increasing authority and responsibility culminating with 2 command positions at the level of Colonel.

7.      After my initial assignment in the 44th Medical Brigade, I was stationed as a research entomologist at the U.S. Army Medical Research Institute of Infectious Diseases (USAMRIID) at Fort Detrick, MD.  During this assignment, I conducted laboratory research on the transmission of tick and mosquito-borne viruses of military importance under biosafety level 3 conditions.

8.      After receiving my PhD in 1993, I moved to Bangkok, Thailand for an assignment with The Armed Forces Institute of Medical Sciences (AFRIMS).  At AFRIMS, I held the position of Deputy Chief in the Department of Entomology and was responsible for conducting field and laboratory research on scrub typhus and malaria.

9.      From 1997 until 2001 I was an Assistant Professor in the Departments of Preventive Medicine and Biostatistics and Emerging Infectious Diseases at the Uniformed Services University of the Health Sciences (USU) in Bethesda, MD. As a faculty member, I developed curriculum, taught graduate and medical students, advised graduate students and contributed my expertise in entomology and molecular biology to a departmental research consortium on Bartonellosis in Peru.

10.      In 2001 I was selected to take command of the US Army Center for Health Promotion and Preventive Medicine, Region South (CHPPM South).  In this position, I was responsible for a number of environmental and public health programs including oversight of mosquito-borne disease surveillance at Army installations throughout the Southern U.S.  An

additional responsibility was to develop Force Health Protection guidelines and personal protective measures including the use of mosquito repellents and treated uniforms.

11.     Following my command tour, my next assignment was as Chief of the Department of Entomology at Walter Reed Army Institute of Research (WRAIR) in Silver Spring, MD. In addition to managing a $6 million entomology research portfolio, I was responsible for directing the Military's Insect Repellent Development Program. This program evaluated new candidate repellents through extensive testing in the laboratory and at field sites chosen to provide the most challenging conditions.

12.     In 2005, I was selected by an Army Board of Officers to command the 1st Area Medical Laboratory.

13.     In 2007, the Commanding General, US Army Medical Research and Materiel Command chose me to lead the US Army Medical Research Unit – Kenya (USAMRU-K) in Nairobi, Kenya.  As Director of USAMRU-K, I was responsible for oversight of cutting-edge research programs in malaria vaccine development, improving HIV diagnostic and treatment protocols, detection and assessment of emerging infectious diseases, and development of novel control measures directed against vectors of malaria, leishmaniasis and dengue.

14.     I finished my military career at the Armed Forces Pest Management Board where I served as the Department of Defense liaison to the President's Malaria Initiative, The U.S. Environmental Protection Agency, and the Public Health Pesticides Consortium.

15.     For the past five years, I have been a Senior Scientist with Biogents AG in Regensburg, Germany.  My primary responsibilities include design and oversight of field and laboratory research studies; writing and preparing research manuscripts for publication in peer-reviewed scientific journals and consulting on educational material and training videos.

3

16.     Much of my time during the past 42 years has been spent solving mosquito problems, for the military, public health agencies and private citizens.  I have authored numerous publications on mosquitoes, ticks, sand flies and rodents, and the diseases they carry.  I have presented scientific talks at professional meetings around the world.  Throughout my career as a practicing medical entomologist, I have evaluated numerous arthropod repellents for their effectiveness against mosquitoes, sand flies and ticks.  I am familiar with and have conducted numerous evaluations of repellent products using standard testing methods in the field and laboratory.

17.     During my career I served as the Entomology Consultant to the Army Surgeon General, was inducted into the Order of Military Medical Merit, was awarded the "A" level professional designator (Army equivalent to a university professor), the Chief of the Medical Service Corps Award of Excellence and 23 service awards and decorations including the Legion of Merit and the Defense Meritorious Service Medal.  I have authored or co-authored 29 scientific publications and have been Board Certified in Medical and Veterinary Entomology since 1990.

## III.    DATA AND OTHER INFORMATION CONSIDERED

18.     A list of materials that I have considered in preparing my report is attached hereto as Exhibit B.  I am also relying on my experience and knowledge accumulated in my years of work as a practicing medical entomologist and entomological consultant and researcher.

## IV.    COMPENSATION

19.     I am being compensated for my work as an expert in this case at a rate of $150 per hour.  My compensation is in no way dependent on the outcome of this case.

## V.    OTHER TESTIMONY

20.    During the previous four years, I have not testified as an expert at trial or deposition.

## VI.    OVERVIEW OF CUTTER NATURAL INSECT REPELLENT

21.    Cutter Natural Insect Repellent is manufactured and distributed as a personal mosquito repellent by United Industries Corporation.  Cutter Natural is sold in two forms:  a "pump" spray and an aerosol spray.  Both the pump spray and aerosol spray contain labels stating that Cutter Natural "repels mosquitoes for hours."  Both products also contain nearly identical instructions directing consumers to "reapply every two hours or as needed."

22.    Both Cutter products also contain the same active ingredients which purport to repel mosquitoes - 5% geraniol and 2% soybean oil.  Any differences in other inactive ingredients between the two products concern solely the method of delivery of these active ingredients (liquid vs. aerosol spray).  As a matter of science, there is no reason to believe that there would be any difference in efficacy between the lotion and the spray.

## VII.    BIOGENTS TESTING FOUND THAT CUTTER NATURAL IS INEFFECTIVE IN REPELLING MOSQUITOES

23.    In order to evaluate the repelling and bite-preventing efficacy of Cutter Natural, my lab at Biogents AG tested the product using two similar methodologies for laboratory efficacy testing of personal mosquito repellents:  arm-in-cage ("AIC") tests and Biogents cage ("BGC") tests.  I was the Senior Scientist overseeing the testing. The study is attached as Exhibit G.

### A.    Arm-In-Cage Testing

24.    For both the AIC and BGC tests, Cutter Natural was tested on 6 volunteers (3 males and 3 females) against female yellow-fever mosquitoes (*Aedes aegypti*) and southern house mosquitoes (*Culex quinquefasciatus*).  These are two common mosquitoes in the United States, and both species are known as carriers for a number of potentially deadly diseases.  In

both instances, Cutter Natural was used as the treatment, and a 30% DEET formulation (Anti Brumm forte, Vifor Consumer Health SA, Switzerland) was used as a positive control.

25.     AIC testing is the most commonly accepted procedure for evaluating mosquito repellents for human skin in the laboratory.  In this test, repellents are applied to the volunteers' forearm before inserting the arm into a cage of host-seeking, female, mosquitoes.  The arm is inserted for short, pre-determined periods at set intervals.

26.     The AIC tests conducted by Biogents followed the methodologies for AIC testing set forth by the World Health Organization ("WHO") in 2009. A copy of the WHO protocol is attached hereto as Exhibit C.

27.     The AIC test cages were cubic (40x40x40 cm) and had a volume of 64,000 cubic cm.  A total of 200 female host-seeking mosquitoes were released into a cage.  Each volunteer received his or her own cage for testing.  In order to measure repellent efficacy in the AIC tests, volunteers inserted their treated arms into the cages for 3-minute periods immediately after product application, and then again in regular 15-minute intervals.  For the DEET control, volunteers inserted their arms into the cages for 3-minute periods in regular 30-minute intervals. Per WHO guidelines, the complete protection time of the repellent is measured by the time elapsed from application of the treatment to the first documented mosquito bite.

**B.     Biogents Cage Testing**

28.     The BGC tests represent a modification to the standard AIC tests, with the intent of simulating a more "realistic" estimation of complete protection times similar to what could be expected from field testing.  The BGC testing that my lab conducted followed the protocol set forth in a peer-reviewed journal article (Obermayr et al. 2010).

29.     The BGC cages had a volume of 27,000 cubic cm, with 30 host-seeking female mosquitoes in each cage.  In between tests, the cages were connected to a ventilation system that

6

provided them with clean, warm and humid air to remove remaining host odors and repellent volatiles from the air inside the cages.

30.     Like the AIC tests, the treatment was tested at 15-minute intervals and the control was tested at 30-minute intervals.  However, unlike the AIC tests, these tests used 2-minute testing periods, rather than 3-minute periods. Per WHO guidelines, the complete protection time of the repellent was measured by the time elapsed from application of the treatment to the first documented mosquito bite.

### C.     Testing Results

31.     As reflected in the chart below, the positive DEET control consistently performed well in both tests and against both mosquito species tested.  By contrast, Cutter Natural consistently failed to provide any meaningful protection from mosquito bites. In AIC tests with *Ae. aegypti*, all volunteers were bitten during the first test, immediately following application of Cutter Natural.  In AIC tests with *Cx. quinquefasciatus*, 5 out of 6 volunteers were also bitten during the first test of Cutter Natural, and the remaining volunteer was bitten 15 minutes following application, which resulted in an overall mean CPT of 2.5 min against *Cx. quinquefasciatus*.

32.     In BG cage tests with *Ae. aegypti*, 3 out of 6 volunteers were bitten during the first test, immediately following application of Cutter.  Two volunteers were bitten after 15 minutes and the final volunteer was bitten during the interval 30 minutes following application.  Thus, the mean CPT of Cutter Natural in BG cage tests against *Ae. aegypti* was 10 min.  In BG cage tests with *Cx. quinquefasciatus*, 2 out of 6 volunteers were bitten during the first test of Cutter, 3 were bitten 15 minutes after the application and one was bitten after 30 min.  The mean CPT of Cutter Natural in BG cage tests against *Cx. quinquefasciatus* was 12.5 min.

33.     The 30% DEET formulation provided protection times that correlated with its label claim of 6 hours: in tests with Ae. aegypti, 30% DEET provided an average CPT of 4 hours (245 min) in AIC tests and average CPT of 6 hours (360 min) in BG cage tests.  In tests with *Cx. quinquefasciatus* the average CPT of 30% Deet was 4.75 hours (285 min) in AIC tests and 6.6 hours (395 min) in BG cage tests.

The results of these tests are summarized in the table below:

**Tab. 3: Mean protection times** in AIC and BG cage tests with *Ae. aegypti*. Means (and corresponding standard deviation, SD) as well as minimum and maximum CPTs are shown for each test formulation. Numbers in parentheses show, how often the FB was not observed within the testing period of 8 hours. In this case 8 was used for the calculation of the mean. Means were generated from data sets provided by six volunteers (n=6).

| Test formulation | Cage Test | Mean protection [min] until FB (± SD) | Minimum CPT [min] | Maximum CPT [min] |
|---|---|---|---|---|
| Cutter Natural Insect Repellent | AIC | 0 ± 0 | 0 | 0 |
| 30% Deet | | 245 ± 78.3 | 120 | 360 |
| Cutter Natural Insect Repellent | BG | 10 ± 11.2 | 0 | 30 |
| 30% Deet | | 360 ± 96.4 [2] | 240 | 480 |



**Diag. 1: Mean CPTs in** AIC (blue columns) and BG cage tests (green columns) with *Ae. aegypti*. The x-axis shows the test formulations, the y-axis gives the mean complete protection times in minutes (± standard deviation, SD). Means were generated from data sets provided by 6 volunteers (n=6).

**Tab. 4: Mean protection times** in AIC and BG cage tests with *Cx. quinquefasciatus*. Means (and corresponding standard deviation, SD) as well as minimum and maximum CPTs are shown for each test formulation. Numbers in parentheses show, how often the FB was not observed within the testing period of 8 hours. In this case 8 was used for the calculation of the mean. Means were generated from data sets provided by six volunteers (n=6).

| Test formulation | Cage Test | Mean protection [min] until FB (± SD) | Minimum CPT [min] | Maximum CPT [min] |
|---|---|---|---|---|
| Cutter Natural Insect Repellent | AIC | 2.5 ± 5.6 | 0 | 15 |
| 30% Deet | | 285 ± 113.2 | 120 | 450 |
| Cutter Natural Insect Repellent | BG | 12.5 ± 10.3 | 0 | 30 |
| 30% Deet | | 395 ± 70.2 [2] | 300 | 480 |



**Diag. 2: Mean CPTs in** AIC (blue columns) and BG cage tests (green columns) with *Cx. quinquefasciatus.* The x-axis shows the test formulations, the y-axis gives the mean complete protection times in minutes (± standard deviation, SD). Means were generated from data sets provided by 6 volunteers (n=6).

34.     The results of these tests, which show mean CPT for the Cutter product ranging from 0 to 12.5 minutes, indicates that this product has no significant efficacy and lacks any value as a mosquito repellent.  These results are statistically significant compared to the DEET product tested and are indicative of results expected if tested in the general population of the United States.  This product gives consumers a false sense of security in that consumers are likely to believe the product will protect them from biting mosquitoes and the diseases they transmit whereas the evidence shows it will not.

## VIII.   OTHER TESTING CONFIRMS THE RESULTS OBSERVED BY BIOGENTS

### A.     Cutter Failed i2L Testing

35.     I have also been supplied with the results of AIC testing conducted on Cutter by i2L Research USA, Inc. in Baltimore, MD.  A copy of i2L's test report as attached hereto as Exhibit D.

36.     The i2L testing was conducted in accordance with the guidelines set forth by the EPA (2010) for AIC testing.  A copy of the EPA protocol is attached hereto as Exhibit E.

37.     Like the Biogents testing, i2L tested the product against *Aedes aegypti* and *Culex quinquefasciatus* mosquitoes.  The tests were conducted on 4 volunteers.

38.     In the i2L testing, exposure periods were 5 minutes each, with the first period occurring 30 minutes following application of the product.

39.     For all four subjects, and against both species of mosquitoes, bites occurred in the first exposure period, 30 minutes following application of the product.  The product did not protect a single volunteer during the initial exposure period in any of the 8 tests conducted.

40.     The following chart depicts the results observed in the i2L testing:

**Table 2.** Time to product breakdown (average and SE) against mosquitoes.

| Species | Sample name | Breakdown time (hours) | Average time to breakdown (hours) | SE |
|---|---|---|---|---|
| *Aedes aegypti* | Cutter Natural Insect Repellent | 0.5<br>0.5<br>0.5<br>0.5 | **0.5** | 0.0 |
| *Culex quinquefasciatus* | Cutter Natural Insect Repellent | 0.5<br>0.5<br>0.5<br>0.5 | **0.5** | 0.0 |

41.     Although Cutter Natural was not tested at a shorter period than 30 minutes following application in the i2L tests (this is the minimum interval prescribed by the EPA for AIC testing), there is reason to believe the product would have failed at shorter intervals as well. Indeed, the results of the Biogents arm-in-cage testing showed that the product lasted 0 minutes across the board against *Aedes aegypti*, and provided a mean protection time of 2.5 minutes for *Culex quinquefasciatus* mosquitoes.

42. The results of the i2L tests are consistent with the results of the Biogents tests, and lend further support to my opinion that Cutter is ineffective in providing bite protection (repelling biting mosquitoes).

**B.      Cutter Failed Testing By New Mexico State University**

43. A study of the efficacy of Cutter Natural also appeared in a peer-reviewed journal article by Rodriguez et al., in January 2015. A copy of this published study is attached hereto as Exhibit F.

44. The stated objective of this study, which was conducted by researchers in the Department of Biology at New Mexico State University, was to "test the efficacy of eight commercially available mosquito repellent products," including Cutter Natural.

45. This study was performed using a Y-tube olfactometer that was constructed according to the blueprint published by the WHO in it its publication "Guidelines for efficacy testing of spatial repellents."

46. A Y-tube olfactometer is a device which can be used to test the efficacy of mosquito repellents without the need for human subjects to expose themselves to mosquito bites. This is a commonly accepted method to measure whether a substance is repelling or not. In this study, tests were conducted using two species of mosquitoes: *Aedes aegypti* and *Aedes albopictus*. Several Cutter-brand products were included in this study, including Cutter Skinsations Insect Repellent (a DEET-based product), Cutter Lemon Eucalyptus Insect Repellent (a DEET-free product), and Cutter Natural Insect Repellent. The study also tested a number of other commercially-available insect repellents sold in the United States.

47.  The study found that application of the sprays containing DEET "resulted in a strong reduction of attraction," and that Cutter's "lemon-eucalyptus oil [showed] similar efficacy compared with DEET repellents."

48.     However, when evaluating Cutter Natural Insect Repellent, the study found that it "produced no significant reduction in attraction," "did not work in either species [of mosquitoes tested], and "produced little or no repellency effect."

49.     These results are consistent with what was observed in the Biogents and i2L testing, and further support my conclusion that Cutter is ineffective in repelling mosquitoes.

**C.      Spectrum Brands' Testing of Cutter Natural Is Flawed And Unreliable**

50.     I have also been supplied with efficacy testing of Cutter Natural performed and/or commissioned by its manufacturer, United Industries Corporation, also referred to as "Spectrum Brands."

**1.      The Bio Research Laboratory Testing Was Flawed**

54.     First, I was supplied with three reports from a laboratory called "Bio Research." Each of these reports were the results of AIC testing performed on Cutter Natural against *Culex quinquefasciatus* mosquitoes.  These reports were labeled as Bio Study Nos. 213-10, 147-12, and 283-12.

55.     █████████████████████████████████████████████████
████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████
███████████████████████
      ██    ███████████████████████████████████████
█████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████
██████████████████████████████████████████████
      ██    █████████████████████████████████████████████
███████████████████████████████████████████████████

██████████████████████████████████████████████

███████████████████████████████ 47

    ■    ████████████████████████████████████████

██████████████████████████████████████████████████

█████████████████████████████████████████ 16

    ■    ████████████████████████████████████████████

█████████████████████████████████████████████████

█████████████████████████████████████████████████

██████████████████████████████████████████████████

███████████████████████████████████████████████████

██████████████████████████████████

    ■    ███████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████████████████

█████████████████████████████████████████

    ■    ███████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████████████

████████

    ■    ███████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████████████████████████

█████████████████████████████████████████████

██  ███████████████████████████████████████████████

██████████████████████████████████████████████████████

### 2.    <u>The In-House Testing Was Flawed</u>

64.    I have also been supplied with documentation of a series of AIC tests conducted in-house on Cutter Natural by Defendant's former employee, Travis Wood.  ██████████ ████████████████████████████████████

65.    *Aedes aegypti* mosquitoes are commonly found in the southern United States and are the main species of mosquito that spreads Zika, dengue, chikungunya, and other viruses.[1]

66.    For the reasons I discuss below, these tests were not a reliable basis to determine complete protection time for the Cutter Natural product.

67.    ████████████████████████████████████████████ ███████████████████████████████████████████ █████████████████████████████ ██  ████████████████████████████████████ ██████████████████████████████████████████████████████ █████████████████████████████████████████████████ ██    ████████████████████████████████████████████ ██████████████████████████████████████████████████

---

[1] https://www.cdc.gov/zika/vector/range.html
[2] ████████████████████████████
[3] ████████████████████████████





## **VERIFICATION**

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief, and that this declaration was executed at Regensburg, Germany, this 28th day of January, 2019.

_____
Scott Gordon

**EXHIBIT A**

**Curriculum Vitae**

3 January 2019

**Name**:     Scott Wilson Gordon

**Address**:   Weissenburgstr. 22
             Regensburg 93055
             Germany

**Phone**:    +49 941 569 911 29 (Office)
             1-304-209-6369 (US Business Cell)

**e-mail**:  scott.gordon@biogents.com

**Education**:   Ph.D., Microbiology, Colorado State University, Fort Collins, CO, 1993.
               M.S., Strategic Studies, U.S. Army War College, Carlisle, PA, 2004
               M.S., Entomology, The Ohio State University, Columbus, OH, 1976.
               B.A., Zoology, Miami University, Oxford, OH, 1973.

**Employment History**:

   Medical Entomologist and Senior Scientist – Biogents AG, Regensburg, Germany.
        November 2013 to Present. Responsible for designing and oversight of field and
        laboratory research studies. Write and prepare research manuscripts for
        publication in peer-reviewed scientific journals; prepare product training videos;
        serve as President of Biogents-USA.

   Director, Information Services Division – Armed Forces Pest Management Board
        (AFPMB), Silver Spring, MD. October 2011 to October 2013. Responsible for
        maintaining the AFPMB website including the Literature Retrieval System and
        Living Hazards Database. Update and publish Disease Vector Ecology Profiles
        and Technical Bulletins. Serve as military liaison to the President's Malaria
        Initiative and the Public Health Pesticides Consortium. Represent the AFPMB on
        the VectorMap steering committee and the Vector Pathogen Detection
        Integrated Product Team. Serve as U.S. Environmental Protection Agency
        Liaison and principle point of contact for pesticide issues.

   Executive Officer - Walter Reed Army Institute of Research, Silver Spring, MD. October
        2010 to October 2011. Served as Executive Officer responsible for overseeing
        administrative support to the Institute and its 3 overseas and 2 US laboratories
        and detachments including: Facilities Maintenance, Logistics, Personnel,
        Information Technology, Resource Management, Library and Medical
        Audiovisual Services, and execution of Base Reduction Alignment and Closure
        requirements. Supervised 145 civilian and military employees.

   Commander – US Army Medical Research Unit – Kenya (USAMRU-K), August 2007 to
        September 2010. Responsible for direction and oversight of a multifaceted
        tropical infectious disease research program with a mission to develop and test
        improved means for predicting, preventing and treating worldwide infectious

disease threats to deployed U.S. military personnel. Supervised and managed a staff of 16 US military officers and over 500 Kenyan scientists and support personnel with a budget exceeding $60 million. USAMRU-K is focused on global disease surveillance, training, research in drug and vaccine development, and response to emerging infectious disease threats.

<u>Commander</u> - 1st Area Medical Laboratory, Aberdeen Proving Ground, MD. June 2005 – July 2007. Commanded a deployable medical laboratory that provides chemical, biological, radiological, nuclear, endemic disease, and occupational and environmental health surveillance to support the Combatant Commanders and the Nation across the full spectrum of military operations and homeland defense.

<u>Executive Officer</u> - Walter Reed Army Institute of Research, Silver Spring, MD. October 2004 to May 2005. Served as Acting Executive Officer responsible for administrative support to the Institute and its 3 OCONUS and 2 CONUS laboratories and detachments. Supervised 145 civilian and military employees with a budget exceeding $11 million.

<u>Chief, Department of Entomology</u> - Walter Reed Army Institute of Research, Silver Spring, MD. July 2003 to October 2005. Managed the premier entomological research organization in the DoD with a mission to develop products to support the deployed warfighter. Responsible for oversight of the Military Insect Repellent Testing Program. Served as Entomology Research coordinator for Military Infectious Disease Research Program. Served as Chair of the Research Committee, and member of the Medical Entomology Committee of the Armed Forces Pest Management Board.

<u>Commander</u> – U.S. Army Center for Health Promotion and Preventive Medicine, Region South, Fort McPherson, Georgia. July 2001 to July 2003.  Commanded a battalion- level scientific and technical unit providing preventive medicine services to military units and installations in a 10 state region of the southeastern US. Supervised a highly trained staff of civilian and military personnel with expertise in public health, industrial hygiene and environmental science. Responsible for providing force health protection guidance to deployable units.

<u>Assistant Professor</u> –Department of Preventive Medicine and Biostatistics with co-appointment in the Emerging Infectious Disease Program, Uniformed Services University of the Health Sciences, Bethesda, MD.  March 1997 to June 2001. Developed and taught graduate level courses in medical entomology, preventive medicine and parasitology to medical and graduate students. Conducted field and laboratory research on sand flies and Bartonellosis in Peru. Served as a member of Faculty Senate and on numerous University committees.

<u>Assistant Chief</u> - Department of Entomology, U.S. Army Medical Component, Armed Forces Research Institute of Medical Science, Bangkok, Thailand.  December 1993 to February 1997.  Conducted field and laboratory research on scrub typhus, malaria and other tropical vector-borne diseases of military importance. Served as Institute Safety Officer and as a member of the Institute Animal Care and Use Committee.

Ph.D. candidate – Board selected for the U.S. Army Long-term Health Education and Training program in the Department of Microbiology, Arthropod-borne and Infectious Disease Laboratory, Colorado State University, Fort Collins, CO. August 1990 to October 1993.  Conducted doctoral dissertation research on the molecular genetics of *Dirofilaria immitis* infections in *Aedes aegypti.*

Research Entomologist - Department of Arboviral Entomology, Virology Division, U.S. Army Medical Research Institute for Infectious Diseases, Fort Detrick, MD. March 1988 to July 1990.  Conducted field and laboratory research on mosquito and tick-borne viruses of military importance including Rift Valley fever, Venezuelan equine encephalitis and Crimean Congo hemorrhagic fever.

Assistant Plans Officer - 44th Medical Brigade, Fort Bragg, NC. June 1986 to June 1987. Developed contingency medical support plans and troop medical threat briefings in support of XVIII Airborne Corps.

Commander - 714th Medical Detachment, Fort Bragg, NC.  December 1984 to June 1986.  Commanded a 35 person entomology team with a worldwide mission to provide preventive medicine support to the XVIII Airborne Corps.

Executive Officer - 714th Medical Detachment, Fort Bragg, NC.  March 1984 to December 1984. Served as officer in charge of logistics, maintenance, motor operations, property management, safety, training, and medical readiness.

Medical Entomologist - Vector-borne Disease Unit, Ohio Department of Health, Columbus, OH.  July 1976 to December 1983.  Conducted a statewide mosquito-borne disease surveillance program. Activities included mosquito collection, identification and laboratory testing for arboviruses. Conducted a Rocky Mountain spotted fever tick testing program.

Research Assistant - Children's Hospital Research Foundation, Columbus, OH. (part-time July 1980 to August 1982).  Conducted research identifying cytomegalovirus infections in pre-term infants.

**Honors**:

Entomology Consultant to the Army Surgeon General, 2010-2013
Order of Military Medical Merit, 2003.
Inducted into Delta Omega, the Public Health Honorary Society, 2001.
Awarded the "A" Proficiency Designator in Entomology, 2000.
Distinguished Honor Graduate, Army Medical Department Officer Advanced Course, Fort Sam Houston, TX, 1987.
Carmack Award for outstanding Medical Service Corps Officer, Army Medical Department Officer Advanced Course, Fort Sam Houston, TX, 1987.
Chief, Medical Service Corps, Award of Excellence, 1986.
Honor Graduate, Army Medical Department Officer Basic Course, Fort Sam Houston, TX, 1984.

**Membership in Professional Societies**

American Society of Tropical Medicine and Hygiene 1988 to present
Entomological Society of America 1982 to present
Board Certified Entomologist in Medical and Veterinary Entomology 1990 to present
American Mosquito Control Association 1978 to present
Society for Vector Ecology 2013 to present
European Mosquito Control Association 2016 to present
Ohio Mosquito and Vector Control Association 1976-1984; 2017 to Present
Royal Society of Tropical Medicine and Hygiene 1997 to 2004

**Publications**:

Journal Articles

Degener C.M., Geier M., Kline D., Urban J., Willis S., Ramirez K., Cloherty E.R., Gordon S.W. 2019. Field trials to evaluate the effectiveness of the BG-Sweetscent lure in combination with several commercial mosquito traps and to assess the effectiveness of the BG-Mosquitaire trap with and without carbon dioxide. J. Am Mosq Control Assoc. Accepted for Publication.

Harwood J.F., Rama V., Hash J.M., Gordon S.W. 2018 The Attractiveness of the Gravid *Aedes* Trap to Dengue Vectors in Fiji. J Med Entomol 55(2):481–484 doi: 10.1093/jme/tjx221.

Sperling S., Cordel M., Gordon S., Knols B.G.J., Rose A. 2017. Eave tubes for malaria control in Africa: Videographic observations of mosquito behaviour in Tanzania with a simple and rugged video surveillance system. MalariaWorld Journal 8 (9): 1-10.

Akaratovic K.I., Kiser J.P., Gordon S. and Abadam C.F.. 2017. Evaluation of the Trapping Performance of Four Biogents AG Traps and Two Lures for the Surveillance of *Aedes albopictus* and Other Host-Seeking Mosquitoes. J. Am Mosq Control Assoc. 33: 108-115.

Arimoto H., Harwood J.F., Nunn P.J., Richardson A.G., Gordon S., Obenauer P.J. Comparison of trapping performance between the original BG-Sentinel trap and BG-Sentinel 2 trap. 2015. *J Am Mosq Control Assoc* 31: 384-387.

Englbrecht C., Gordon S., Venturelli C., Rose A., and Geier M. 2015 Evaluation of BG-Sentinel Trap as a Management Tool to Reduce *Aedes albopictus* Nuisance in an Urban Environment in Italy. J. Am. Mosq. Control Assoc., 31(1):16-25.

Mascari, T.M., Stout, R.W. Clark, J., Gordon S., Bast, J. and Foil, L.D. 2013. Insecticide-treated rodent baits for sand fly control. Pesticide Biochemistry and Physiology 106(3):113-117

Britch, S.C., Linthicum K.J., Walker T.W., Farooq M., Gordon S.W., Clark J.W., Ngere F., Ngonga D., Chepchieng C. 2011. Evaluation of ULV applications against old world sand fly (Diptera: Psychodidae) species in Equatorial Kenya. J Med Entomol. 48:1145-1159.

Mascari, T.M., Clark J., Gordon S., Mitchell M.A., Rowton E.D., Stout R., Foil L.D. 2011. Oral treatment of rodents with insecticides for control of sand flies (Diptera: Psychodidae) and

the fluorescent tracer technique (FTT) as a tool to evaluate potential sand fly control methods. J. Vector Ecol. 36 Supp 1: 132-137.

Weldon P.J., Kramer M.W., Gordon S., Spande T.F., Daly J.W. 2006. A common pumiliotoxin from poison frogs exhibits enantioselective toxicity against mosquitoes. Proceedings of the National Academy of Science: 103: 17818-17821.

Duong, Q., Song X., Mitrojorgji E., Gordon S., Eng G. 2006. Larvicidal and structural studies of some triphenyl- and tricyclohexyltin para-substituted benzoates. J. Organometallic Chemistry 691:1775-1779.

Taylor, P., Gordon S. W., Hall T.L., Kimm G.L., Tyner S.D., Van Horn G.T. 2006.  Force protection through laboratory analysis and health risk assessment. AMEDD Journal PB 8-06-April–June.

Masuoka, P.M., Claborn D.M., Andre R.G., Nigro J., Gordon S.W., Klein T.A., Kim H.C. 2003. Use of IKONOS and Landsat for malaria control in the Republic of Korea. Remote Sensing of the Environment 88: 187-194

Chamberlin, J., Laughlin L.W., Romero S., Solarzano N., Gordon S., Andre R., Pachas P., Friedman H., Ponce C., Watts D. 2002. The incidence of, and risk factors for, endemic *Bartonella bacilliformis*: A prospective cohort study of the inhabitants of a Peruvian Mountain Valley. Journal of Infectious Disease 186:983-90.

Chamberlin, J, Laughlin L., Gordon S., Romero S., Solorzano N. 2000. Sero-diagnosis of *Bartonella bacilliformis* infection by indirect fluorescent antibody assay: Test development and application in an endemic population. J. Clin. Microbiol. 38:4269-71.

Coleman, R.E, Barth J.F., Turell M.J., Gordon S.W., Sattabangkot J., Copeland R., Wirtz R.A. 2000.  Development and evaluation of a dipstick assay for the detection of *Plasmodium falciparum* and *P. vivax* sporozoites in mosquitoes (Diptera: Culicidae).  J. Med. Entomol. 34:581-587.

Linthicum, K.J., Bailey C.L.,Tucker C.J., Gordon S.W., Logan T.M., Peters C.J, Digoutte J.P. 1994.  Effects of man-made ecological alterations of the Senegal River basin on Rift Valley fever transmission.  Sistema Terra 3: 44-47.

Gordon, S.W., Linthicum K.J., Moulton J.R. 1993.  Transmission of Crimean-Congo hemorrhagic fever virus in two species of *Hyalomma* ticks from infected adults to cofeeding immatures.  Am. J. Trop. Med. Hyg. 48: 576-580.

Gordon, S.W., Tamarriello R.F., Linthicum K.J., Dohm D.J., Digoutte J.P. 1992. Arbovirus isolations from mosquitoes collected during 1988 in the Senegal River basin.  Am. J. Trop. Med. Hyg. 46: 742-748.

Linthicum, K.J., Gordon S.W., Monath T.P. 1992.  Comparative infections of epizootic and enzootic strains of Venezuelan equine encephalomyelitis virus in *Amblyomma cajennense* (Acari: Ixodidae).  J. Med. Entomol. 29: 827-831.

Gordon, S.W., Tamarriello R.F., Linthicum K.J., Wirtz R.A., Digoutte J.P. 1991. Feeding patterns of mosquitoes collected in the Senegal River basin. J. Am. Mosq. Cont. Assoc. 7: 424-432.

Linthicum, K.J., Logan T.M., Kondig J.P., Gordon S.W., Bailey C.L. 1991. Laboratory biology of *Hyalomma truncatum* (Acari: Ixodidae). J. Med. Entomol. 28: 280-283.

Linthicum, K.J., Logan T.M., Bailey C.L., Gordon S.W., Peters C.J., Monath T.P., Osorio J., Francey D.B., McLean R.G., Leduc J.W., Graham R.R., Jahrling P.B., Moulton J.R., Dohm D.J. 1991.  Venezuelan equine encephalomyelitis virus infection in and transmission by the tick *Amblyomma cajennense* (Arachnida: Ixodidae).  J. Med. Entomol. 28: 405-409.

Linthicum, K.J., Bailey C.L., Tucker C.J., Mitchell K., Gordon S.W., Logan T.M., Peters C.J., Digoutte J.P. 1990. Polar-orbiting satellite monitoring of man-made changes in the ecology of the Senegal River basin, as they relate to a Rift Valley fever epidemic.  In *Arbovirus Research in Australia*, M.F. Uren, J. Blok, and L.H. Manderson eds., Proc. 5th Symposium: 116-119.

Gordon, J.C., Gordon S.W., Peterson E., Philip R.N. 1984.  Epidemiology of Rocky Mountain spotted fever in Ohio, 1981: Serologic evaluation of canines and rickettsial isolations from ticks associated with human case exposure sites.  Am J. Trop. Med. Hyg. 33: 1026-1031.

Gordon, J.C., Gordon S.W., Peterson E., Philip R.N.  1983.  Rocky Mountain spotted fever in dogs associated with human patients in Ohio.  J. Inf. Dis. 148: 1123.

Smith, A.C., Gordon J.C., Gordon S.W., Philip R.N..  1983.  Rocky Mountain spotted fever in an urban canine population.  J. Am. Vet. Med. Assoc. 183: 1451-1453.

Gordon, S.W., Peterson E.D.  1980.  Occurrence of *Toxorhynchites rutilus septentrionalis* in tires in Ohio.  Mosq. News 40: 107-109.

Gordon, S.W., Berry R.L., Parsons M.A., Bear G.T., Halpin T.J.  1978.  Increased prevalence of *Culex tarsalis* in Ohio and its implications.  Mosq. News 38: 366-369.

Published Book Chapters

Knudson, D.L., L. Zheng, Gordon S.W., Brown S.E., Kafotos F.C. 1996. Genome organization of vectors.  In *Biology of Disease Vectors*, B.J. Beaty and W.C. Marquardt, eds., University of Colorado Press.

Berry, R.L., Parsons M.A., Restifo R.A., Peterson E.D., Gordon S.W., Reed M.R., Calisher C.H., Bear G.T., Halpin T.J. 1983. California serogroup virus infections in Ohio: an 18 year retrospective summary.  In *California Serogroup Viruses*, C.H. Calisher and W.H. Thompson eds.  Prog. Clin. Biol. Res. 123: 215-223.

**EXHIBIT B**

**List of Materials Considered**

- Biogents Final Report – Laboratory study on the bite-preventing efficacy of Cutter Natural Insect Repellent and 30% N,N-diethyl-m-toluamide (Deet) in arm-in-cage- (AIC) and Biogents (BG) cage tests with yellow fever mosquitoes (*Aedes aegypti*) and southern house mosquitoes (*Culex quinquefasciatus*).

- i2L report – Laboratory bioassay to determine the efficacy of consumer products as repellents against mosquitos.

- Deposition transcripts of Ron Cardoza, Travis Wood, and Kathy Cearnal.

- Rodriguez et al., *The Efficacy of Some Commercially Available Insect Repellents for Aedes aegypti (Diptera Culicidae) and Aedes albopictus (Diptera Culicidae)*, Journal of Insect Science, Volume 15. Issue 1, 1 January 2015, 140, https://doi.org/10.1093/jisesa/iev125.

- Obermayr et al., *A Novel Test Cage With an Air Ventilation System as an Alternative to Conventional Cages for Efficacy Testing of Mosquito Repellents*, J. Med. Entomol. 47(6):1116-1122 (2010).

- Consumer Reports 2015 Study (005916)

- Consumer Reports 2016 Study

- Woods Internal Testing (014665-014674)

- WHO Protocol

- EPA Protocol

- Bio Study No. 213-10 (Bates No. 000001-000019)

- Bio Study No. 147-12 (Bates No. 000020-000042)

- Bio Study No. 283-12 (006900-006918)

**EXHIBIT C**

# GUIDELINES FOR EFFICACY TESTING OF MOSQUITO REPELLENTS FOR HUMAN SKIN



World Health Organization
Control of Neglected Tropical Diseases (NTD)
WHO Pesticide Evaluation Scheme (WHOPES)



**World Health Organization**

WHO/HTM/NTD/WHOPES/2009.4

# GUIDELINES FOR EFFICACY TESTING OF MOSQUITO REPELLENTS FOR HUMAN SKIN



**CONTROL OF NEGLECTED TROPICAL DISEASES**
**WHO PESTICIDE EVALUATION SCHEME**

**© World Health Organization 2009**

All rights reserved.

The designations employed and the presentation of the material in this publication do not imply the expression of any opinion whatsoever on the part of the World Health Organization concerning the legal status of any country, territory, city or area or of its authorities, or concerning the delimitation of its frontiers or boundaries. Dotted lines on maps represent approximate border lines for which there may not yet be full agreement.

The mention of specific companies or of certain manufacturers' products does not imply that they are endorsed or recommended by the World Health Organization in preference to others of a similar nature that are not mentioned. Errors and omissions excepted, the names of proprietary products are distinguished by initial capital letters.

All reasonable precautions have been taken by the World Health Organization to verify the information contained in this publication. However, the published material is being distributed without warranty of any kind, either express or implied. The responsibility for the interpretation and use of the material lies with the reader. In no event shall the World Health Organization be liable for damages arising from its use.

# CONTENTS

**Page**

ACKNOWLEDGEMENTS    III

1.    **INTRODUCTION**    1

2.    **LABORATORY STUDIES**    4

    2.1    Estimation of effective dose (technical material)    6

    2.2    Estimation of complete protection time (technical material and formulated product)    8

3.    **FIELD TRIALS**    10

    3.1    Efficacy and persistence of technical material    10

    3.2    Efficacy and persistence of formulated product    18

4.    **REFERENCES**    20

ANNEX 1.    GUIDELINES FOR DEVELOPMENT OF THE INFORMED CONSENT FORM    21

ANNEX 2.    MEASUREMENT OF THE SURFACE AREA OF THE SKIN OF LIMBS    26

ANNEX 3.    ESTIMATION OF MEDIAN AND CONFIDENCE INTERVAL OF COMPLETE PROTECTION TIME USING THE KAPLAN–MEIER SURVIVOR FUNCTION    28

# ACKNOWLEDGEMENTS

The first draft of these guidelines was prepared by a drafting committee appointed by the World Health Organization (WHO) and composed of Dr Don Barnard, Dr Ulrich Bernier and Dr Gary Clark, Mosquito and Fly Research Unit, United States Department of Agriculture, Gainesville, FL, USA; Dr Michael Nathan, World Health Organization (WHO), Geneva, Switzerland; and Dr Morteza Zaim, WHO Pesticide Evaluation Scheme (WHOPES), Geneva, Switzerland. None of the experts declared an interest in the subject matter of these guidelines.

The first draft of the guidelines was subsequently peer reviewed by individuals and institutions known for their expertise in the subject.

The above-mentioned drafting committee considered all comments and prepared a second draft. This revised draft was reviewed and discussed at the WHOPES consultation held at WHO headquarters in Geneva, Switzerland on 23–27 February 2009. Representatives from industry were invited to attend the first one-and-a-half-days of the meeting for the purposes of exchanging information and sharing views, after which the second draft and comments were further reviewed by a group of WHO-appointed experts, who finalized the guidelines by consensus. These experts were Dr Jane Bonds, Florida A&M University, Panama City, FL, USA; Dr Don Barnard, Mosquito and Fly Research Unit, United States Department of Agriculture, Gainesville, FL, USA; Dr Ulrich Bernier, Mosquito and Fly Research Unit, United States Department of Agriculture, Gainesville, FL, USA; Dr Gary Clark, Mosquito and Fly Research Unit, United States Department of Agriculture, Gainesville, FL, USA; Dr Vincent Corbel, Centre de Recherches Entomologiques, Cotonou, Benin; Dr David Dame, Gainesville, FL, USA; Dr Nigel Hill, London School of Hygiene and Tropical Medicine, London, UK; Dr Zairi Jaal, Universiti Sains Malaysia, Penang, Malaysia; Mr Christophe Lagneau, EID Méditerranée, Montpellier, France; Mr Mark Latham, Manatee County Mosquito Control; Palmetto, FL, USA; Dr Lee Han Lim, Institute for Medical Research, Kuala Lumpur, Malaysia; Professor Dr

Graham Matthews, Imperial College, Ascot, UK; Dr Peter Miller, University of Technology, Sydney, NSW, Australia; Professor Dr A. Jennifer Mordue Luntz, University of Aberdeen, Scotland, UK; Dr Michael Nathan, Farges, France; and Dr Kevin Sweeney, United States Environmental Protection Agency, Washington, DC, USA.

From the total of 15 experts who participated in this Consultation, two experts declared an interest: (i) Dr Nigel Hill: his research group at the London School of Hygiene and Tropical Medicine conducts screening of developmental public health pesticides for a large number of companies; (ii) Professor Dr A. Jennifer Mordue Luntz: she is the co-inventor of a novel, patented insect repellent owned by her employer, the University of Aberdeen, together with an external partner.

The WHO Department of Control of Neglected Tropical Diseases acknowledges all the individuals and institutions listed above for their important contributions to this work. It also expresses its sincere thanks to Dr Gary G. Clark, Research Leader, Mosquito and Fly Research Unit, United States Department of Agriculture, Gainesville, FL, USA for his valuable support and technical advice. The financial support provided by the Bill & Melinda Gates Foundation is also gratefully acknowledged.

The Department greatly appreciates feedback and suggestions from national programmes, research institutions and industry on the guidelines in order to improve future editions.

# 1. INTRODUCTION

The purpose of these guidelines is to provide specific and standardized procedures and criteria for efficacy testing and evaluation of mosquito repellents for human skin. Their aim is to harmonize the testing procedures carried out in different laboratories and institutions in order to generate comparable data for registering and labelling such products by the national regulatory authorities. However, the requirements for registration of pesticides, including repellents, are determined by the national regulatory authorities.

These guidelines are an expanded and updated version of those recommended by the WHO Pesticide Evaluation Scheme (WHOPES) Informal Consultation on the evaluation and testing of insecticides, held at WHO headquarters in Geneva, Switzerland, on 7–11 October 1996 (*1*). These were reviewed and recommended by the WHO Consultation on testing and evaluation of public health pesticides, held at WHO headquarters on 23–27 February 2009.

The guidelines provide guidance and procedures on laboratory studies, field trials and evaluation of technical material used in mosquito repellent products and on the methods used to determine their application rate(s) and effectiveness. Guidance is also provided on the single-dose evaluation of formulated repellent products. With some modification, the guidelines can be used to determine the repellency of candidate compounds for other flying insects that blood-feed on humans.

Detailed treatment and analysis of repellent safety and toxicity data are beyond the scope of these guidelines, and it is assumed that preliminary human safety assessments have been undertaken before the material(s) are applied to human skin. Any side-effects and/or undesirable characteristics experienced in association with the application and use of repellents in laboratory studies and field trials should be recorded and reported. The protocol must include provision for medical care and the reporting of adverse events.

Products submitted for laboratory studies and/or field trials should be accompanied by the Material Safety Data Sheet, the labelling recommendation and the manufacturer's certification that the product is within the company's manufacturing specifications for that product. Independent physical and chemical assessment may be required before initiating the efficacy studies.

Biological tests are subject to the variation that accompany living organisms. Studies should therefore be conducted under the close supervision of personnel familiar with biological testing of repellents and with sound scientific and experimental procedures; the principles of good laboratory practice or other suitable quality schemes such as the International Organization for Standardization should be applied.

Studies on repellents should be undertaken in accordance with the applicable national ethical regulations. WHO guidelines for development of an informed consent form are provided in Annex 1.

Table 1 summarizes the sequence of stages for evaluating technical grade repellent materials and single-dose formulations of repellent products applied to human skin for personal protection.

**Table 1 Sequence of stages for evaluation of technical grade repellent materials and single-dose formulations of repellent products applied to human skin for personal protection**

| | | Parameters measured | Analysis suggested |
|---|---|---|---|
| Technical grade material | Laboratory studies | - effective dose | Probit–plane regression analysis |
| | | - complete protection time | Kaplan–Meier survival analysis |
| | Field trials | - median effective dose;<br>- median effective time;<br>- repellent half-life | Probit–plane regression analysis |
| | | - complete protection time | Kaplan–Meier survival analysis |
| Formulated product | Laboratory Studies | - complete protection time | Kaplan–Meier survival analysis |
| | Field trials | - complete protection time | Kaplan–Meier survival analysis |

3

## 2. LABORATORY STUDIES

The objective of laboratory studies is to estimate the effective dose of a repellent and the complete protection time provided by a repellent after application on the skin.

The specific aims of these tests are:

to estimate dose–response lines and effective doses (EDs) of a repellent corresponding to 50% ($ED_{50}$) and 99.9% ($ED_{99.9}$) protection from mosquito landing and/or probing;[1]

to estimate the complete protection time (CPT) of a repellent, which is the time between the application of the repellent and the first mosquito landing and/or probing.

Deet (*N,N*-diethyl-3-methylbenzamide) is the active ingredient of most commercially-available repellents and is recommended as the positive control (usually 20% in ethanol) against which the effectiveness of alternative mosquito repellents is judged.

Testing of repellents on human subjects is the method of choice as it utilizes the repellent end-user in the testing process and yields results that are relevant to the actual conditions of use. Use of laboratory animals or artificial membranes may inadequately simulate the situation in which repellents for use on human skin are intended to perform. Tests are carried out on adult human volunteers who may be selected from among candidates exhibiting mild or no sensitivity to mosquito bites. Equal numbers of male and female test volunteers are preferred.

---

[1] Landing and/or probing behaviour signifies the end-point of the repellent efficacy test. However, landing is not always associated with probing, and separate recordings of each behaviour may be needed. A repellent may provide efficacy by a reduction in biting activity but not in landing. Alternatively, it may provide efficacy in terms of landing, but those mosquitoes that land may all bite. Both scenarios may be important in determining the efficacy of a repellent.

In preparation for the laboratory studies, the test area of the volunteer's skin should be washed with unscented soap and rinsed with water, then rinsed with a solution of 70% ethanol or isopropyl alcohol in water and dried with a towel. Given the possibility that various factors may alter a person's attractiveness to mosquitoes, and that this may in turn affect the outcome of repellency assays, test volunteers should avoid the use of fragrance and repellent products for 12 hours before and during testing. Volunteers should preferably not be tobacco users, or at least to have refrained from tobacco use for 12 hours prior to and during testing.

Standardized mosquito rearing and laboratory testing conditions are essential to ensure the reliability and reproducibility of data. Mosquitoes should be reared, maintained and tested (in a separate space or room) at 27 ± 2 C temperature, ≥80 ± 10% relative humidity, and a 12:12 (light:dark) photoperiod. Temperate mosquito species may require modifications to rearing conditions. Stock populations of adult mosquitoes should have access to sugar solution but not have been blood-fed. Observations of repellency should be made using female mosquitoes starved for the preceding 12 hours and, where practical, during times in the diel period that correspond with biting activity by that species.

Mosquito repellency tests should be conducted with three or more of the more anthropophilic *Aedes* (preferably *Aedes aegypti*), *Culex* (preferably *Culex quinquefasciatus*) and *Anopheles* (preferably *An. stephensi*, *An. gambiae* or *An. albimanus*) species. The test species, strain and age should be reported. Mosquitoes should be contained during testing using a cage (suggested metal frame for ease of decontamination, size: 35 –40 cm per side) with a solid bottom and top, screen or netting on the back, a clear acrylic sheet (for viewing) on the right and left sides, and a fabric sleeve for access on the front. Female mosquitoes should be collected from a stock population cage in which both sexes have been maintained to allow mating to occur. They should be host-seeking, of uniform age, preferably 5–7 days post-emergence (use different ages of mosquitoes when it is more suitable for a particular species and

justify such use in the study report). Active host-seeking females should be selected to ensure a good response from the test mosquitoes using an aspirator or an appropriate airflow apparatus.

## 2.1 Estimation of effective dose (technical material)

Serial dilutions of repellent are made with ethanol or another suitable diluent and tested to identify an effective dose range. Dosages giving responses between 10% and 90% are used for this analysis, preferably 2–3 dosages that give <50% repellent response and 2–3 dosages that give >50%.

Each volunteer uses incremental doses on the test forearm so that at least five successive applications of increasing dose are used by each volunteer. A single test comprises continuous use of the same mosquitoes by the same volunteer and is completed in one day. Replicate tests repeat this process using different batches of mosquitoes over several days. It is recommended that a minimum of three replicates be conducted per volunteer, with the number of volunteers sufficient to allow for statistical analysis.

One mL of ethanol or the same diluent used in the preparation of the test repellent is applied evenly using a pipette to ≈600 $cm^2$ of the forearm skin between the wrist and elbow (Annex 2) and allowed to dry (approximately 1 min for ethanol). Before insertion of the arm into the cage containing 50–100 female mosquitoes, the hands are protected by gloves made of material through which the mosquitoes cannot bite. The first step is to insert the forearm applied with diluent into the cage and to count the number of mosquitoes that land on and/or commence to probe the skin during a 30-second period. During testing, the volunteer should avoid movement of the arm. For the test to proceed, the biting rate must be ≥10 landings and/or probings in the 30-second period. The control forearm is carefully withdrawn and this arm is then treated with the lowest dose of repellent in 1 mL diluent and allowed to dry. The treated arm is placed in the cage for another 30-second period and

observed for mosquito landings and/or probings. This procedure is repeated for each additional incremental repellent dose. Successive tests should be carried out one after the other without delay and the repellent dose at each test calculated as the sum of the doses applied to arrive at the cumulative dose for each test (Table 2).

Table 2 **Example of successive doses applied to arrive at a cumulative dose for a sample experiment**

| Application sequence | Repellent solution concentration to be applied in 1 mL (mg/mL) | Cumulative amount of repellent (mg/600 cm$^2$ area) |
| --- | --- | --- |
| Left-arm control | Pre-treated with alcohol[a] only | – |
| Left-arm dose 1 | 1 | 1 |
| Left-arm dose 2 | 1 | 2 |
| Left-arm dose 3 | 2 | 4 |
| Left-arm dose 4 | 4 | 8 |
| Left-arm dose 5 | 8 | 16 |
| Right-arm control | Pre-treated with alcohol[a] only | – |

[a] Alcohol or the same diluent as that used in the preparation of the repellent solution.

If, at any time, the landing and/or probing rate is too high to accurately count the number of mosquitoes landing and/or commencing to probe the skin, the mean landing and/or probing rate for the test should be calculated from a series of three readings, each five seconds long, and the sum multiplied by two to estimate the landings and/or probings that would occur in a 30-second period. Testing should not proceed when the

mosquito landing and/or probing rate on the exposed forearm is <10 females in 30 seconds.

This procedure should be used consistently throughout the experiment. The trained volunteer will record the number of landings and/or probings. At the conclusion of the dose–response experiment, 1 mL alcohol/diluent is applied on the other forearm and allowed to dry. This forearm is inserted in the cage for 30-seconds to verify that the number of landings and/or probings is approximately ≥10 per 30 seconds, as was observed at the beginning of the experiment. If the rate is <10 females in 30 seconds, the results of this experiment should be discarded.

Protection ($p$) is expressed as a proportion of the number of mosquito landings and/or probings on the treated arm ($T$) in relation to the number of landings and/or probings on the control arm ($C$) of the same individual:

$$p = 1 - ( T / C ) = ( C - T ) / C \qquad\qquad \text{(i)}$$

where C is the average of the landings/probings on the two untreated arms (the diluent-applied test arm before repellent-treatment and the other arm at the end of the experiment). Data are analysed using probit-plane regression analysis from which the $ED_{50}$ and $ED_{99.9}$ and their confidence limits can be estimated (*2*).

## 2.2   Estimation of complete protection time (technical material and formulated product)

The complete protection time, or CPT, of a repellent can be determined in one of two ways. Preferably, the $ED_{99.9}$ dose should be estimated using the procedures outlined in section 2.1; 1 mL of the repellent is then tested at the $ED_{99.9}$ level against 1 mL of the standard 20% ethanolic deet. Alternatively, 1 mL of the 20% ethanolic deet solution can be compared with the same amount (weight/weight) of the candidate repellent on the other arm. In both cases, treatments are applied to

≈600 cm$^2$ area (Annex 2) of the forearm skin between the wrist and elbow.

Two mosquito cages (size: 35–40 cm per side) each containing 200–250 non-blood-fed females are normally used. One cage is designated for testing the candidate repellent and the other for the positive control (ethanolic deet). During testing, the hands are protected by gloves made of material through which the mosquitoes cannot bite while the volunteer avoids movement of the arm.

Initially, the readiness of mosquitoes to land and/or probe must be assessed by inserting an untreated (alcohol- or diluent-treated) arm into a cage for 30 seconds or until 10 landings/probings are counted. The procedure is repeated with the other arm in the second cage. If this level of landing and/or probing is not achieved in either cage, the experiment should be discarded.

Before testing commences, 1 mL of the candidate repellent prepared in alcohol/diluent solution is applied to one arm and 1 mL of the deet standard solution is applied to the other arm. After 30 minutes, the repellent-treated arm is inserted into the appropriate cage and exposed for 3 minutes to determine landing and/or probing activity. Next, the deet-applied arm is exposed to determine landing and/or probing activity. This procedure is repeated at 30- or 60-minute intervals and should be used consistently throughout the experiment. The occurrence of one landing and/or probing in a 3-minute test interval concludes the test for that repellent dose. Complete protection time is calculated as the number of minutes elapsed between the time of repellent application and the first mosquito landing and/or probing. Most repellent studies of technical material are completed in 8 hours or less.

The number of volunteers included in the test should be sufficient to allow for statistical analysis. The median CPT and confidence interval can be estimated from the Kaplan–Meier Survival Function (Annex 3).

## 3.   FIELD TRIALS

The objective of field trials is to extend the results of laboratory testing to estimate the optimum application dose, persistence and efficacy of a repellent material, in terms of repellency and protection time, against one or more mosquito vectors and/or pest species in different ecological and/or geographical settings. A minimum of two field tests are recommended, one each in different ecological and or geographical settings suitable for the target mosquito species where the human exposure occurs.

Assessment is made by human volunteers collecting mosquitoes landing and/or probing on one or more bare limbs (knee to ankle; elbow to wrist), depending upon the biting behaviour of the mosquito species. The volunteers should be: (i) from the same settings where the test is conducted, such that they are not exposed to unusual risk of infection; (ii) if appropriate and applicable, protected by chemoprophylaxis and/or vaccination; and/or (iii) where possible, at sites where there is no disease transmission but high abundance of target mosquito species.

The determination of proportional end-points of repellent efficacy and persistence is recommended. These allow concurrent estimation of EDs, effective period of time for a range of doses, repellent half-life and the CPT (*3*).

### 3.1    Efficacy and persistence of technical material

Collections are performed by volunteers skilled in the use of aspirators (blow-type or mechanical) or collecting tubes to catch all mosquitoes landing on an exposed limb before the mosquitoes commence to probe. Aspirated mosquitoes are transferred into holding cups that are labelled and changed every half-hour or, if collected in tubes, transferred to labelled holding cups that are changed every half-hour. Inclusion of equal numbers of male and female volunteers in the test is recommended.

Human landing catches are performed during the period of biting activity of the target mosquito species and indoors and/or outdoors depending upon mosquito behaviour. Where targeted species have short duration of main biting activity, tests with repellent material should begin such that the expected end-points as described above occur within the biting period of such species.

Volunteers should avoid using fragrance products 12 hours prior to and during the test. Volunteers should preferably not be tobacco users or at least have refrained from tobacco use for 12 hours prior to and during testing.

The surface area of the skin of the limbs of each volunteer is measured (Annex 2) and the volume of repellent material needed to treat the area at a specific dose is determined. To do this, the technical material is diluted in ethanol (or any other suitable diluent specified by the manufacturer) in sufficient quantities to remain effective for the duration of the study. The appropriate dose of test repellent should be applied uniformly to a limb of the volunteer using a pipette and allowed to dry before the start of the first collection period. A blind test, in which volunteers are not aware of the nature of the treatment, is preferred.

A negative control volunteer should be used in the test, to whom the corresponding volume of alcohol or a suitable diluent is applied to the skin in the same manner as the repellent treatment. A positive control (20% ethanolic deet) may also be used.

A preliminary assessment of the suitability of collection sites by performing human landing catches prior to the test is recommended to minimize variation in the number of mosquitoes landing and/or probing among sites. This will result in the selection of sites that yield the most homogeneous densities of mosquitoes and with suitable biting rates.

Within each collection site, volunteers should be placed singly and separated from each other by $\geq 20$ metres. A range of four

doses is recommended to be tested for each repellent and may be approximated from laboratory studies (see section 2.1). The doses are selected to produce a comprehensive range of protection rates at the end of the exposure period. Normally, the effective dose that provided 99.9% protection in laboratory studies is used as a guide to establish the dosages for field trials.

A completely randomized design is used. The number of test volunteers and the number of collection sites are equal to the number of doses to be tested plus the untreated control. If a positive control (20% deet in ethanol) is used, an extra collection site and volunteer will be required. A single (1-day) test comprises rotation of each volunteer at random among all collection sites at 1-hour intervals (Table 3). Each treatment combination of dose, negative and/or positive control and volunteer should be tested for a suitable period on two or more dates. Replicate tests should each be similarly randomized. The mosquito collection at each collection site for the repellent treated volunteers and the negative and/or positive controls should be chosen to be suitable for the target species. For example, under high biting pressure, this could be one minute each beginning at minute 15, 30, and 45 into the observation period, with the first measurement in the initial hour of observation period (0–1 hours) starting at minute 15 (i.e. minute 15–16) after repellent application.

Mosquitoes landing and/or probing on the skin should be collected with an aspirator for accurate counting and species identification. Species composition should be reported. Tests should not be conducted in windy conditions, but records should be made throughout each test of wind speed, temperature, relative humidity and precipitation amount(s) for possible later consideration and/or analysis.

At the conclusion of the experiment, the number of mosquitoes collected within each observation period (i.e. at 15–16 min, 30–31 min and 45–46 min), at each dose, is averaged for each replicate.

<u>Protection (efficacy)</u> afforded by the repellent ($p$) at each test period and for each dose is calculated as:

$$p = 1 - ( T / C ) = ( C - T ) / C \qquad\qquad \text{(ii)}$$

where $T$ is the number of mosquitoes collected from the treatment volunteer and $C$ is the number of mosquitoes collected from the negative (or positive) control volunteer.

The <u>persistence</u> of the repellent efficacy is assessed by the <u>median effective dose</u> ($ED_{50}$) and the repellent half-life. These end-points are estimated by fitting the data to a probit–plane regression model, which relates the protection afforded by the repellent to the test period and the natural logarithm (ln) of the dose of repellent applied:

$$\ln [p / (1 - p)] = a + b_1(D_0) + b_2 t_1 \qquad\qquad \text{(iii)}$$

where $p$ is the protection afforded by the repellent, $D_0$ is the dose calculated as the natural logarithm of the dose applied (ln [dose]), $t$ is the time post-treatment in hours and $a$, $b_1$ and $b_2$ are coefficients estimated using the probit–plane regression model.

The $ED_{50}$ corresponds to the application dose providing 50% protection ($p = 0.5$) at the time of repellent application ($t = 0$). Taking the value of 0.5 for $p$ and 0 for $t$ in equation iii (above), and solving for $D_0$, provides an estimate of the $ED_{50}$ (see Example A).

Other percentiles can be estimated by setting $t = 0$ and calculating $p$ for a specific application dose. For example, to estimate the $ED_{90}$ using the coefficients provided in Example A (above), put $t = 0$ and $p = 0.90$ in equation iii and calculate (see Example B).

The <u>median effective time</u> ($ET_{50}$) and other percentiles, such as the $ET_{99}$ (see Example C), for a specified application dose ($D_0$) can also be estimated from equation iii.

The <u>repellent half-life</u> can be estimated using equation iii as under:

$$\ln [1 / 2]b_1 / b_2 \qquad\qquad\text{(iv)}$$

The <u>complete protection time</u> for a given dose is estimated from the time elapsed up to the first mosquito landing and/or probing in each replicate. The median CPT and its confidence interval can be estimated using the Kaplan–Meier survivor function procedure (see Annex 3).

**Table 3 Example of the allocation of four doses (*D*) of the candidate repellent, a negative control (*CN*) and a positive control (*CP*) to six volunteers (*V*) among six collection sites in a completely randomized design**

| Beginning of test period (hours) | Observation period (hours)[2] | Collection sites | | | | | |
|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 |
| 0 | 0–1 | V5CN | V4D4 | V6D2 | V1D3 | V2CP | V3D1 |
| 1 | 1–2 | V4D4 | V6D3 | V5D1 | V2D2 | V1CN | V3CP |
| 2 | 2–3 | V2D1 | V4CN | V1D4 | V3D2 | V6CP | V5D3 |
| 3 | 3–4 | V1D2 | V5CN | V2D3 | V6D1 | V4D4 | V3CP |
| 4 | 4–5 | V2D3 | V5CN | V1D1 | V6D2 | V3D4 | V4CP |
| 5 | 5–6 | V4CP | V3D2 | V5D4 | V2D3 | V1CN | V6D1 |
| 6 | 6–7 | V4D1 | V3D3 | V5D2 | V2CN | V6CP | V1D4 |

[2] In this example, within each observation period, three measurements (at 15, 30 and 45 minutes) are taken at each collection site.

Table 3 (continued) **Example of the allocation of four doses (*D*) of the candidate repellent, a negative control (*CN*) and a positive control (*CP*) to six volunteers (*V*) among six collection sites in a completely randomized design**

| Beginning of test period (hours) | Observation period (hours)[3] | Collection sites | | | | | |
|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 7–8 | V1CN | V2D1 | V4D2 | V6D3 | V5D4 | V3CP |
| 8 | 8–9 | V5D4 | V4D1 | V3D2 | V1D3 | V6CN | V2CP |
| 9 | 9–10 | V3D2 | V6CN | V5CP | V1D3 | V2D4 | V4D1 |

---

[3] In this example, within each observation period, three measurements (at 15, 30 and 45 minutes) are taken at each collection site.

---

**Example A**

The following coefficients were estimated using the probit–plane regression model based on protection against *Anopheles gambiae s.l.* by deet (*4*):

$$a = 8.160$$
$$b_1 = 2.209$$
$$b_2 = -0.532.$$

The $ED_{50}$ is calculated as:

(1)     $\ln [p/(1 - p)] = a + b_1(D_0) + b_2 t_1$
(2)     $\ln [0.5/(1 - 0.5)] = 8.160 + 2.209(D_0) + -0.532 (0)$
(3)     $\ln (1) = 8.160 + 2.209(D_0) + 0$
(4)     $\ln (1) = 0 = 8.160 + 2.209(D_0)$
(5)     $-8.160/2.209 = D_0$
(6)     $-3.694 = D_0$
(7)     $\ln (ED_{50}) = D_0$
(8)     $ED_{50} = \exp (D_0)$
(9)     $ED_{50} = 2.7183^{(-3.694)}$
(10)    $ED_{50} = 0.025$ mg/cm$^2$.

---

**Example B**

The $ED_{90}$ is calculated as:

(1)     $\ln [p/(1 - p)] = a + b_1(D_0) + b_2 t_1$
(2)     $\ln [0.9/(1-0.9)] = 8.160 + 2.209 (D_0) + -0.532 (0)$
(3)     $\ln [9.0] = 8.160 + 2.209 (D_0)$
(4)     $2.197 - 8.160 = 2.209 (D_0)$
(5)     $-5.963 = 2.209 (D_0)$
(6)     $-5.963/2.209 = D_0$
(7)     $-2.699 = D_0$
(8)     $\ln (ED_{90}) = D_0$
(9)     $ED_{90} = \exp (D_0)$
(10)    $ED_{90} = 2.7183^{(-2.699)}$
(11)    $ED_{90} = 0.067$ mg/cm$^2$

---

**Example C**

A volunteer applies a dose of 0.50 mg/cm$^2$ to the arm (i.e. $D_0$ = ln [0.50] mg/cm$^2$). Determine the ET$_{99}$ (using the same coefficients as provided in Example A):

(1)    ln $[p/(1 - p)] = a + b_1(D_0) + b_2 t$
(2)    ln $[0.99/(1.00 - 0.99] = a + b_1(D_0) + b_2 t$
(3)    ln $(99) - 8.160 - (2.209 \times -0.693) = (-0.532)t$
(4)    $4.595 - 8.160 - (1\ 1.531) = -0.532t$
(5)    $-2.034 = -0.532t$
(6)    $t = (-2.034/-0.532) = 3.8$ hours after application

## 3.2    Efficacy and persistence of formulated products

The single-dose evaluation of formulated repellent products should be performed under field conditions at a minimum of two ecologically and geographically distinct locations. A preliminary assessment of collection sites by performing human landing catches prior to the test is recommended to minimize variation in the number of mosquitoes collected among such sites. This will include a selection of sites that yield the most homogeneous densities of mosquitoes and with suitable biting rates. The appropriate number of volunteers trained in mosquito aspiration will be required for the study, including individuals serving as positive controls and individuals serving as untreated test subjects (for ongoing monitoring of mosquito biting pressure). A minimum number of volunteers necessary to demonstrate statistical significance should only be included in the testing for ethical reasons.

In a single (1-day) test, at location 1, the study investigator should apply the formulated product to an exposed limb of each volunteer at the rate of 1 mL of formulated product (or 1 mL of 20% deet in ethanol for the positive control) on ≈600 cm$^2$ area. The limb is allowed to dry and the time recorded of application to each volunteer. Volunteers are individually assigned at random to collection sites arranged ≥20 metres apart. The

exposure time to mosquito populations at each collection site for the repellent treated volunteers and the positive control should be chosen to be suitable for the target species. For example, under high biting pressure, this could be 1-minute each at 15, 30 and 45 minutes into the observation period, with the first measurement in the initial observation period (0–1 hours) starting at minute 15 (i.e. minute 15–16) after repellent application. A suitable number of additional volunteers (untreated) should monitor biting pressure throughout the study. All mosquitoes landing on the exposed limb of each volunteer are collected by aspiration and transferred to a holding container for later counting and species identification. A single (1-day) test comprises rotation of each test volunteer, the positive control and an untreated control at random among all collection sites at 1-hour intervals.

Human landing catches should be performed during the period of biting activity of the target mosquito species. This may require treatment with repellent well in advance to ensure the expected end-point occurs within the biting period of the target species. The study should be otherwise conducted until the time to first landing and/or probing by a mosquito on a volunteer. Complete protection time is calculated as the number of minutes elapsed between the time of repellent application and the first mosquito landing and/or probing. The resulting data can be analysed using the Kaplan–Meier survivor function (Annex 3) and the median CPT and corresponding standard errors reported.

Percentage repellency (%$p$) in field trials can be determined for each hour of the test as:

$$\%p = ((\ C - T\ )\ /\ C) \times 100 \qquad\qquad (v)$$

Where $T$ is the average number of mosquitoes collected from the treatment volunteer(s) in a given hour of a test and $C$ is the average number of mosquitoes collected from the untreated or positive control volunteer in the same hour of the test. The calculation is repeated for each hour to result in a profile of hourly change in % repellency over the 12-hour test period.

# 4. REFERENCES

1. *Report of the WHO informal consultation on the evaluation and testing of insecticides. WHO, Geneva, 7–11 October 1996*. Geneva, World Health Organization, 1996 (CTD/WHOPES/IC/96.1).

2. Rutledge LC. Mathematical models of the effectiveness and persistence of mosquito repellents. *Journal of the American Mosquito Control Association*, 1985, 1:56–62.

3. Rutledge LC et al. Efficacy of diethyl methylbenzamide (deet) against *Aedes dorsalis* and a comparison of two end points for protection time. *Journal of the American Mosquito Control Association*, 1989, 5:363–368.

4. Costantini C et al. Field evaluation of the efficacy and persistence of insect repellents DEET, IR3535, and KBR 3023 against *Anopheles gambiae* complex and other Afrotropical vector mosquitoes. *Transactions of the Royal Society of Tropical Medicine and Hygiene*, 2004, 98:644–652.

# ANNEX 1.
# GUIDELINES FOR DEVELOPMENT OF THE INFORMED CONSENT FORM

For: [name the group of individuals for whom this consent is written]

Name of principal investigator:
Name of organization:
Name of sponsor:
Name of proposal:

## PART I: Information sheet

**This sheet is a suggestion or example that can be modified according to the national rules and guidelines**

### 1. Introduction
*State briefly who you are and explain to the participants that you are inviting them to take part in research that you are doing.*

### 2. Purpose of the research
*Explain in lay terms why you are doing the research.*

### 3. Type of research intervention
*State briefly the type of intervention that will be undertaken.*

### 4. Participant selection
*State why this participant has been chosen for this research (adult males and females will preferably be recruited among the inhabitants of the study site, after having announced in the district, through oral advertisements, that the project is looking for volunteers. The selection will ensure that equal opportunities are provided to everybody. Report how many volunteers are expected to participate in the study. Criteria for inclusion and exclusion of volunteers needs to be reported.*

**5.     Voluntary participation**

*Indicate clearly that volunteers can choose to participate or not. State that they will still receive all the services they usually do whether they choose to participate or not.*

**6.     Information on the repellent [name of the repellent]**

*Explain to the participant why you are testing a repellent product. Provide as much information as is appropriate and understandable about the repellent product, such as its manufacturer or location of manufacture, and the reason for its development. Explain the known experience with this repellent product. Explain comprehensively, if any, all the known side-effects or toxicity of this repellent product.*

**7.     Participant protection against malaria or other vector-borne diseases**

*Explain to each participant the safeguards that will be provided (e.g. chemoprophylaxis, where relevant) to protect them from malaria or other vector-borne diseases and, if necessary, their treatment.*

**8.     Description of the process, procedures and protocol**

*Describe or explain to the participant the exact procedures that will be followed on a step-by-step basis and the tests that will be done.*

**9.     Duration**

*Include a statement about the time commitments of the research for the participant, including the duration of the research and volunteer follow-up.*

**10.     Side-effects**

*Potential participants should be told if there are any known or anticipated side-effects and what will happen in the event of a side-effect or an unexpected event. State who will provide medical care should a volunteer be injured in the study, and who will provide funds for treatment.*

**11.     Risks**

*Explain and describe any possible or anticipated risks. Describe the level of care that will be available in the event that harm does occur, who will provide it and who will pay for it.*

## 12.    Discomforts
*Explain and describe the type and source of any anticipated discomforts that are in addition to the side-effects and risks discussed above.*

## 13.    Benefits
*Mention only those activities that will be actual benefits (as an additional protection from mosquito bites) and not those to which they are entitled regardless of participation.*

## 14.    Incentives
*State clearly what you will provide the participants with as a result of their participation. WHO does not encourage incentives. However, it recommends that reimbursements for expenses incurred as a result of participation in the research be provided.*

## 15.    Confidentiality
*Explain how the research team will maintain the confidentiality of data, especially with respect to the information about the participant, which would otherwise be known only to the Principal Investigator/physician but would now be available to the entire research team. State any other groups that will have access to individually identifiable information collected in this study.*

## 16.    Sharing the results
*Where relevant, your plan for sharing the findings with the participants should be provided.*

## 17.    Right to refuse or withdraw
*This is a reconfirmation that participation is voluntary and includes the right to withdraw.*

## 18.    Whom to contact
*Provide the name and contact information of someone who is involved, informed and accessible (a local person who can actually be contacted). State also that the proposal has been approved, and how.*

**This proposal has been reviewed and approved by [name of the local ethical committee], whose task is to make sure that research participants are protected from harm. If you wish to find out about more the Local Ethical Committee, please contact [name, address and telephone number].**

**Part II: Certificate of Consent**

This section can be written in the first person. It should include a few brief statements about the research and be followed by a statement similar to the one in bold below. If the participant is illiterate but gives oral consent, a witness must sign. A researcher or the person checking the informed consent must sign each consent form.

*I have read the foregoing information, or it has been read to me. I have had the opportunity to ask questions about it, and any questions that I have asked have been answered to my satisfaction. I consent voluntarily to participate as a participant in this research and understand that I have the right to withdraw from the research at any time without in any way affecting my medical care.*

**Print name of participant: _____**

**Signature of participant:  _____**

**Date: _____**
       **day  /  month  /  year**

*If illiterate*
A literate witness must sign (if possible, this person should be selected by the participant and should have no connection to the research team).

*I have witnessed the accurate reading of the consent form to the potential participant, and the individual has had the opportunity to ask questions. I confirm that the individual has given consent freely.*

**Print name of witness: _____     AND**
**Thumb print of participant**

**Signature of witness:**   _____

**Date:** _____
          **day  /  month  /  year**


*I have accurately read or witnessed the accurate reading of the consent form to the potential participant, and the individual has had the opportunity to ask questions. I confirm that the individual has given consent freely.*

**Print name of researcher:** _____

**Signature of researcher:**   _____

**Date:** _____
          **day  /  month  /  year**

**A copy of this Informed Consent Form has been provided to participant _____ (initialled by the researcher/assistant).**

## ANNEX 2.
## MEASUREMENT OF THE SURFACE AREA OF THE SKIN OF LIMBS

The surface area of skin used on a limb for repellent testing can be approximated on the basis of the surface area of a cylinder. Three dimensions are required for this purpose: the length of the treatment area, and the circumference of the limb at the proximal and distal boundaries of the treatment area.

The repellent should be applied evenly over the total surface area around the arm from wrist to elbow (A). The treatment area can be approximated by measuring the circumference (cm) of the wrist (B), the circumference (cm) at the elbow-cubital fossa (C) when the arm is extended, and the distance (cm) from the elbow to the wrist (D) (Figure 1).



Figure 1. **Treated area (A) and estimation of forearm surface area by measurement of circumference of wrist (B), elbow cubital fossa (C) and length of arm (D)**

The surface area (in cm$^2$) of skin is then calculated by:

Area= ½ (c$_w$ + c$_e$) D$_{we}$                              (iv)

where $c_w$ is the circumference of the wrist in cm, $c_e$ is the elbow-cubital fossa circumference in cm, and $D_{we}$ is the distance in cm between $c_e$ and $c_w$.

*Example:*

A repellent study is conducted using the arm. For the volunteer, the researcher measures the circumference of the wrist as 18 cm and an elbow region circumference of 27 cm, where the treatment area ends. The distance from wrist to elbow-cubital fossa is measured as 26 cm. Using the equation above:

Area = ½ (18 cm + 27 cm) x 26 cm
Area = ½ (45 cm) x 26 cm
Area = 22.5 cm x 26 cm
Area = 585 cm$^2$

## ANNEX 3.
## ESTIMATION OF MEDIAN AND CONFIDENCE INTERVAL OF COMPLETE PROTECTION TIME USING THE KAPLAN– MEIER SURVIVOR FUNCTION

The Kaplan–Meier function is a non-parametric statistic that can be used to calculate the median complete protection time (CPT) of a repellent and its corresponding confidence interval. To do this, the CPT "survivor function", which is based on the complete protection times recorded during testing, must be determined. The data required for this purpose are:

The CPT in minutes ($t$) for each replication ($i$) of a test with $n$ replications (i.e. $t_i$ [$i$ = 1, 2,... n]).

The number of replications ($r$) of the test sharing the same CPT ($j$) (where $r \leq n$ (i.e., $t_j$ [$j$ = 1, 2, ... r])).

The number of replications of the test not sharing the same CPTs (i.e. [$n - r$]).

To construct the table of survivor function estimates, the $t_j$ times are arranged in ascending order. For each $t_j$, there will be $n_j$ observations with a CPT greater than $t_j$. The number of repellent failures (CPTs) recorded between the time interval $t_j$ and $t_{j+1}$ is denoted by $d_j$. The Kaplan–Meier statistic ($S(t)$) estimates the probability of survival (or, inversely, the time to repellent failure) through this interval as $(n_j - d_j)/ n_j$. The standard error of the survivor function estimate at time $t$ is designated as $s.e.\{S(t)\}$.

The median complete protection time $t(50)$ is that beyond which 50% of the CPTs are recorded (i.e. $S\{t(50)\}$ =0.5). The estimated median CPT is the smallest observed CPT for which $S(t) \leq 0.5$. The 95% confidence interval of this estimate is given by: $t(50) \pm 1.96$   $s.e.\{t(50)\}$.

### Example
In a hypothetical 10-hour test of the efficacy of a repellent applied on human skin, CPTs were recorded in 48 replications (Table 1). In 11 of the replications, no landings and/or probings

were received prior to the end of the study period (10 hours) and the CPT for these 11 replications is unknown.

Table 1 **Summary of the frequency of complete protection time (CPT) of a candidate repellent applied on human skin**

| CPT (min) | 120 | 150 | 210 | 390 | 420 | 450 | 480 | 510 | 600 |
|---|---|---|---|---|---|---|---|---|---|
| Frequency ($d_j$) | 1 | 3 | 3 | 10 | 7 | 4 | 4 | 2 | 3 |

Using the data from this test, estimates of $(n_j - d_j)/n_j$ and $S(t)$ and their corresponding standard error are constructed, as presented in Table 2.

Table 2 **Estimates of $(n_j - d_j)/n_j$ and $S(t)$ and their corresponding standard error**[4]

| Time interval ($t_j$) in min | $n_j$ | $d_j$ | $(n_j - d_j)/n_j$ | $S(t)$ | Standard error $S(t)$ |
|---|---|---|---|---|---|
| 0– | 48 | 0 | 1.0000 | 1.0000 | 0.0000 |
| 120– | 47 | 1 | 0.9787 | 0.9787 | 0.0210 |
| 150– | 44 | 3 | 0.9318 | 0.9120 | 0.0420 |
| 210– | 41 | 3 | 0.9268 | 0.8453 | 0.0538 |
| 390– | 31 | 10 | 0.6774 | 0.5726 | 0.0798 |
| 420– | 24 | 7 | 0.7083 | 0.4056 | 0.0776 |
| 450– | 20 | 4 | 0.8000 | 0.3245 | 0.0719 |
| 480– | 16 | 4 | 0.7500 | 0.2434 | 0.0643 |
| 510– | 14 | 2 | 0.8571 | 0.2086 | 0.0597 |
| 600 | 11 | 3 | 0.7273 | 0.1517 | 0.0516 |

---

[4] Data processing software for calculation of these variables is available on the Internet. Search key word: Kaplan Meier survival function online calculator.

Median complete protection time is the smallest CPT for which $S(t) \leq 0.5$. In this case, at $t_j = 390$, $S(t) = 0.5726$, and at $t_j = 420$, $S(t) = 0.4056$. Our best estimate of the median CPT in this example is $t(50) = 420$ min.

To calculate the 95% confidence interval we set $S\{upper(50)\} = 390$ and $S\{lower(50)\} = 420$. The probability density function at $t(50)$ is estimated as:

$$f\{t(50)\} = \frac{S(390) - S(420)}{420 - 390} = \frac{0.5726 - 0.4056}{30} = 0.005567$$

The standard error of the survivor function at $t(50)$ is 0.0776 and the standard error of the median CPT is estimated by:

$$s.e.\{t(50)\} = \frac{1}{0.005567} \times 0.0776 = 13.94$$

The 95% confidence interval for the estimated median CPT for the repellent in this example has boundaries of $420 \pm 1.96 \quad 13.94$ minutes. On this basis, in 95 out of 100 observations, we would expect the median CPT to lie between 393 to 447 minutes.

**EXHIBIT D**



# Laboratory bioassay to determine the efficacy of consumer products as repellents against mosquitoes

**i2LResearch USA, Inc.**
**1430 Joh Avenue**
**Suite M**
**Baltimore, MD 21227**
**USA**

# Brian Glover
# May 2018

Study Code 18/003

## Certification

*This report represents a true and accurate record of all data obtained.*

Signed.......................................   Date...January 9 2019....

Brian Glover
Study Director

Approved by.............................   Date...January 9, 2019....

Kristine Styer
Executive Director

---

*All raw data and a copy of the final report will be archived at i2LResearch for a period of ten years. At this end of this period all data relating to this report will either be retained by i2LResearch for a further disclosed period of time, passed on to the Sponsor or destroyed with the Sponsor's consent.*

---

Report circulated to:   Bursor & Fisher PA (1 copy)
                        i2LResearch USA, Inc. (1 copy)

Study Code 18/003

# Contents

Page No.

Study Information...................................................................................................   4

Summary.............................................................................................................   5

Aim.....................................................................................................................   6

Methodology........................................................................................................   6

Results…………….............................................................................................   9

Appendix I – Raw Data…….................................................................................   10

Appendix II – Study Protocol…………………………………………………………   11

Appendix III – Amendments……..........................................................................   23

# Study Information

**Laboratory bioassay to determine the efficacy of consumer products as repellents against mosquitoes**

| | |
|---|---|
| **i. Testing facility:** | i2LResearch USA, Inc. |
| | 1430 Joh Avenue |
| | Suite L-M |
| | Baltimore, MD 21227 |
| | USA |
| | |
| **ii. Sponsor:** | Bursor & Fisher PA |
| | 888 Seventh Avenue |
| | New York, NY 10019 |
| | USA |
| | |
| **iii. i2LResearch Study code:** | 18/003 |
| | |
| **iv. Study start date:** | January 4, 2018 |
| **Experimental start date:** | February 26, 2018 |
| **Experimental end date:** | May 14, 2018 |
| **Study end date:** | January 9, 2019 |
| | |
| **v. Study Director:** | Brian Glover |

**vi. Test Substances:**

| Test substance | EPA Reg. No. | Batch/Lot No. | Visual description | Expiry Date (i2l default) | I2LResearch Code No. |
|---|---|---|---|---|---|
| Cutter Natural Insect Repellent | n/a | V052217E | Spray bottle | Feb 13, 2020 | 18021305 |

## Summary

A laboratory trial was conducted to assess the efficacy of a currently marketed repellent product against *Aedes aegypti* mosquitoes and *Culex quinquefasciatus* mosquitoes, in terms of protection time. While multiple substances were tested according to the protocol (Appendix II), this report solely discusses Cutter Natural Insect Repellent.

The repellent was applied to a defined area on the forearms of human subjects who had proved attractive to mosquitoes. Subjects exposed their treated arm to mosquitoes for five minutes half an hour post-treatment, further exposures at 1 hour and hourly thereafter were not performed due to repellent breakdown. Repellent breakdown was defined as the time of first confirmed bite.

Results are summarized in Table 1. The product broke down 30 minutes post-application for both species. Due to the uniformity of data no statistical analysis was necessary.

**Table 1.** Average time to product breakdown (± SE) against mosquitoes.

| Sample | *Ae. aegypti* | *C. quinquefasciatus* |
|---|---|---|
| Cutter Natural Insect Repellent | $30.0 \pm 0.0$ minutes | $30.0 \pm 0.0$ minutes |

Study Code 18/003

## Aim

A laboratory trial was required to assess the efficacy of a consumer product as a topical repellent against mosquitoes, in terms of protection time.

## Methodology

### Test systems

The following test systems were used in the study:

| Name | Species | Sex / Life Stage | Source |
|------|---------|------------------|--------|
| Yellow fever mosquito | *Aedes aegypti* | Female / adult (4-6 days old) | i2LResearch USA, Inc. colony |
| Southern house mosquito | *Culex quinquefasciatus* | Female / adult (4-6 days old) | Benzon Research, Carlisle, PA |

### Test substance(s)

The Sponsor provided samples of the following commercially-available product:

1. Cutter Natural Insect Repellent

Test subjects received the treatment on their forearm, applied using a syringe without the needle. The application rate was 0.42 mL per 250 cm$^2$. The repellent was then evenly spread over the treatment area by a staff member with a gloved finger.

### Experimental design

*Confirmation of attractiveness*

At the beginning of each test day, subjects were tested for attractiveness to mosquitoes before the repellent was applied: each subject exposed one forearm to the mosquitoes of the day's test species in their assigned test cages. The subject's forearm was exposed to mosquitoes for up to 60 seconds following the first observed landing, and was removed from the cage as soon as the forearm had received ten landings. All subjects were confirmed to be attractive to both species of mosquito with this method.

*Subject preparation and treatment*

Once their attractiveness to mosquitoes was confirmed, test subjects washed their forearms, wrist to elbow, with unscented Neutrogena® soap, then rinsed with water and dried with a clean paper towel. Once the arms were dry, the test subjects had a 250 cm$^2$ area on their forearm measured and marked for treatment. Adjacent areas above and below the treated areas were protected with elastic bandages held in place with Elastikon® (or equivalent) surgical tape. The hands were protected with latex or nitrile gloves. The treatment was then applied as described above. Both species were tested on the same day, one immediately after the other.

*Exposure periods*

Prior to each exposure period, staff members exposed their untreated forearms to the mosquitoes in each of the test cages to confirm the aggressiveness of the mosquitoes. The untreated forearm was exposed to mosquitoes for up to 60 seconds following the first observed landing. The forearm was removed from the test cage as soon as it has received ten landings, and the time taken to do this was recorded.

Staff members assisted the test subjects in inserting their treated arm into the test cages of the first mosquito species, taking care not to rub them on the cloth sleeves. The test subjects exposed their treated forearms to the mosquitoes for 5 minutes, and then they were assisted in removing their arm from the cages. Subjects were then assisted in repeating this with the other species of mosquito. Each test subject first exposed their treated forearm at 30 minutes post treatment time, further exposures at 1 hour and hourly thereafter were not performed due to repellent breakdown. Repellent breakdown was recorded as the time of the first confirmed bite, which was defined as a bite confirmed by another bite within the same or subsequent exposure period.

During the exposure periods the following observations were recorded by staff members:

    (1)   <u>Landings:</u> the mosquito lands and stays for more than 2 seconds;

Study Code 18/003

    (2)    <u>Probes</u>: the mosquito lands and briefly penetrates the skin with its mouthparts, but does not take blood;

    (3)    <u>Bites</u>: the mosquito ingests blood, as evidenced by abdominal swelling and color change.

***Data reporting and analysis***

The time to repellent breakdown was averaged and the standard error calculated across all four replicates for each product against each species.

Study Code 18/003

## Results

Results are summarized in Table 2 below. See Appendix I for full raw data.

The product broke down 30 minutes after product application for all test subjects against both species of mosquito. It can be concluded that Cutter Natural Insect Repellent was not effective at repelling mosquitoes.

**Table 2.** Time to product breakdown (average and SE) against mosquitoes.

| Species | Sample name | Breakdown time (hours) | Average time to breakdown (hours) | SE |
|---------|-------------|------------------------|-----------------------------------|-----|
| *Aedes aegypti* | Cutter Natural Insect Repellent | 0.5 | **0.5** | 0.0 |
| | | 0.5 | | |
| | | 0.5 | | |
| | | 0.5 | | |
| *Culex quinquefasciatus* | Cutter Natural Insect Repellent | 0.5 | **0.5** | 0.0 |
| | | 0.5 | | |
| | | 0.5 | | |
| | | 0.5 | | |

# Appendix I – Raw Data

**Aedes aegypti**

| Treatment: | Cutter Natural Insect Repellent | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Time post application | **Gender:** | F | | **Gender:** | F | | **Gender:** | M | | **Gender:** | M | |
| | **Volunteer:** | CK | | **Volunteer:** | DT | | **Volunteer:** | CC | | **Volunteer:** | JJ | |
| | Landing | Probe | Bite | Landing | Probe | Bite | Landing | Probe | Bite | Landing | Probe | Bite |
| 30 minutes | 0 | 0 | 2 | 0 | 10 | 2 | 0 | 11 | 2 | 0 | 3 | 2 |

**Culex quinquefasciatus**

| Treatment: | Cutter Natural Insect Repellent | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Time post application | **Gender:** | F | | **Gender:** | F | | **Gender:** | M | | **Gender:** | M | |
| | **Volunteer:** | CK | | **Volunteer:** | DT | | **Volunteer:** | CC | | **Volunteer:** | JJ | |
| | Landing | Probe | Bite | Landing | Probe | Bite | Landing | Probe | Bite | Landing | Probe | Bite |
| 30 minutes | 0 | 1 | 2 | 0 | 0 | 3 | 1 | 2 | 2 | 0 | 2 | 2 |

## Appendix II – Study Protocol

| | |
|---|---|
| Study Code: 18/003 | Sponsor: Bursor & Fisher |
| Proposal approval date: January 3, 2018 | Proposal approval method: E-mail |
| Test organism(s): *Aedes aegypti, Culex quinquefasciatus* | Study Director: Brian Glover |
| Title of Study: Laboratory bioassay to determine the efficacy of consumer products as repellents against mosquitoes | |
| Test substances:<br><br>  1.  Cutter Natural Insect Repellent<br>  ████████████████<br>  ██████████████<br>  ████████████████<br><br>Control substance(s): None<br><br>Reference substance(s): None | Study start date: January 4, 2018<br><br>Experimental start date (Month/year): February 2018<br><br>Experimental end date (Month/year): February / March 2018<br><br>Study end date (Month/year): February / March 2018 |

Study director: _Brian Cole_  Date: _January 4, 2018_

Management: _Kristine Schie_  Date: _January 16, 2018_

Sponsor: _Alec Tal_  Date: _Jan 9, 2018_



**Laboratory bioassay to determine the efficacy of consumer products as repellents against mosquitoes**

**Testing facility:**          **i2LResearch USA, Inc.**

                              **1430 Joh Avenue Suite M**

                              **Baltimore, MD 21227 USA**

                              **(1 copy)**


**Sponsor:**                  **Yitz Kopel**

                              **Bursor & Fisher PA**

                              **888 Seventh Avenue**

                              **New York, NY 10019 USA**

                              **Phone Number 646-837-7127**

                              **ykopel@bursor.com**

                              **(1 copy)**


**Submitted by:**             **Kristine Styer, Executive Director**


**Study Director:**           **Brian Glover**

                              **brian@i2LResearch.com**

                              **410-747-4500**


**Proposal Submitted:**       **December 18, 2017**

### Aim

A laboratory trial is required to assess the efficacy of consumer products as topical repellents against mosquitoes, in terms of protection time.

### Use of i2LResearch USA, Inc.'s name in promotional releases

Sponsor agrees not to use i2L USA's name in any promotional literature, TV, radio, web-based or other media, without the express written permission of i2L USA management. i2L USA reserves the right to grant this permission to the Sponsor based on the relation of the promotional text and images to the data generated for the Sponsor.

### Test system(s)

Laboratory-reared, female *Aedes aegypti* and *Culex quinquefasciatus* (3-10 days of age) will be purchased from Benzon Research in Carlisle, PA and/or reared at i2LResearch USA, Inc.'s laboratory facility. The test mosquitoes will have been deprived of their normal diet of 10% sucrose for 12-24 hours prior to their use in the study and will never have received a blood meal.  Two hundred mosquitoes will be placed in each test cage prior to the start of the study.

### Test substance(s)

The Sponsor will supply sample(s) of the following commercially-available products:

2.  Cutter Natural Insect Repellent



Additional products may be tested at additional cost.  The products may consist of pump and spray aerosols, as well as wipes.

These products are marketed to the public and are not considered investigational, nor are they minimum risk pesticides considered exempt under FIFRA.

Study Code 18/003

The Sponsor must supply appropriate safety information with any materials, e.g. material safety data sheets.  Usage of all products received from the Sponsor will comply with company OSHA Risk Assessments according to i2LResearch Health and Safety requirements.

### Test Subjects

There will be four test subjects, 2 females and 2 males, all 18 years of age or older.  Each will sign an Informed Consent Agreement approved by an IRB prior to participation in the study.

### Participation of i2L staff members as test subjects

Employees of i2LResearch USA, Inc. may choose to participate in the testing as test subjects if they desire. This must be done of their own volition and employees will be asked to sign an Employee Non-Coercion Agreement in addition to the Informed Consent Agreement prior to testing. Employees of i2L USA who agree to participate as test subjects must meet all inclusion criteria and will not receive any additional compensation outside of their normal salary or wage.

### Test days

Two products will be tested against both species per test day, for a total of two test days. Subjects may choose to participate in more than one test day, in which case a minimum of 48 hours will be allowed between test days to minimize chance of adverse reaction to the products or mosquito bites.

### Personnel Preparation

Test subjects will be instructed to avoid alcohol, caffeine, nicotine, and fragrance products (e.g., soap, perfume, cologne, hair spray, lotion, antiperspirant/deodorant, etc.) during the testing duration.

Prior to the start of the study, test subjects will go over the Informed Consent Document with the Study Director in a language that they can understand and will willingly sign the consent document if they choose to participate in the test.

*Confirmation of attractiveness*

Subjects will be tested for attractiveness to mosquitoes before the repellents are applied: each subject will expose one forearm to *Aedes aegypti* in their assigned test cage.  The subject's forearm will be exposed to mosquitoes for up to 60 seconds following the first observed landing, and will be removed from the cage as soon as it has received ten landings. The time it took to receive ten landings will be documented, per test subject. As mosquitoes land they will be removed by shaking the arm before they have time to bite. If ten mosquito landings occur within 60 seconds, the subject's attractiveness to the test mosquitoes will be confirmed. If this criterion is not met, the subject may expose the same arm (or may try exposing their other arm) for an additional 60 seconds.  An additional 200 mosquitoes may also be released into the cage, after which the subject can expose their forearm again to confirm attractiveness. If this occurs, 200 additional mosquitoes will also be added to all other test cages.

Once the subject has proved attractive to *Aedes* mosquitoes, they will repeat the above procedures in their assigned *Culex quinquefasciatus* cage. Any subjects that cannot be confirmed to be attractive to both species of mosquito will not be able to participate in the test.

*Subject preparation and treatment*

Once their attractiveness to mosquitoes is confirmed, test subjects will wash their forearms, wrist to elbow, with unscented Neutrogena® (or equivalent) soap, then rinse first with water and then with a solution of 50% isopropyl alcohol in water, and dry with a clean paper towel. Once the arms are dry and the smell of alcohol can no longer be detected, the test subjects will have a 250 cm$^2$ area on each forearm measured and marked for treatment. Adjacent areas above and below the treated areas will be protected with elastic bandages held in place with Elastikon® (or equivalent) surgical tape.  The hands will be protected with latex or nitrile gloves.

Test subjects will receive one treatment on each forearm. The application rate will be 1 ml per 600 cm$^2$ (0.47 mL of product per the 250 cm$^2$ defined section on the subject's arm), to

provide thorough coverage of the 250cm$^2$ treatment area and will be allowed to dry for 30 minutes. The liquid test products will be applied by spraying them into a beaker and then using either a micropipette or a syringe without the needle to apply the necessary amount. The wipes will be squeezed over a beaker until enough liquid is in the beaker to apply the correct amount; this will then be applied the same way as the liquids.  The repellents will then be evenly spread on the treatment area by a staff member with a gloved finger. Test subjects will be cautioned not to rub their treated forearms against any surface during the study.

### *Experimental design*

Prior to each exposure period, the Study Director or other staff member will expose his/her untreated forearm to the mosquitoes in each of the test cages to confirm the aggressiveness of the mosquitoes. The untreated forearm will be exposed to mosquitoes for up to 60 seconds following the first observed landing. As mosquitoes land they will be removed by shaking the arm before they have time to bite. The forearm will be removed from the test cage as soon as it has received ten landings, and the time it takes to receive ten landings will be documented. If at any time during the day, fewer than ten mosquitoes land on the untreated control forearm within 60 seconds, 200 additional mosquitoes will be added to all cages in the study and their aggressiveness confirmed before testing continues.

There will be two cages of mosquitoes for each species tested. Two subjects at a time will use each pair of cages.  Each of the subjects' treated arms will be inserted into a separate side-by-side individual cage. Arms treated with the same product will be placed into the same cage. The Study Director or staff member will assist the test subjects in inserting their arms into the test cages, taking care not to rub them on the cloth sleeve.  The test subjects will expose their treated forearms to the mosquitoes in the paired test cages for 5 minutes. The arms will then be placed into cages with the other species of mosquito and tested in a similar fashion.  The subjects will then remove their arms from the cages with assistance from the Study Director or other staff member.  Exposures of each arm will be repeated at 30 minutes and 1 hour after application, and then once every hour until the repellent on that arm  is determined to be no longer effective (see section on repellent breakdown, below) or until 8 hours have elapsed since repellent application, whichever occurs first.

Study Code 18/003

During the exposure periods the following observations will be recorded by staff members:

(1) <u>Landings:</u> the mosquito lands and stays for more than 2 seconds;

(2) <u>Probes</u>: the mosquito lands and briefly penetrates the skin with its mouthparts, but does not take blood;

(3) <u>Bites</u>: the mosquito ingests blood, as evidenced by abdominal swelling and color change.

Repellent breakdown will be recorded as the time of the first confirmed bite.  A confirmed bite is a bite followed by another bite within the same or immediately following exposure period.  Once the second and confirming bite has been received on an arm, testing against that mosquito species will be discontinued on the arm that received the confirming bite and it will no longer be exposed to that species.  If a confirming bite does not occur, the first bite will not be considered confirmed and testing against that species on that arm will continue.

The mosquitoes will be killed at the end of each test day by freezing. They will first be vacuumed/aspirated from their cages, then will be placed in the freezer at least overnight.

*Exercise*

During intervals between exposures, subjects will exercise mildly (indoors) by walking in a standardized manner (i.e. predetermined walking route) for a distance equivalent to about ¼ mile.  This is to simulate real-world repellent use conditions, in which repellent users might be expected to participate in exercise activities. Exercise will be monitored by staff members. The course that will be used for walking will be documented in writing prior to the start of testing.

*Data analysis*

Data will be presented in a spreadsheet and will include test dates, subjects' initials, gender, arm (left or right), tested product code, mosquito species, session time, the numbers of

landings, probes, and bites, breakdown time (confirmed bite), temperature and relative humidity data, and averaged results. Data will be reported separately for each repellent/subject/species combination as breakdown time along with counts of landings, probes and bites at each time point.  Statistical analysis may be done based on the results; details will be in the final report.

### IRB review and ethical study conduct

The protocol, informed consent document, any subject recruitment materials, and relevant supporting information must be submitted to the IRB for review and must be approved before the study is initiated.

### EPA Oversight

The research is not conducted or supported by the EPA, nor is it intended for submission to the EPA.

### Study Oversight

This study may be prematurely terminated at any time, for reasons including (but not limited to): Sponsor request, adverse reaction to test materials, and financial considerations.  The Study Director (in consultation with the Sponsor, if appropriate) will be responsible for making this determination.

This study will be made available for monitoring, auditing, IRB review, and regulatory inspection by providing direct access to study related source data.

### Intended Use of Data

The data collected for this study will be used to compare and rank the efficacy of commercially-available repellent products.

### Discomfort and Hazard

The two main hazards subjects may be exposed to during testing are exposure to biting mosquitoes, and adverse reaction to the test products.

*Aedes aegypti* (yellow fever mosquito)*:*  This species of mosquito can act as vectors for the organisms that cause yellow fever, dengue fever, chikungunya, Zika, and other diseases.

*Culex quinquefasciatus* (Southern house mosquito): This species of mosquito can vector the virus that can cause West Nile fever and other illnesses.

All strains that may be used in this study have been laboratory colonized for many years and have not been exposed to outside blood sources.  None of the mosquitoes to be used in this study will have ever received a blood meal, and will not have been used in another study. Transmission of a blood borne disease by these mosquitoes is not possible.

Many people will develop small, transient itchy marks in response to mosquito bites. Subjects will be advised not to scratch the bites, and that they can use over-the-counter topical anti-itch gels or creams (e.g. Benadryl$^{®}$) to relieve the itchiness. These products will be available at the lab, free of charge, to be used after testing.

The products used in this test are not expected to cause any adverse reaction; however, subjects will be advised that they should immediately tell a staff member if they feel they are having any reaction whatsoever. Immediate mediation will be provided, and subjects will be removed from the test and/or given medical attention if necessary.
Subjects may also experience some irritation in response to the removal of the surgical tape used to delineate the test area on their arms. Care will be taken to minimize the contact of the tape to the skin, and staff members may assist in removal if requested. Soothing and/or antibacterial ointments will be available at the lab to use, free of charge, by any subjects experiencing this irritation.

Snacks and restrooms will be provided for the duration of the study, and subjects will be subject to a 15-45 minute break in between each exposure period. Subjects will be encouraged to bring a lunch and will be able to eat during any of their break periods, as well as engage in any activities that do not interfere with the products on their arms (e.g. reading).

*Bloodborne pathogen safety*

Study staff will not come in contact with subjects' blood during the study. Mosquitoes will remain in their cages until they are destroyed at the end of the study. Study staff have completed the Bloodborne and Airborne Pathogen Program, a safety course given by the National Safety Council.

*Monitoring of Individuals*

I2LResearch USA, Inc. will have First-Aid qualified staff members and supplies on site to monitor individuals for medical problems and make emergency calls, if necessary.  In the case of medical emergency, staff members will be prepared to transport (or call an ambulance to transport) individuals to a selected hospital.

*Monitoring of Study Conduct*

The Study Director and other involved staff members will have reviewed the protocol and will conduct the study as per the protocol's specifications.

*Individual Inclusion/Exclusion Criteria*

The test subjects must appear to be in good health with no significant skin conditions. The test subjects must be free of significant skin disease, skin problems, or a known sensitivity or allergy to mosquito bites, Elastikon® (or equivalent) tape, latex, insect repellents, or other skin care products.  The subjects must not be phobic of mosquitoes or mosquito bites. The test subjects must not have any cuts, scrapes, burns, or other injuries in the area to be treated. The test subject must not be currently pregnant or a breast-feeding mother (female test subjects will be asked to confirm this, and may be asked the date of their last menstrual period).

*Confidentiality of Test Subjects*

The information obtained from test subjects' taking part in this test will be used by i2LResearch USA, Inc. and its Sponsor and will become part of a report.  Only a subject's initials will appear on data sheets.  This report will be kept as confidential as possible under

local, state and Federal law.  I2LResearch USA, Inc. cannot guarantee that identities will be kept confidential. The IRB has the right to review subject records.

### *Reporting Unanticipated Problems*

Individuals will be informed both verbally and in writing of any significant new findings discovered during the course of this study which may influence continued participation. These findings will also be reported, in writing, to the IRB in a timely manner after its discovery.

### *Individual Participation and Withdrawal*

Individuals may refuse to take part in this study or withdraw from the study at any time without penalty or loss of benefits to which they may be otherwise entitled. Individuals must tell the Study Director that they would like to drop out of the study; no written notification is needed.

The Study Director or Sponsor may remove any individual that does not follow instructions given to them and agreed upon prior to the start of the study.  The Sponsor may stop the study or an individual's participation in the study at any time, for any reason.

Individuals who comply with all study directions and remain in the study will be paid $99 for any length of participation for up to nine hours, plus time and a half ($16.50 per hour, rounded to the nearest half hour) for each hour over nine hours. If individuals choose to withdraw from the study early or are asked to withdraw due to not following directions, they will be paid only for the hours they have participated at a rate of $11 (plus time and a half for hours over nine, if applicable). If the Study Director or Sponsor ask an individual to withdraw from testing early for any other reason (including study cancellation, adverse effect to product, etc.), full payment will be made.

### *Protocol amendments and deviations*

Any protocol amendments and/or deviations will be documented, fully justified and maintained with the protocol.  All protocol amendments will be approved by the Study Director and sent to the Sponsor for approval. All protocol amendments and Informed

Consent revisions, including corrections and clarifications will be submitted to the IRB for review and approval prior to implementation.

### *Archiving records*

The original raw data, final report and any amendments will be archived at *i2L*Research for a period of ten years. Following this ten year period the study file will either be destroyed at the Sponsor's request, kept for a further period at an extra cost, or returned to the Sponsor at the Sponsor's expense. The final report, including any protocol amendments or deviations, will be forwarded to the Sponsor. Any unused test substances will be either returned to the Sponsor or disposed of with the Sponsor's consent.

## Appendix III – Protocol Amendments



**Protocol amendment numbers: 1-5**

**Study code:  18/003**

**Title:  Laboratory bioassay to determine the efficacy of consumer products as repellents against mosquitoes**

| Description of amendment | <ol><li>The section ***Test substance(s)*** will be revised as follows (new text in italics):<br><br>"Additional products may be tested at additional cost. The products may consist of pump and spray aerosols, as well as wipes. *If any additional products are to be tested, the protocol will be revised and submitted to the IRB for review and approval prior to initiation of the additional testing.*"<br><br>"These products are marketed to the public and are not considered investigational. ~~nor are they~~ *Some are* minimum risk pesticides considered exempt under FIFRA."</li><li>The section ***Exercise*** will be revised to include the following:<br><br>"Subjects will walk a maximum of two miles during the duration of the test day."</li><li>The section ***Individual inclusion / exclusion criteria*** will be revised to include the following:<br><br>"Subjects must be physically able to walk up to two miles over the course of the eight hour testing duration."</li><li>The section ***Test subjects*** will be revised as follows (new text in italics):<br><br>"There will be four test subjects, 2 females and 2 males, *per test day (for a total of 4-8 test subjects),* all 18 years of age or older.</li><li>The section Discomfort and Hazard will be revised to include the following (new next in italics):</li></ol> |
|---|---|

Study Code 18/003

| | |
|---|---|
| | "Subjects *will have access to water at all times, and* will be encouraged to bring a lunch and will be able to eat during any of their break periods, as well as engage in any activities that do not interfere with the products on their arms (e.g. reading). *Subjects will be allowed to rest during exercise periods upon request.*" |
| **Reasons for amendment** | All amendments are for clarification purposes in response to comments from the IRB. |
| **Impact on study** | All the amendments are for clarification purposes only and will not impact the goals or methods of the study. |

Study Director ............................................................Date. 1/26/18



**Protocol amendment number: 6**

**Study code:  18/003**

**Title:  Laboratory bioassay to determine the efficacy of consumer products as repellents against mosquitoes**

| | |
|---|---|
| **Description of amendment** | 6. The testing will be filmed by the Sponsor or Study Director. Test subjects' faces (and/or any other identifying information) will not be filmed. Subjects who indicate they do not want to be filmed will not be filmed. |
| **Reasons for amendment** | 6. Sponsor request. |
| **Impact on study** | 6. No impact. |

Study Director ........................................................Date.....April 2nd 2018

**EXHIBIT E**



| United States | Office of Chemical Safety and | EPA 712-C-10-001 |
| Environmental Protection | Pollution Prevention   (7101) | July 7, 2010 |
| Agency | | |

# Product Performance Test Guidelines

## OPPTS 810.3700: Insect Repellents to be Applied to Human Skin



**NOTICE**

This is one of a series of test guidelines established by the Office of Chemical Safety and Pollution Prevention (OCSPP) (formerly the Office of Prevention, Pesticides and Toxic Substances (OPPTS) prior to April 22, 2010),United States Environmental Protection Agency for use in testing pesticides and chemical substances to develop data for submission to the Agency under the Toxic Substances Control Act (TSCA) (15 U.S.C. 2601, *et seq.*), the Federal Insecticide, Fungicide and Rodenticide Act (FIFRA) (7 U.S.C. 136, *et seq.*), and section 408 of the Federal Food, Drug and Cosmetic Act (FFDCA) (21 U.S.C. 346a), referred to hereinafter as the harmonized test guidelines.

The harmonized test guidelines serve as a compendium of accepted scientific methods for research intended to provide data to inform regulatory decisions under TSCA, FIFRA, and/or FFDCA. This document provides guidance for conducting appropriate tests, and is also used by EPA, the public, and the companies that are required to submit data under FIFRA. These guidelines are not binding on either EPA or any outside parties, and EPA may depart from them where circumstances warrant and without prior notice. The methods described in these guidelines are strongly recommended for generating the data that are the subject of the guidelines, but EPA recognizes that departures may sometimes be appropriate. You may propose and alternatives to the methods described in these guidelines, with your supporting rationale. The Agency will assess such proposals on a case-by-case basis.

For additional information about the harmonized test guidelines and to access the guidelines electronically, please go to http://www.epa.gov/oppts and select "Test Methods & Guidelines" from the navigation menu at the top of the screen. You may also access the guidelines in http://www.regulations.gov grouped by Series under Docket ID #s: EPA-HQ-OPPT-2009-0150 through EPA-HQ-OPPT-2009-0159, and EPA-HQ-OPPT-2009-0576.

**OPPTS 810.3700:  Insect Repellents to be Applied to Human Skin**

**(a)   Introduction.**

    **(1)   Scope and Purpose.**  This guideline provides recommendations for the design and execution of studies to evaluate the performance of pesticide products intended to repel insects and other arthropods in connection with the products' registration under the Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA) (7 U.S.C. 136, *et seq.*).  This guidance applies to products in any formulation—such as lotion, liquid, or spray—intended to be applied directly to human skin.  It does not apply to products applied to or impregnated into clothing or fabric, or used to repel insects from indoor or outdoor spaces.  This guidance recommends appropriate study designs and methods for selecting subjects, statistical analysis, and reporting.

    **(2)   General Considerations.**  Any protocol developed using this guidance must meet the requirements set forth in several statutes and regulations, including, but not limited to, the Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA, 7 U.S.C. 136, *et seq.*) under which EPA regulates repellents, and EPA's rules for the protection of human subjects of research, 40 CFR part 26, subparts K through Q.  Because these studies would support a FIFRA registration and involve intentional exposure of human subjects to the test repellents, review of each protocol by an Institutional Review Board (IRB), by EPA, and by EPA's Human Studies Review Board (HSRB) is required before the study is initiated.  (See 40 CFR §26.1109, §26.1125, and §26.1601.)

    This guideline does not supersede or overrule the regulations governing research conducted on human subjects contained in 40 CFR part 26, subparts K through Q, or any other Agency regulations.  To the extent there are any unintended conflicts between this guideline and any EPA regulation, the regulation at issue governs.

    **(3)   Related Requirements.**

        **(i)   FIFRA Informed Consent Requirement.**  Any research conducted under this guideline is subject to §12(a)(2)(P) of FIFRA, which defines it as an unlawful act for any person "to use any pesticide in tests on human beings unless such human beings (i) are fully informed of the nature and purposes of the test and of any physical and mental health consequences which are reasonably foreseeable therefrom, and (ii) freely volunteer to participate in the test."  Regulations implementing this statutory provision and defining associated record-keeping requirements can be found at 40 CFR §169.2(j) and (k).

        **(ii)   EPA's Rule for the Protection of Human Subjects of Research.**  Any research conducted under this guideline is covered by the requirements of EPA regulations for the protection of human subjects of research set out at

40 CFR part 26, subparts K, L, and M.  Persons conducting and submitting topical repellent efficacy studies should ensure compliance with all applicable requirements of that rule; the following paragraphs highlight a few of them:

**(A)**    **Applicability.**  Subparts K and L of 40 CFR part 26 apply to regulated third parties who conduct or sponsor research involving intentional exposure of human subjects which is intended for submission to EPA for consideration under the pesticide laws— FIFRA and §408 of the Federal Food, Drug, and Cosmetic Act (FFDCA) (21 U.S.C. 346a).  (40 CFR §26.1101)  Efficacy testing of topically applied repellents typically meets the regulatory definitions of "research" with "human subjects" involving "intentional exposure," and must therefore be conducted and submitted to EPA in compliance with the requirements of these subparts.  (See definitions at 40 CFR §26.1102.)  Subpart M applies to any person who submits data from research with human subjects for consideration in connection with any action that may be performed by EPA under FIFRA or section 408 of FFDCA.

**(B)**    **Prohibition of research involving pregnant or nursing women or children.**  40 CFR §26.1203 as amended effective August 22, 2006, provides:

> "Under no circumstances shall a person conduct or sponsor [covered] research that involves intentional exposure of any human subject who is a pregnant woman (and therefore her fetus), a nursing woman, or a child."

**(C)**    **Required review by Institutional Review Board (IRB).**  40 CFR §26.1109(a) provides:

> "An IRB shall review and have authority to approve, require modifications in (to secure approval), or disapprove all research activities covered by this subpart."

**(D)**    **Required Pre-testing submissions to EPA.**  40 CFR §26.1125 provides:

> "Any person or institution who intends to conduct or sponsor human research covered by §26.1101(a) shall, after receiving approval from all appropriate Institutional Review Boards (IRBs), submit to EPA prior to initiating such research all information relevant to the proposed research specified by §26.1115(a), and, to the extent not already included:

2

(a)  A discussion of:
(1) The potential risks to human subjects;
(2) The measures proposed to minimize risks to the human subjects;
(3) The nature and magnitude of all expected benefits of such research, and to whom they would accrue;
(4) Alternative means of obtaining information comparable to what would be collected through the proposed research; and
(5) The balance of risks and benefits of the proposed research.

(b) All information for subjects and written informed consent agreements as originally provided to the IRB, and as approved by the IRB.

(c)  Information about how subjects will be recruited, including any advertisements proposed to be used.

(d) A description of the circumstances and methods proposed for presenting information to potential human subjects for the purpose of obtaining their informed consent.

(e) All correspondence between the IRB and the investigators or sponsors.

(f)  Official notification to the sponsor or investigator, in accordance with the requirements of this subpart, that research involving human subjects has been reviewed and approved by an IRB."

**(E)**     **Required post-testing submissions to EPA.**  40 CFR §26.1303 provides:

"Any person who submits to EPA data derived from human research covered by this subpart shall provide at the time of submission information concerning the ethical conduct of such research.  To the extent available to the submitter and not previously provided to EPA, such information should include:

(a)  Copies of all of the records relevant to the research specified by §26.1115(a) to be prepared and maintained by an IRB.

(b) Copies of all of the records relevant to the information identified in §26.1125(a) through (f).

(c) Copies of sample records used to document informed consent as specified by §26.1117, but not identifying any subjects of the research."

**(F)     Prohibition of EPA reliance on unethical human research.**  40 CFR §26.1705 provides:

" . . . EPA shall not rely on data from any research initiated after April 7, 2006, unless EPA has adequate information to determine that the research was conducted in substantial compliance with subparts A through L of this part, or if conducted in a foreign country, under procedures at least as protective as those in subparts A through L of this part."

**(iii)     Good Laboratory Practice Standards.**  Good Laboratory Practice Standards (GLP) as defined in 40 CFR part 160 apply to both laboratory and field studies of repellent efficacy.  According to 40 CFR §160.17: "EPA may refuse to consider reliable for purposes of supporting an application for a research or marketing permit any data from a study which was not conducted in accordance with this part."  40 CFR §160.12(b) requires with any submitted research data "[a] statement describing in detail all differences between the practices used in the study and those required by this part."  Additionally, 40 CFR part 158 specifies that "applicants must adhere to the good laboratory practice (GLP) standards described in 40 CFR part 160 when conducting studies."  (40 CFR §158.70(b)).

**(iv)     State Requirements.**  Investigators and Sponsors should ensure research is conducted in compliance with any applicable state laws or regulations, which are independent of and additional to those cited here.

**(4)     Organization of the Guideline.**  This guideline begins with definitions of special importance in understanding this guideline (Section b).  Sections (c) through (h) provide general guidance applicable to all topical repellent efficacy testing, whether conducted in the laboratory or in the field, and to all target species.  Each of these six sections discusses one of the primary stages of repellent testing.

(c) Development of protocols for repellent studies.
   (1) Scientific design of repellent studies.
   (2) Ethical justification for repellent studies.
   (3) Subject selection and informed consent.
   (4) Protection of subject privacy and confidentiality
(d) Review of protocols for repellent studies.
(e) Changes to IRB-approved research before execution.
(f) Execution of repellent studies.

4

(g) Reporting of completed repellent studies.
(h) Retention of records.

Sections (i) through (l) provide guidance specific to different kinds of testing of repellents.  Section (i) addresses empirical estimation of a typical consumer dose, and sections (j) through (m) address testing of repellency in the laboratory or field to particular species of arthropods.

(i)  Specific guidance for dose-determination studies.
(j)  Specific guidance for laboratory studies of mosquito or biting fly repellency.
(k)  Specific guidance for field studies of mosquito or biting fly repellency.
(l)  Specific guidance for laboratory studies of tick or chigger repellency.

The final section (m) lists references considered in the development of this guideline.

Three appendices are attached as well:

Appendix A:  Checklist of Elements Required by 40 CFR §26.1125.
Appendix B:  Framework for Science and Ethics Reviews of Proposed Human Research.
Appendix C:  Checklist of Elements Required by 40 CFR §26.1303.


**(b)**  **Definitions.**  The following definitions are of special importance in understanding this guideline.  They apply only in the context of this guideline and are not intended to be more generally applicable.

**(1)**  The following events may indicate a failure of repellent efficacy.

**(i)**  A *landing* is the act of a flying or jumping insect or other arthropod alighting on human skin without probing or biting.

**(ii)**  A *probe* is the act of penetrating human skin by the mouthparts of an insect or other arthropod without ingestion of blood.

**(iii)**  A *bite* is the act of penetrating human skin by the mouthparts of an insect or other arthropod with ingestion of blood, typically associated with abdominal swelling and color change.

**(iv)**  A *crossing* is the act of passage by a tick or chigger from an area of untreated skin to an area of treated skin.  A crossing may be quantified either or both by the distance the tick or chigger moves onto treated skin or by how long the tick or chigger remains on treated skin.

(2)     An **unconfirmed event** is a landing, probe, bite, or crossing not followed by another similar event within 30 minutes.

(3)     A **confirmed event** is one landing, probe, bite, or crossing followed by another similar event within 30 minutes.  The first event is confirmed by the second; the second event is the **confirming event**.

(4)     A **human subject** is a living individual about whom an investigator conducting research obtains either data through intervention or interaction with the individual or identifiable private information.  By this definition, both untreated control subjects and treated subjects are considered human subjects of repellent efficacy testing.

(5)     **Questing** is the behavior of ticks or chiggers actively seeking a host.

(6)     A **repellent** is a product intended to disrupt the host-seeking behavior of insects or other arthropods, driving or keeping them away from treated human skin.

(7)     **Complete Protection Time (CPT)** is the time from application of a repellent until efficacy failure as it is defined in each study—for example, the time from application until the first efficacy failure event confirmed within 30 minutes by a second similar event.

(8)     **Dose determination** is a testing procedure used to estimate a "typical consumer dose" of a topical repellent.


(c)     **Development of protocols for repellent studies.**  The first major stage of repellent testing is development of a protocol.  Under EPA's amended rules for the protection of human subjects—40 CFR part 26—protocol development is the focus of far more attention than was the case before that rule took effect in April 2006.  A detailed protocol must be approved by an Institutional Review Board (IRB) and, accompanied by supporting documentation meeting the requirements of 40 CFR §26.1125, must then be reviewed by EPA and the HSRB before research is initiated.

It is critical to all later stages of repellent testing that protocols contain the elements required by EPA's Good Laboratory Practices regulations at 40 CFR §160.120 and meet all other applicable scientific and ethical standards.  The broad topics of scientific design, ethical justification, subject selection and informed consent, and protection of subject privacy and confidentiality are discussed in detail below.

(1)     **Scientific Design of Research.**  To be scientifically justified, the proposed research should address an important research question that cannot be answered by existing data.  In addition, the design should be such as to be likely to provide a definitive answer to the research question.  The design should include a detailed description of the experimental design, addressing topics (i) through (x).

(i)     **Objectives.**  The objective of most repellent efficacy testing to support registration is to estimate how long after treatment a repellent will continue to protect users from the target pest; this period of effective repellency is measured as CPT.  Sometimes the objective of repellent efficacy testing is to compare the efficacy of one treatment to another treatment or to an untreated control; this ratio is expressed as Relative Protection (RP).  In dose-determination testing associated with repellent testing the objective is typically to estimate a "typical consumer dose" for use in later repellent testing.  In all cases the scientific objective should be stated clearly.

(ii)    **Test materials.**  Repellent efficacy should be tested using the end-use formulation as registered or as proposed for registration.  Test materials should be stored at ambient temperature and humidity before use.

(iii)   **Choice of endpoints and measures.**  Endpoints chosen for the study should be appropriate for the specific objectives of proposed research and likely to provide a robust answer to the research question while minimizing the risks to subjects.  Considerations in endpoint selection for dose determination and repellency include:

(A)    **Dose determination.**  To estimate a "typical consumer dose" the endpoint of concern is a rate of application, typically expressed either by weight as $mg/cm^2$ of treated skin surface or volumetrically as $ml/cm^2$ of treated skin surface.  Because each subject is likely to apply a different amount of repellent in uncontrolled trials, the "typical dose" should be calculated as the mean of multiple applications by each of many subjects.

(B)    **Repellency.**  The endpoint of repellency testing should be selected to show a failure of repellent efficacy for subjects treated with a "typical consumer dose."  Efficacy failure in a test to determine Complete Protection Time (CPT) may be defined either as the first event—i.e., the first landing, bite, or crossing—or as the first confirmed event—i.e., the first landing, bite, or crossing confirmed within 30 minutes by another similar event.  The Agency encourages the use of the first confirmed failure event to estimate complete protection time for individual subjects, and the median CPT across all subjects in each treatment arm as the summary measure of CPT.

(*1*)    In repellency testing with mosquitoes or biting flies the study design should choose either landings or bites as the event showing failure of repellent efficacy.  The Agency encourages the choice of landings for field testing to reduce

7

the risk of exposing subjects to vector-borne diseases. Even in laboratory testing using laboratory-reared, disease-free insects, the choice of landings reduces the risk of an adverse reaction to bites.  A proposal to use bites as an endpoint in either field or laboratory testing should be justified.

(*2*)    In repellency testing with ticks or chiggers the appropriate event to show failure of repellent efficacy is a "crossing" from untreated skin onto treated skin.

**(iv)**    **Duration.**  Repellency testing should continue long enough to fairly assess the duration of protection provided by the repellent, and long enough that all or nearly all subjects experience efficacy failure.

If testing ends before some subjects experience a failure of efficacy the resulting data-set is said to be "right-censored."  Right-censorship of data poses challenges for meaningful and accurate analysis.  Right-censorship can be reduced through appropriate care in study design—for example, by planning a test of longer duration or, when appropriate, by pre-treating subjects well before their first exposure to target pests.  Methods for analyzing right-censored datasets are discussed in paragraph (c)(1)(xi) below.

**(v)**    **Sample size.**  The sample should be large enough to be likely to yield a definitive answer to the research question being addressed, and its size should be justified statistically in each protocol, taking into account the specific characteristics of the proposed research and the desired accuracy and precision of the results.  Researchers are encouraged to consult a statistician to help determine appropriate sample size.

Withdrawal of test subjects from the study before failure of efficacy decreases the sample size and may compromise the validity or utility of test results.  The protocol should fully describe how the proposed sample size was determined, and how data for subjects who withdraw from the test prematurely will be treated.

Other factors which may affect sample size are the number of treatments, the experimental design, and the heterogeneity of the target population (e.g., by age, sex) and of the environment (different habitats, different conditions, different species and population densities).

**(vi)**    **Allocation of subjects to treatments.**  Subjects should be allocated to treatments randomly and, to the extent possible, blindly.

Multiple treatments per subject may be permissible if all treatments contain the same active ingredient at comparable concentrations, but care must be taken in the study design and execution to prevent cross-contamination or confounding interference.  It is particularly important for subjects receiving different treatments on different limbs not to rub their limbs together or otherwise contaminate the repellent treatments, to keep results independent.  The number of treatments per subject should be limited by the feeding behavior of the target species.  For example, for mosquito species feeding close to the ground on lower limbs, treatments should be applied only to subjects' lower legs, and only two treatments per subject will be possible.  Treating the same subject more than once with the same treatment does not increase the sample size; a single subject can only be counted once in determining the sample size.

When assessing relative protection provided by more than one product tested simultaneously, a Latin square design, in which each subject is tested with each treatment over the course of the study, is often appropriate.

(vii) **Untreated controls.**  To minimize risks to untreated control subjects, both the number of untreated subjects and the duration of their exposure should be minimized.  Untreated controls should be exposed intermittently, and then only long enough to confirm adequate pest pressure throughout the study.  Recent research (Barnard, *et al.* 2002) has shown that treated subjects should not serve as their own untreated controls.

(viii) **Positive controls.**  Positive controls are desirable to support comparison of results from different repellency studies or from testing on different days or at different locations.  The recommended positive control material is 20% deet in ethanol, applied at a standard dose rate of 1 ml per 600 cm$^2$.  Positive controls are particularly valuable when the objectives of the study include comparisons between formulations, and when testing spans different days.  To minimize the likelihood of interference, subjects treated with the test material should not also serve as concurrent positive controls.

(ix) **Preparation of subjects.**  Before treatment with a test repellent or use as an untreated or positive control, subjects' limbs should be washed with an unscented detergent and carefully rinsed and dried.  Subjects should avoid alcohol, tobacco, and scented products (perfume, cologne, hair spray, lotion, soap, etc.) for at least twelve hours before and throughout the test.  Subjects should avoid activities that increase perspiration, and avoid abrading, rubbing, touching, or wetting the treated area.

(x) **Treatment of subjects.**  Subjects in trials designed to estimate a typical consumer dose should self-treat with the repellent, which should be provided in the type of container and delivery system (e.g., pump spray,

9

aerosol spray, towelette, or lotion) and with the directions for use intended for commercial distribution.  Subjects in repellency trials should all be treated at the same standard dose rate, and treatment should be delivered so as to ensure consistent application and uniform coverage.

(xi)  **Statistical analysis plan.**  Protocols should include a full description, explanation, and justification for the statistical methods proposed to analyze both dose determination and repellency test results, taking into account the specific study objectives and variables.

The statistical analysis plan should provide for testing results for normal distribution.  When results are normally distributed, it may be appropriate to report the mean CPT across all treated subjects with its standard error.  When the data do not fit a normal distribution—more typical of repellency datasets—it may be possible to transform them to fit a distribution for which a parametric method of analysis can be employed.  When the data do not fit and cannot be transformed to fit an underlying distribution, non-parametric analyses, such as Kaplan-Meier survival analysis[1], are suggested.

If the study objective is to determine CPT across all subjects, any right-censorship of repellency data will lead to underestimation of both the mean and the variance around it.  Because right-censorship is common in repellency testing, EPA recommends use of the median CPT with its 95% confidence limits as the summary measure of CPT.

(xii)  **QA/QC plan.**  Protocols should provide for periodic quality assurance inspections adequate to ensure the integrity of the study and consistent with the requirements of EPA's Good Laboratory Practices regulations (40 CFR part 160.)

(2)  **Ethical Justification for Research.**  Because repellent efficacy testing is never directly beneficial to the subjects of the research, the risks to subjects must be minimized for the research to be ethically justified.  The expected benefits to society from the knowledge likely to be gained in the research must also outweigh the minimized risks to subjects.  (40 CFR §26.1111)

(i)  **Alternatives to research with human subjects.**  If the research question can be answered without conducting new research with human subjects, human research is not justifiable.  Investigators should consider possible alternatives to human research; protocols should discuss possible alternatives to human research and explain why they are infeasible or would not answer the research question.

---

[1] For guidance see, for example, WHO (2009) Guidelines for Efficacy Testing of Mosquito Repellents for Human Skin: WHO/HTM/NTD/WHOPES/2009.A. Annex 3: Estimation of Median and Confidence Interval of Complete Protection Time Using the Kaplan-Meier Survivor Function.

**(ii)** **Prerequisite research.** Before testing a repellent's efficacy with human subjects, acute toxicity to animals of the active ingredients should be tested and reported in the protocol. Acute dermal toxicity, dermal irritation, eye irritation, and skin sensitization studies are needed to estimate the margin of exposure (MOE) for subjects participating in a repellent test. All additional components in the materials tested should be cleared by EPA for use in repellent formulations.

**(iii)** **Risks to subjects.** Protocols should include a complete discussion of risks to subjects associated with their participation in the research, characterizing all risks and their likelihood, and describing steps proposed to minimize each of them.

**(A)** **Risk characterization.** The nature of all risks to subjects should be described and the probabilities of occurrence of each type of risk should be estimated in the protocol. Potential risks in repellent testing typically include (but may not be limited to) reactions to the test substance or to arthropod bites, acquisition of vector-borne illness, physical risks (e.g., stresses imposed by the requirements or conditions of the test), or possible psychological risk associated with a breach of confidentiality in handling the results of pregnancy testing.

**(B)** **Risk minimization.** As a condition of approval of proposed research, an IRB must determine that risks to subjects have been minimized by using procedures which are consistent with sound research design and which do not unnecessarily expose subjects to risk. (See 40 CFR §26.1111(a)(1).) Different actions are effective in minimizing different risks; protocols should identify specific steps taken to minimize each identified risk to subjects.

Protocols should discuss specific steps proposed to *prevent* research-induced harm—for example, by training subjects, using appropriate eligibility criteria, ensuring adequate supervision of subjects, and having a physician on call during testing. In addition, protocols should specify how any research-induced harm will be *reversed*—for example, by the investigator's or sponsor's committing to pay for uninsured costs of medical treatment of subjects for injuries or illnesses resulting from their participation in the research, and for longer-term treatment, if needed, of any arthropod-borne disease contracted during testing.

Study protocols should include procedures for monitoring the safety of subjects, stopping rules specifying conditions under which a subject would be withdrawn from the research or the

research would be terminated to protect subjects, and a medical management plan covering foreseeable contingencies.

Methods of risk minimization are ultimately study-specific, but ensuring that risks to subjects are minimized in repellent testing may involve some or all of the following:

- Monitoring of potential field testing sites for the presence of disease vectors at least weekly during the month before testing. Sites at which infected vectors are known to be present should not be used for field testing;
- Serological or DNA-based assays of insects collected at the site of field testing to determine the presence or absence of disease organisms. Results of such testing should be reported to subjects after completion of the field test;
- Using the minimum number of untreated controls consistent with statistical soundness;
- Exposing untreated control subjects intermittently for only the minimum time required to confirm continued pest pressure;
- Training subjects to use an aspirator to capture landing insects before they have time to bite;
- Using only pathogen-free laboratory-reared insects in laboratory tests;
- Excluding subjects known to be sensitive to repellents or to insect bites;
- Using bites as the endpoint in either field or laboratory studies only when fully justified;
- Ensuring that enough sub-investigators are present at all times so that the Principal Investigator can, if needed, attend to the safety of a subject without compromising the integrity of the research or endangering other subjects;
- Initiating post-study contact with subjects to inquire about any signs of study-related injury or illness.

**(iv)   Expected benefits of research.** Participation as a subject in repellent testing has no direct benefit for individual subjects, yet is not risk-free, even after risks have been minimized. Thus the ethical justification for the research ultimately depends on the expected benefits to society of the information likely to be gained from the research. Protocols should characterize all anticipated benefits of the information to be gained from the research, and to whom or to what segment in society each identified benefit is likely to accrue. In addition, protocols should estimate the likelihood of achieving each identified societal benefit.

12

Societal benefits include only those directly resulting from the knowledge likely to be gained from the research. Benefits potentially resulting from use of effective repellents should not be attributed to the proposed research. Payments to subjects or other incentives for participation should not be treated as benefits, either to the subjects or to society.

(v) **Relation of benefits to risks.** As a condition of approval of proposed research, an IRB must also determine that minimized "risks to subjects are reasonable in relation to anticipated benefits, if any, to subjects, and the importance of the knowledge that may reasonably be expected to result. In evaluating risks and benefits, the IRB should consider only those risks and benefits that may result from the research. . . . The IRB should not consider possible long-range effects of applying knowledge gained in the research . . . [to be] within the purview of its responsibility." (See 40 CFR §26.1111(a)(2).) The protocol should discuss explicitly the balance of risks to subjects and anticipated societal benefits of the research.

(3) **Subject selection and informed consent.** Subject selection is important both to the scientific merit of research and to its ethical acceptability. Selection of representative subjects is critical to the generalizability of the results of research, and to be ethically acceptable, subject selection must be equitable. (40 CFR §26.1111(a)(3)) Fully informed and fully voluntary consent of subjects is fundamental to ethical human research. (FIFRA §12(a)(2)(P) and 40 CFR §26.1116)

(i) **Representative sampling.** The results of repellent testing should be as generalizable as possible to the target population of repellent users. Samples should include adults of various ages, of both sexes, and of a variety of races and ethnicities, and protocols should describe the demographic characteristics of the pool from which subjects will be recruited. Attractiveness of recruited candidates to the target species should be verified before they participate in repellency testing.

Testing with a sample known to be unrepresentative is discouraged; if it is proposed, it should be fully justified. Arguments based on the convenience of the investigators or on the difficulties associated with recruiting a more representative sample do not justify testing with an unrepresentative sample.

(ii) **Inclusion/Exclusion factors.** All exclusion/inclusion criteria proposed should be supported by a clear and explicit rationale. Because testing a topical repellent necessarily involves intentional exposure of subjects, children under 18 and pregnant or nursing women must be excluded. (See 40 CFR §26.1203.) Because older adults are more susceptible to arthropod-borne diseases, candidates over 55 should be excluded as subjects in field testing, or their inclusion should be specifically justified.

13

Members of certain vulnerable populations, including people of limited mental capacity, those not in good health or with compromised immune systems, those sensitive to chemicals, and students or employees of the investigators or sponsors should always be excluded.  Other potential subjects who may be in a vulnerable position, including the educationally or economically disadvantaged, or those who communicate with difficulty because of language differences or disabilities, should not be excluded arbitrarily if appropriate specific provision can be made to ensure their safety and welfare.

Subjects should generally be recruited from populations in the area where testing will be conducted.  An offering of distant travel may unduly influence a candidate's choice to enroll, and a subject who has accepted long-distance transportation may feel less than free to withdraw from a study.  If it is proposed, transportation of subjects to distant locations should be justified, and specific mechanisms should be proposed to prevent any coercion or undue influence.

(iii)   **Methods of recruiting.**  Protocols should describe in detail the proposed recruiting process, from the first contacts with potential candidates through all discussions of the research and the subjects' enrollment.  Any advertisements or flyers proposed for use in recruiting should be appended to the protocol, and should reflect IRB review and approval.  If recruiting will be done through telephone calls, the script for recruiting calls should be appended to the protocol, and should reflect IRB review and approval.  If any candidates may prefer to speak or read a language other than English, procedures for accommodating their needs in the recruiting process and in the conduct of the research itself should be described in detail.

(iv)   **Compensation of subjects.**  It is reasonable to compensate participants in repellent efficacy research for their time and trouble.  The level of compensation should not be so high as to constitute an undue influence in the choice to participate, nor should it be so low as to make participation in the research attractive only to the economically disadvantaged.  Compensation should not be used or administered so as to compromise the freedom guaranteed to subjects to withdraw from participation at any time for any reason, without sacrificing benefits to which they are entitled.

(v)   **Informed consent.**  It is a fundamental requirement for ethical research with human subjects that participation of subjects be both fully informed and fully voluntary.

(A)   **Process.**  Informed consent is an extended process, involving much more than simply obtaining a subject's signature on a form.

14

It begins with recruiting, and continues after signature of the consent form throughout the conduct of the research.  A single discussion in the protocol of the recruiting and consent processes as a continuous whole is recommended.

As a condition of approval of proposed research, an Institutional Review Board (IRB) must determine that informed consent will be sought from each prospective subject in accordance with, and to the extent required by §26.1116, and that informed consent will be appropriately documented, in accordance with and to the extent required by §26.1117.   (See 40 CFR §26.1111(a)(4) and (5).)

The rule at §26.1116 requires that consent be sought "only under circumstances that provide the prospective subject . . . sufficient opportunity to consider whether or not to participate and that minimize the possibility of coercion or undue influence.  The information that is given to the subject shall be in language understandable to the subject."  EPA recommends that consent discussions with individual candidates be conducted in private, and that all consent documents be written at or below an 8th grade reading level, as measured by the Flesch-Kincaid Grade Level score or another standard tool for assessing readability.  (A tool to calculate the Flesch-Kincaid Grade Level score is a standard feature available to users of MS-Word.)  If consent materials are translated into another language, it is important to ensure the translations are also at an appropriate reading level.

The informed consent process should describe how the investigator will confirm each candidate's understanding of the research and of what it will involve before he or she is enrolled.

The rule at §26.1116 further defines the general requirements for informed consent, including at §26.1116(a) the basic elements always required, at §26.1116(b) other elements conditionally required, and at §26.116(e) a requirement to identify the pesticide and the nature of its pesticidal function.

**(B)**   **Documentation of informed consent.**  The rule at §26.1117 provides two options for documenting informed consent.  The first option is a "written consent document that embodies the elements of informed consent required by § 26.1116."  The second is "a short form written consent document stating that the elements of informed consent required by § 26.1116 have been presented orally to the subject."  The short form requires that a witness be present in the consent interview.  In repellent efficacy testing the short form is generally inappropriate; if use of a short form is proposed,

it should be justified, and prior discussion with EPA is strongly encouraged.

Ensure that any elements appearing in both the protocol and the consent form are in harmony.  Elements common to both documents may include, for example, descriptions of the purpose of the research, subject inclusion/exclusion factors, risks to subjects and how they will be minimized, and what will happen in the course of the research.  The protocol and the consent form should be consistent in substance, although the presentations should usually not be the same, because the readers and purposes differ.  Consent forms should address candidates consistently in the second person—as "you"—and should present all information from the subject's point of view.  By contrast protocols should be written in the third person, and should present all information from the investigators' point of view.

In repellent testing, the consent form should tell subjects how many bites, if any, they are likely to get, and what symptoms of arthropod-borne disease they should be alert for after participating in a field study.

**(4)**   **Protection of subject privacy and confidentiality.**  It is important to protect the privacy and confidentiality of subjects in repellent efficacy research, and to inform candidates in the recruiting and consent processes of the extent, if any, to which confidentiality of records identifying them will be maintained.

**(i)**   **Subject identification.**  Subjects should not be identified by name in data collection forms or study reports.  Subject names unavoidably must appear on consent forms and on administrative documents, but subjects should be identified only by an arbitrary code on other study documents.  The key linking identifying codes to subjects should be stored securely, away from other study records.

**(ii)**   **Photographic images.**  If photographs or videos are made to document the research, care should be taken to minimize making recognizable images of subjects.  If faces or identifying marks cannot be excluded from a photograph or video image, the image should be altered to protect the identity of the subject(s).

**(iii)**   **Pregnancy testing.**  Testing of female candidates for pregnancy should be handled with care and discretion.  The investigator is responsible for ensuring that pregnant or nursing women are excluded as subjects (See 40 CFR §26.1203).  It is not necessary to meet this responsibility by testing all female candidates for pregnancy.  For example, it is neither respectful nor informative to require women who are post-menopausal or surgically

16

incapable of pregnancy to take a pregnancy test.  Investigators should consider how best to meet their responsibilities while fully respecting female subjects.

When pregnancy testing is conducted, the circumstances of testing should protect the privacy of the candidate, both during the testing itself and in handling the results.  Unexpected news of a pregnancy can cause significant psychological distress, which can be increased by any breach of discretion in handling the information.  It is a good practice to recruit more candidates than are required by the study design, so that the design would not be compromised by withdrawal of one or more subjects.  This approach permits a candidate with a positive pregnancy test to withdraw without stating a reason.  No records of a positive pregnancy test should be retained.

**(d)**    **Review of protocols for repellent studies.**  EPA's Rule for the Protection of Human Subjects of Research requires extensive review of protocols before research is initiated.  The rule requires that the complete protocol, consent form, and supporting materials be reviewed and approved by an IRB (See 40 CFR §26.1109), and having been approved by the IRB, that it be submitted, along with specified additional supporting documentation, to EPA for review by EPA and by the HSRB (See 40 CFR §26.1125 and §26.1601.)

**(1)**    **Review by IRB.**  The membership, functions, general procedures, and decision criteria for IRBs are defined in the rule at 40 CFR §26.1107-§26.1111.  Records to be maintained by IRBs are defined at 40 CFR §26.1115.  Most IRBs review many other kinds of human research in addition to repellent efficacy studies.  Extensive guidance to and about IRBs can be found on the website of the Office of Human Research Protections (OHRP), at www.hhs.gov/ohrp.

**(i)**    **Required elements in submission to IRB.**  Each IRB has its own application forms and procedures.  Typical requirements are for a complete protocol, a consent form, and all materials intended for use in the recruiting process or to be provided to candidates or subjects.  A protocol responsive to section (c) of this guideline is likely to satisfactorily address most requirements of a reviewing IRB.

**(ii)**    **Criteria for IRB approval.**  The criteria for IRB approval of proposed research are defined in the rule at 40 CFR §26.1111.  In summary, this passage of the rule requires that the IRB determine that proposed research meets all these criteria:

- Risks to subjects are minimized;
- Risks to subjects are reasonable in relation to the importance of the knowledge that may be reasonably expected to result from the research;

- Selection of subjects is equitable;
- Informed consent will be sought from each prospective subject;
- Informed consent will be appropriately documented;
- When appropriate, adequate provision is made for monitoring collected data to ensure the safety of subjects; and
- When appropriate, adequate provision is made to protect the privacy of subjects and to maintain the confidentiality of data.

In addition, the IRB ensures that when any subjects are likely to be vulnerable to coercion or undue influence, additional safeguards are included in the study design to protect their rights and welfare.

**(iii)** **Documentation of IRB approval.** IRBs have the authority to approve, require modifications in (to secure approval), or disapprove research proposals. (40 CFR §26.1109.) It is common for IRBs to grant conditional approval subject to the investigator's making specified modifications in the proposal; once required modifications are made, the IRB will issue formal written approval of the research. This letter of approval, along with all other correspondence between the investigators or sponsors and the reviewing IRB, must be included in the subsequent submission to EPA. (See 40 CFR § 26.1125(e) and (f).)

**(2)** **Reviews by EPA and the HSRB.** After receiving approval from an IRB, the protocol and supporting material must be submitted to EPA for review by EPA and by the HSRB. (See 40 CFR § 26.1125.)

**(i)** **Required elements in submission to EPA.** The elements to be included in a protocol submission to EPA are defined in the rule at 40 CFR §26.1125 and summarized in Appendix A to this guideline. Records of two kinds are required.

**(A)** **Records describing the research proposal itself.** 40 CFR sections 26.1125(a)–(d) call for a discussion of the risks and benefits of the proposed research, for the consent forms as submitted to and as approved by the IRB, for information about how subjects will be recruited, and for a description of the circumstances and methods proposed for presenting information to subjects and seeking their consent. A protocol responsive to the guidance in section (c) of this guideline will already include this range of information.

In addition, 40 CFR §26.1125(e) and (f) call for submission of all correspondence between the IRB and the investigators or sponsors (§26.1125(e)) and official notification of IRB review and approval (§26.1125(f)). For purposes of §26.1125(e), "correspondence" does not include attachments transmitted by correspondence, such

18

as the protocol or consent form, which are otherwise required to be submitted by other provisions of the rule.

**(B)**    **Records of the IRB review.**  40 CFR §26.1125 also requires submission of copies of records relevant to the proposed research which the IRB is required to maintain by 40 CFR §26.1108(a).  There is some overlap between these records and those discussed above, but there are some important differences.  40 CFR §26.1108(a) calls for, among other records:

- Minutes of IRB meetings, in sufficient detail to show attendance; actions taken; votes for, against, and abstaining; the basis for requiring changes, and summarizing the discussion of controverted issues;

- A list of IRB members identified by name, earned degrees, representative capacity, indications of experience sufficient to describe each member's chief anticipated contributions to IRB deliberations, and any employment or other relationship between each member and the research institution; and

- Written procedures for the IRB in the same detail described in §26.1108(a) and §26.1108(b).

These records can only be obtained from the IRB.  By prior arrangement, however, an IRB may submit them directly to EPA.

**(ii)**    **EPA Review.**  Timely EPA review of submitted proposals for research is required by the rule at 40 CFR §26.1601.  EPA will first review submitted proposals for satisfaction of the requirements of 40 CFR §26.1125, and for substantiation of any claims of business confidentiality associated with the submission.  If a submission is found to be incomplete, or to include unsubstantiated claims of business confidentiality, the submitter will be promptly notified; the submission will not be reviewed further until these deficiencies are corrected.  EPA evaluates complete proposals in a single substantive review addressing both scientific and ethical aspects of the proposal, following the general outline in Appendix B to this guideline.

EPA will provide its completed review to the submitter.  EPA's review may call for revision of the proposal before it is reviewed by the HSRB.  If EPA determines that the proposal is ready for HSRB review, it will be scheduled for HSRB review at the earliest opportunity.  The submitter may respond to EPA's review in writing to the HSRB docket, and may also comment orally at the HSRB meeting.

    **(iii)**    **HSRB Review.** As provided in 40 CFR §26.1601(d), "following initial evaluation of the protocol by Agency staff, EPA shall submit the protocol and all supporting materials, together with the staff evaluation, to the Human Studies Review Board." The HSRB is an advisory committee, chartered under the Federal Advisory Committee Act, charged with advising EPA on scientific and ethical aspects of proposed and completed research with human subjects. The HSRB meets several times a year in public session, with opportunities for public participation. All materials they consider are kept in a public docket, except any which are subject to a substantiated claim of business confidentiality. HSRB recommendations are documented in a public report of each meeting, prepared as soon as possible after the meeting—typically within 60-90 days. As soon as it is available, EPA will provide a copy of the HSRB's report to submitters of research proposals discussed by the HSRB. Additional information about the HSRB, including agendas and reports from past meetings and schedules of future meetings, can be found at the HSRB website: www.epa.gov/osa/hsrb.

**(e)**    **Changes to IRB-approved research before execution.** After EPA and the HSRB have reviewed and commented on proposed research, revisions to the protocol, consent form or other materials may be needed before the research is executed. When IRB-approved materials are revised prior to initiation of the research to address concerns raised in EPA and/or HSRB reviews or for any other reason, those revised materials must be re-submitted to the IRB for review and approval before the research is initiated. This requirement applies to all changes to an IRB-approved protocol, to all changes to an IRB-approved consent form, and to all changes to any other materials approved by an IRB. (40 CFR §26.1108(a)(4)). Although an IRB has the discretion to conclude that some changes do not require review by the full IRB, investigators and sponsors do not have this discretion. EPA will treat as a breach of the regulations any planned changes to proposed research which are implemented without prior approval by the IRB.

**(f)**    **Execution of repellent studies**

    **(1)**    **Execution of protocol.** When EPA and HSRB reviews are completed and the IRB has approved any revisions resulting from those reviews, the research can be initiated. Subjects can be recruited and data can be collected as specified in the protocol. Care should be taken to ensure and document that these events occur in the proper sequence. Initiation of subject recruitment before obtaining IRB approval of the final protocol will be treated as a breach of the regulations.

    **(2)**    **Quality Assurance (QA) oversight.** Repellent efficacy testing, whether conducted in the field or in the laboratory, is subject to the Good Laboratory Practices regulations at 40 CFR part 160. These rules require that each testing facility include an independent QA unit to monitor execution of each protocol and document its conduct in accordance with the GLP regulations. (40 CFR §160.35)

**(3)**   **Deviations from protocol.**  In executing even the best designed and most comprehensive protocols, unanticipated deviations from the protocol may occur.  All such deviations from the protocol should be promptly and fully reported to the IRB, and both the deviations and their impact on the research should be discussed in the study report submitted to EPA.  (40 CFR §160.185)  EPA makes a distinction between planned changes to a protocol and deviations from a protocol.  Planned changes must be treated as amendments to the protocol, and must be approved by the IRB before they are implemented.  (40 CFR §26.1108(a)(4))

**(4)**   **Changes in IRB-approved research after initiation.**  Any amendment to the protocol, consent form, or other materials approved by the IRB must be submitted to the IRB for review, and must be approved by the IRB before it is implemented, unless immediate implementation is required to avert an imminent hazard to subjects.  (40 CFR §26.1108(a)(4))

**(5)**   **Reports of adverse events.**  Any adverse events affecting the subjects of a repellent efficacy test must be promptly reported to both the overseeing IRB and to EPA, including adverse events not established to be related to product exposure or study participation.  (40 CFR §26.1108(b)(1))

**(g)**   **Reporting of completed repellent studies**

**(1)**   **Study report.**  In addition to the standard elements required by the GLP regulations at 40 CFR §160.185 and the appendices described below, the primary report of the study should include these elements, as applicable.

  **(i)**   Study identification: Title, identifying study number(s), sponsor, study director, investigators, name and location of the testing facility, and dates of the study.

  **(ii)**   Approved or intended label directions for use.

  **(iii)**   Recruiting and enrollment statistics, including the following:

  - Demographic characteristics of the pool from which subjects were recruited and of the subject sample selected;

  - Numbers of candidates contacted, interviewed, and screened; and

  - Numbers of subjects enrolled, withdrawn voluntarily, withdrawn involuntarily, and completing the research.

  **(iv)**   Test arthropods: Genus, species, subspecies or strain (if information is available) of target pests; and pest pressure in each cage or field site.  For laboratory studies, the source of test arthropods, methods used to establish

and maintain their disease-free status, rearing techniques and conditions, developmental stage, age and sex of target arthropods and methods used to sex them; preparation of arthropods before testing, and density per cage or container.

(v)    Test conditions: For field studies, the location and type of habitat, species distribution, climate and environmental conditions.  For laboratory studies, a complete description of cages or containers, temperature, relative humidity, ambient light, and air flow.

(vi)    Test procedures, including but not limited to:

- Preparation of subjects: Training, demonstrating attractiveness, clothing and protective equipment worn, calculation of skin area and individual dose, washing, rinsing, and drying of limbs;

- Allocation of subjects to treatments; number of treatments per subject; blinding key, if used;

- Method of dose determination;

- Method of application of repellent to each subject and individual dose applied;

- Time of application of repellent to each subject;

- Time of start and end of exposure of each subject.

(vii)    Complete accounting for all events during the testing period.

(viii)    Results for each subject.

(ix)    Reports of all statistical analyses

(x)    Conclusions

(xi)    Discussion

**(2)**    **Appendices.**

(i)    Complete protocol as approved by the IRB.

(ii)    Consent form and any additional recruiting materials as approved by the IRB.

    **(iii)**    All amendments to the protocol, consent form, or other materials as approved by the IRB.

    **(iv)**    Reports of all deviations from the protocol and assessment of their impact on the integrity of the research.

    **(v)**    Raw data and data collection sheets.

    **(vi)**    Documentation of ethical conduct of the research, as required by 40 CFR §26.1303, including all correspondence with IRB not previously submitted to EPA.  The requirements of this section of the rule are summarized in Appendix C to this guideline.

**(h)**    **Retention of Records.**  The following record-keeping requirements apply to some or all records of research covered by this guideline.

    **(1)**    The record-keeping requirements in 40 CFR §26.1115 apply to Institutional Review Boards (IRBs) that review human research conducted under EPA's Human Research Rule.

    **(2)**    The record-keeping requirements of 40 CFR §169.2(j) apply to investigators who conduct pesticide research with humans subject to FIFRA §12(a)(2)(P).

    **(3)**    The record-keeping requirements of 40 CFR §169.2(k) apply to any person who submits the results of research to EPA in support of a petition for a tolerance or tolerance exemption or in support of registration or an application for registration.

    **(4)**    The record-keeping requirements of 40 CFR §160.190 and §160.195 apply to records of any study conducted under the Good Laboratory Practices rule.

**(i)**    **Specific guidance for dose-determination studies.**  All subjects participating in repellency testing should be treated with the test material at a standard dose rate, expressed by weight of repellent per unit area, $mg/cm^2$ of treated skin, or volumetrically as $ml/cm^2$ of treated skin.  Recommended methods for choosing the standard dose depend in part on the active ingredient(s) and formulation(s) of the test material.  For testing of lotion formulations containing DEET (N,N-diethyl-meta-toluamide) eet, a standard dose rate of 1 g per $600cm^2$ (equivalent to 1.67 mg per $cm^2$) has been used in many tests of repellency.  Repellents in lotion form containing DEET may be tested for repellency at this standard dose rate, or at a "typical consumer dose" rate determined empirically through a dose-determination study.  For other ingredients and formulations no comparable standard dose has been identified, and it is recommended that a "typical consumer dose" be estimated through empirical dose-determination testing as described below.  The rationale for the dose rate actually used in repellent testing should be documented in all study reports.

(1)     **Test material.**  The formulated product should be used as it is or will be marketed, in the same type of container and bearing the same directions for use.

(2)     **Subjects.**  Subjects used for dose determination should be recruited and informed as described above, and must provide written informed consent for their participation.  The same or very similar eligibility criteria would apply as for repellency testing, although subjects participating only in dose-determination testing would not be exposed to any insects or to any of the risks associated with exposure to insects.  The number of subjects used for dose determination should be justified statistically.  The sample should include adults of both sexes and varied race, and should be as representative as possible of the repellent user population, consistent with ethical and feasibility constraints.

(3)     **Measuring subject's skin area.**  The surface area of subject's limb in $cm^2$ can be estimated by measuring the circumference of the forearm in centimeters at the wrist and elbow, or of the leg at the ankle and knee, and in either case at one or two equally spaced intermediate points; then multiplying the average circumference by the length of the limb in centimeters from the wrist to elbow or from the ankle to the knee.

(4)     **Methods.**  Each subject should be instructed to apply the test repellent to his or her own limbs—to forearms or lower legs, or both—as they normally would apply a repellent to achieve complete coverage.  Once the quantity applied has been measured and recorded, the applied repellent should be washed completely off the limb.  This process should be repeated at least 3 times for each limb treated by each subject.

The applied quantity of a lotion or towelette formulation can be determined by weighing the container or towelette before and after use.  Because less than all the spray released from a pump-spray or aerosol container will reach the target limb, a different method is needed to estimate the applied quantity of a spray formulation.  The target limb should be wrapped in gauze "bracelets" of known area so that the bracelets cover only part of the skin.  So long as the area of the bracelets is known, the quantity of a spray formulation applied to the skin per $cm^2$ can be estimated by weighing the bracelets before and after application.  Skin should be left exposed between bracelets to help subjects determine when they achieve complete coverage.  Dose determination with spray formulations should be conducted out-of-doors.

(5)     **Calculating standard dose for use in repellency trials.**  The mean dose applied by each subject to each limb and the grand mean across all subjects of mean doses applied to forearms and to lower legs should be calculated.  The specific gravity of the test material should be used to convert the dose expressed by weight as mg per $cm^2$ to a volumetric dose expressed as ml per $cm^2$; this calculation should be included in the study report.  The volumetric dose should be used as the standard dose for repellency testing, scaling it to the treated surface area of each subject's

limb or limbs.  The protocol should include the specific gravity of all test materials and should specify this calculation, and should specify doses both by weight and by volume.

**(j)**     **Specific guidance for laboratory studies of mosquito or biting fly repellency.**

**(1)**     **Species.**  Mosquito tests should be conducted with *Aedes aegypti*, an *Anopheles* species such as *An. albimanus*, or a *Culex* species, preferably *Cx. quinquefasciatus*.  Stable fly tests should be conducted with *Stomoxys calcitrans*. The source of test insects should be reported, and if possible, they should be identified by subspecies or strain.

**(2)**     **Stage, age, and sex.**  Mosquito testing should be conducted with adult females 5-10 days old; methods of sexing should be reported.  Stable flies should be male or female adults 3-10 days old. The age range of test insects should be reported.

**(3)**     **Rearing techniques.**  Mosquito and biting fly larvae should be reared under optimal conditions for the species—typically at $27° \pm 3°C$, relative humidity 80% $\pm$ 10%, and photoperiod 16:8 hours (light:dark).  Alternative rearing methods for mosquitoes are discussed by Gerberg et al. (1998).  Use of alternative rearing techniques for biting flies and/or mosquitoes should be fully documented and justified.

**(4)**     **Preparation of insects.**  Test mosquitoes should be fed 10% sucrose and no blood meal before use in a test, and starved for 12 to 24 hours immediately before the test.  Test stable flies may be fed dry sugar cubes with a separate water source; they should also receive no blood meal before use in a test, and should be starved for 24 hours immediately before the test.  Test insects should be established to be free of disease; the source of insects and the methods used to ensure they are disease-free should be reported.

**(5)**     **Disposition of insects.**  Test insects should be used only once and destroyed immediately after the trial.

**(6)**     **Test cages.**  Cage size may vary, but is typically 2' x 2' x 2' (8 cubic feet in volume, roughly equivalent to $232,000 \text{ cm}^3$), square or rectangular in plan, with one or more sleeved openings for the subject's arms.  A mirror on the bottom of the cage helps observers see insects landing on the underside of subjects' arms. Larger cages may be used for two subjects at a time, so long as they are treated with the same repellent.  Cage dimensions and design should be reported in detail.

**(7)**     **Insect density.**  There should be at least 200 mosquitoes in each 2'x2'x2' cage (equivalent to one for each $1,160 \text{ cm}^3$) or at least 50 stable flies per cage (one for each $4,640 \text{ cm}^3$.)  After each exposure period all stable flies should be removed by vacuuming from each cage, and 50 fresh stable flies should be added to each cage.

25

**(8)** **Testing conditions.** Ambient temperature during the test should be maintained at $21° \pm 8°C$, and relative humidity at 55-85%. Ambient light appropriate to the preferred feeding time for the test species should be provided—e.g., more light for day feeders like *Aedes aegypti*, and less for night feeders like *Anopheles spp.* and *Culex spp.* When testing in subdued light, care should be taken not to compromise the investigators' ability to observe insect activity. Investigators and subjects should avoid exhaling into the test cage; introduction of $CO_2$ could bias insects towards biting.

**(9)** **Treated area size and preparation.** The recommended treatment area is the subject's forearm (wrist to elbow). This area should be washed with unscented soap, rinsed with a solution of ethanol or isopropyl alcohol in water, and dried with a clean towel. The surface area of each test subject's treated forearm (in $cm^2$) and the volumetric dose administered to each subject (in ml) should be reported. Skin adjacent to the treated area should be covered with a light-colored material that test insects cannot bite through. Hands should be covered with impenetrable (e.g., latex) gloves.

**(10)** **Untreated controls.** One or two untreated control subjects should verify continued landing pressure in tests of CPT. Results for these untreated subjects should not be compared to those for treated subjects; multiple untreated controls should be used as a standard of comparison only in studies of relative protection/percent repellency. To minimize potential interference, untreated subjects should not be treated on their other forearm. Forearms of untreated subjects should be washed, rinsed, and dried exactly like treated forearms.

**(11)** **Positive controls.** A positive control group treated at a rate of 1 ml per 600 $cm^2$ with 20% DEET in ethanol is recommended to calibrate the test system.

**(12)** **Establishing subject attractiveness to test insects.** Before the test, subjects should expose their untreated forearms to the target insects in a test cage to establish their attractiveness. Five mosquito landings in one minute or less or 2 stable fly landings in two minutes or less are sufficient to establish attractiveness.

**(13)** **Establishing and confirming landing pressure.** Before exposing any treated subjects during each exposure period, an untreated subject's forearm should be inserted into each cage to confirm landing pressure. Landing insects should be removed from the subject's arm, by shaking it or by other means, before they have time to bite. The untreated subject should remove his or her forearm from the cage as soon as it has received the requisite number of landings. If at any time fewer than 5 mosquitoes land on the untreated control forearm within one minute, all mosquitoes should be removed from all cages in the study and fresh insects should be added to each cage. If at any time fewer than 2 stable flies land on the untreated control forearm within two minutes, all stable flies should be removed

from that cage and 50 fresh flies should be added.  The aggressiveness of the fresh insects should be confirmed before repellency testing continues.

**(11)   Exposure period.**  Approximately 30 minutes after treatment with the repellent, test subjects should insert their treated forearms into the cage for the first time.  Exposures of pre-defined duration should be repeated at regular intervals—e.g., 5-minute exposures at 30-minute intervals—until efficacy failure for each subject or the end of the study, whichever occurs first.  Subjects should avoid rubbing their arms when inserting them into or removing them from the cage and between exposure periods.

**(k)   Specific Guidance for field studies of mosquito or biting fly repellency.**

**(1)   Pre-test subject preparation.**  Subjects in field studies of repellency should be trained in the laboratory to identify landings, probes, and bites of the target species and to use aspirators to collect landing insects before they have time to bite.

**(2)   Choice of field testing sites.**  Field tests for mosquito repellency should be conducted in at least two distinct habitats (e.g., forest, grassland, salt marsh, wetland, beach, barns, or urban environments) where the predominant mosquito species differ.  So long as the environments and species distribution differ, it is not important for test sites to be widely separated geographically.  Repellency against black flies, stable flies, or other biting flies typically occurring in only one habitat may be tested in only one habitat.

Potential sites for testing mosquito repellency should be monitored at least weekly for a month before testing is scheduled.  To minimize risks to subjects, field testing should ***not*** be conducted where West Nile virus (WNV) or other mosquito-vectored diseases have been detected within the previous two weeks.  Because biting flies are not known to vector human diseases in the USA, no comparable site monitoring is required for studies of repellency to biting flies.

**(3)   Species identification.**  Mosquito tests should be conducted where more than one species is present.  If tests are conducted outside the U.S., the relevance of the study for U.S. regulatory purposes should be justified in the study report.  Landing insects should be aspirated or trapped before and during the test, and labeled with the time of collection.  After the field study, collected insects should be identified by genus and species, and if possible, by subspecies or strain.  The number in each taxon collected in each time period should be reported.

After identification, mosquitoes should be subjected to serological or other analysis to determine the presence or absence of WNV or other disease organisms.  The results of these analyses should be reported to subjects and included in the study report.

27

**(4)     Untreated controls.**  Untreated control subjects are necessary in all study designs.  To minimize the potential for interference, untreated controls should be subjects who are not treated with a repellent on any limb.

When the objective is to estimate CPT, two untreated control subjects are sufficient.  They should expose an untreated arm or leg briefly at regular intervals during the test to confirm continued acceptable landing pressure.  Results for the untreated controls should not be compared to results for treated subjects.  When the objective is to evaluate relative protection, more untreated control subjects are needed to provide a standard of statistical comparison.

Untreated limbs used as controls should be washed, rinsed, and dried exactly like treated limbs.

**(5)     Positive controls.**  A positive control group treated at a rate of 1 ml per 600 cm$^2$ with 20% deet in ethanol is recommended to calibrate the test system.

**(6)     Minimum landing pressure to initiate or continue test.**  Landing pressure should be measured before treatment and intermittently throughout the course of the test by untreated control subjects.  Testing should not be conducted or continued unless landing pressure of the target species is at least one mosquito landing within one minute, or at least one stable fly, black fly, ceratopogonid or tabanid landing within five minutes.  Insects landing on untreated subjects should be collected for later identification, and labeled with the time of collection.

**(7)     Treated area size and preparation.**  The recommended treatment area is the subject's forearm (wrist to elbow) or lower leg (ankle to knee), depending on the feeding behavior of the predominant species at the selected test site.  A smaller treated area on the appropriate limb of at least 250 cm$^2$ is also acceptable.  The treated area should be washed with unscented soap, rinsed with a solution of ethanol or isopropyl alcohol in water, and dried with a clean towel.  The surface area treated for each test subject limb and the specific dose administered (ml) to each subject should be recorded.  With the exception of the treated area, subjects' heads, trunks, and limbs should all be covered with light-colored material through which insects cannot bite.

**(7)     Exposure period.**  Exposure of treated subjects may be intermittent—for example, for 1 or 2 minutes at 15-minute intervals, or for 5 minutes at 30-minute intervals—to reduce risks to subjects and allow them to rest between exposures.

When testing a repellent with a long period of effectiveness, it is critical to the reliability of the data to minimize "right-censoring" of the data—i.e., the number of subjects who do not experience a failure of efficacy before the end of the test.  Reliable results may be obtained for extended periods of protection by treating subjects up to several hours before the first field exposure, with subsequent

28

exposures timed to coincide with periods of target insect activity.  This approach reduces prolonged exposure of subjects to insects in the field, helps to reduce early withdrawal of subjects attributable to excessively long trials, and increases the likelihood that most or all subjects will experience a failure of efficacy.

Another acceptable design for assessing long-term repellency involves treating different subjects at different times (e.g., 2, 4, 6, 8, or 10 hours before exposure) and then exposing all subjects at the same time when target insects are active.

(8)     **Minimizing variation.**  Many factors contributing to variability in repellent field studies cannot be controlled, but minimizing variation when possible and designing studies with insect feeding patterns in mind can make a study design more efficient.  Standardization is possible for such factors as time of testing, allocation to treatment, subject attractiveness to target insects, etc.  Other factors which may be managed to minimize variation include targeting a predominant species in its habitat, synchronizing exposure periods with peak feeding activity of target insects, and treating limbs consistent with the preference of the target species to feed on legs, arms, or both.

(9)     **Environmental conditions.**  The time of day at which subjects are treated and at which exposure to target insects begins and ends should be recorded and reported.  Weather conditions during testing (including temperature, relative humidity, cloud cover, precipitation, light intensity, and wind speed) should be monitored periodically throughout the study and reported.  Testing should be not be conducted or continued if wind speed exceeds 16 kph/10 mph.

(10)    **Test subject placement and behavior.**  Subjects may work in pairs to assist each other to identify landings and collect insects.  Because clustering of subjects may confound results, at least 3 m/10 ft should be maintained between pairs.  Subjects should avoid strenuous exercise and sweating, since these could affect test results.

(11)    **Data collection and reporting.**  Under the supervision of the investigator, an associate or another subject should record the number and timing of each landing or bite during each exposure period for each subject.  If possible, all landing insects should be collected for identification and labeled with the time of collection.

(l)     **Specific guidance for laboratory studies of tick and chigger repellency.**  Because reliable field tests have not been developed, EPA recommends testing for repellency against ticks and chiggers in the laboratory.  If field tests are conducted, proposed label directions for re-application frequency should reflect field study results.

(1)     **Summary of recommended method.**  Each subject should place the fingers of one hand on a flat surface, with the elbow above the wrist and the forearm held at an angle of 30° or more to the surface.  With a suitable instrument (such as an

29

artist's paintbrush, forceps, or a cotton swab) the investigator should  place a tick or chigger, one at a time, on the subject's wrist, at a release point marked 3 cm below the boundary of the treated area of the forearm.  The tick or chigger should be oriented gently (e.g., with paint brush, forceps, or cotton swab) toward the treated area.  After its first movement up the arm toward the margin of the treated area, each tick or chigger should be allowed 3 minutes to move across the boundary onto the treated area.  A tick or chigger that crosses at least 3 cm into the treated area (toward the elbow) is reported as 'not repelled'.  One that does not cross into the treated area, or that crawls into the treated area but immediately turns back or falls off, is reported as 'repelled.'  Fresh ticks or chiggers are exposed to the treated area one at a time, at regular intervals for the duration of the test.

While the general definition of a "crossing" is constant, the details of the method of scoring a crossing must be operationalized in each protocol in a way appropriate to the species and life stage of ticks to be tested.  A release point 3 cm distant from the treated area and scoring of a crossing when a tick moves at least 3 cm into the treated area have worked effectively in tests with nymphal *Dermicentor variabilis* and *Ixodes scapularis,* and are provided here as examples.

(2)   **Species.**  Tick tests should be conducted using laboratory colonies of the tick species the label claims to repel.  Common tick species in the United States include the blacklegged tick (deer tick, *Ixodes scapularis*), western blacklegged tick (deer tick, *Ixodes pacificus*), lone star tick *(Amblyomma americanum*), American dog tick *(Dermacentor variabilis)*, and relapsing fever tick (softbacked tick, *Ornithodoros turicata*).  Chigger tests should be conducted using laboratory colonies of chiggers in the *Trombiculidae* family; *Eutrombicula splendens;* or *E. cinnabarrs*.  Test arthropods should be identified by genus and species, and if possible by subspecies or strain.  It is permissible to test two species concurrently, alternating so that each subject qualifies and tests a tick or chigger from each species within each exposure period.

(3)   **Stage, age, and sex.**  When testing with blacklegged (deer tick), lone star, or soft-backed ticks, either adult or nymphal life stages are appropriate for testing.  Only the adult American dog tick is recommended, since nymphs of this species do not feed on humans.  Tests with chiggers should use immature chiggers.  The age or age range of all test arthropods should be reported.

(4)   **Rearing techniques**.  Ticks and chiggers should be reared at $25° \pm 3°C$, at high relative humidity (> 90%), and photoperiod of approximately 16:8 hours (light:dark).  Any alternative rearing techniques should be fully described and justified.

(5)   **Preparation of test arthropods**.  Ticks and chiggers should be disease-free.  The source of test animals and the methods used to ensure they are disease-free should be reported.

**(6)**     **Disposition of test arthropods**.  Each tick or chigger should be used only once and should be destroyed immediately after use.

**(7)**     **Number of ticks or chiggers.**  Ticks or chiggers are tested for questing behavior and for repellency one at a time, according to the study design.  Some studies using a single species of tick test 5 ticks in each 30-minute exposure period; other studies test one tick of each of two species in each 15-minute exposure period.  Either pattern is acceptable.

**(8)**     **Testing conditions**.  Temperature should be maintained during the test at 20° to 25°C, with relative humidity at $\geq 35\%$ and indirect ambient light 50 to 80%.  The lights should be kept on.

**(9)**     **Subject preparation**.  Before treatment, both forearms of each subject are washed with unscented detergent and carefully rinsed and dried.  One forearm from wrist to elbow is treated with the test material, and two lines are drawn on the subject's wrist: a 'boundary line' at the edge of the treated area, and another line—the 'release line'—3 cm distant from the boundary line, outside the treated area toward the fingers.  Similar lines are drawn in the same positions on the wrist of the subject's other, untreated arm—one line at the wrist, and another 3 cm away toward the fingers.

**(10)**    **Untreated control.** The untreated forearm of each treated subject is used to screen ticks or chiggers for questing behavior; only actively questing ticks or chiggers should be selected for repellency testing.  With an appropriate instrument, such as an artist's paint brush, forceps, or a cotton swab, each tick or chigger should be picked up carefully to prevent damaging its body or forelegs and placed on the release line on the wrist of the subject's untreated arm.  A tick or chigger that moves steadily from the release line across the boundary line and upward along the subject's untreated forearm is actively questing, and appropriate for use in repellency testing.  A tick or chigger failing this test should be immediately destroyed.

**(11)**    **Positive controls.**  A positive control group treated at a rate of 1 ml per 600 cm$^2$ with 20% deet in ethanol is recommended to calibrate the test system.

**(12)**    **Test procedure.**  With the treated forearm held upright above the table, one fresh tick or chigger at a time, immediately after demonstrating active questing on the subject's untreated arm, is placed at the release line on the treated arm.  A "crossing" is recorded if the test organism crosses the boundary line at least 3 cm into the treated area within 3 minutes, and remains in the treated area for at least one minute.

**(13)**    **Exposure period**.  At intervals of 15 to 30 minutes according to the study design, fresh ticks or chiggers are placed one at a time at the release point on the

31

untreated arm and tested for active questing.  Qualified ticks or chiggers are then placed at the release point on the treated arm and exposed to the treated area.  The cycle continues until efficacy failure or the end of the study, whichever occurs first.

**(14)**   **Data collection and reporting.**  Recording of crossings and repelled test ticks or chiggers arthropods during the exposure period should be supervised by investigators.  The investigator, an associate, or another subject should record the number and timing of all events occurring during in each exposure period for each subject.

**(m)**   **References.**  The following publications were consulted in developing this guideline.

(1)   American Society for Testing and Materials. (2006) E 939-94 Standard Test Method of Field Testing Topical Applications of Compounds as Repellents for Medically Important and Pest Arthropods (Including Insects, Ticks and Mites): I Mosquitoes.

(2)   American Society for Testing and Materials. (2003) E 1488-02 Standard Guide for Statistical procedures to use in Developing and Applying test methods.

(3)   Barnard, D.R.; Ulrich, R.B.; Xue, R.; and Debboun, M. (2007) Chapter 5: Standard methods for testing mosquito repellents. In *Insect Repellents: Principles, Methods and Uses*. Debboun, Frances, and Strickman, eds.  CRC Press. (495 p.)

(4)   Bernard, D. R., Bernier, U. R., Posey, K. H. and Xue, R-D (2002). Repellency of IR 3535, KBR 3023, para-menthane-3,8,-diol, and deet to Black Salt Marsh Mosquitoes (Diptera:Culicidea) in Everglades National Park. J. Med. Entomology39(6): 895-899

(5)   Barnard, D.R. (1998) Mediation of Deet repellence in mosquitoes (Diptera: Culicidae) by species, age, and parity.  J. Med. Entomol.  35(3): 340-343.

(6)   Barnard, D.R.; Posey, K.H.; Smith, D.; and Shreck, C.E. (1998) Mosquito density, biting rate and cage size effects on repellent tests. Med. Vet. Entomol. 12:39-45.

(7)   Carroll, S. P. (2007) Chapter 12: Evaluation of topical insect repellents and factors that affect their performance.  In *Insect Repellents: Principles, Methods and Uses*. Debboun, Frances, and Strickman, eds.  CRC Press. (495 p.)

(8)   Frances, S.P.  (1994) Response of a chigger, *Eutrombicula hirsti* (Acari: Trombiculidae) to repellent and toxicant compounds in the laboratory.  J. Med. Entomol. 31(4): 628-630.

(9)     Frances, S.P.; Eikarat, N.; Sripongsai, B.; and Eamsila, C. (1993) Response of *Anopheles dirus* and *Aedes albopictus* to repellents in the laboratory.  J. Am. Mos. Con. Assoc.  9(4):  474-476.

(10)    Gerberg, E. J. ; Barnard, D.R.; and Ward, R.A. (1998)  Manual for Mosquito Rearing and Experimental Techniques.  AMCA Bull. 5.

(11)    Govere, J.M.; and Durrheim, D. N. (2007) Chapter 8: Techniques for evaluating repellents. In *Insect Repellents: Principles, Methods and Uses*. Debboun, Frances, and Strickman, eds.  CRC Press. (495 p.)

(12)    Huntsberger, D. and Billingsley, P. (1981) Elements of Statistical Inference. 5th edition. Allyn and Bacon. Inc., Boston.

(13)    Klun, J.A. and Debboun, M. (2000) A new module for quantitative evaluation of repellent efficacy using human subjects.  J. Med. Entomol. 37(1):  177-181.

(14)    Schofield, S.; Tepper, M.; and Gadawski, R. (2007) Field evaluation against mosquitoes of regular and polymer-based deet formulations in Manitoba, Canada, with comment on methodological issues. J. Med. Entomol. 44: 457-62.

(15)    Smith, C.N. (1955) Insect repellents.  Quarterly Report, Entomological Research. Entomology Research Branch, U.S. Department of Agriculture.  8 p.

(16)    Verwey, R.E.  (1996) Laboratory method for testing insect repellents on human test subjects against chiggers in the laboratory.  Unpublished document prepared by S.C. Johnson & Sons, Inc., Racine, WI.  3 p.

(17)    WHO (2009) Guidelines for Efficacy Testing of Mosquito repellents for Human Skin: CDS/NTD/WHOPES/2009.4.

(18)    WHO (1996) Report of the WHO Informal Consultation on the Evaluation and Testing of Insecticides: CTD/WHOPES/1C/96.1.

**Appendix A: Checklist of Elements Required by 40 CFR §26.1125**
**40 CFR 26.1125 Prior submission of proposed human research for EPA review**

Any person or institution who intends to conduct or sponsor human research covered by §26.1101(a) shall, after receiving approval from all appropriate IRBs, submit to EPA prior to initiating such research all information relevant to the proposed research specified by §26.1115(a), and the following additional information, to the extent not already included:

| | Requirement | Y/N | Comments/Page Refs |
|---|---|---|---|
| **All information relevant to the proposed research specified by § 26.1115(a)** | (1) Copies of <br>• all research proposals reviewed by the IRB, <br>• scientific evaluations, if any, that accompanied the proposals reviewed by the IRB, <br>• approved sample consent documents, <br>• progress reports submitted by investigators, and reports of injuries to subjects. | | |
| | (2) Minutes of IRB meetings . . . in sufficient detail to show <br>• attendance at the meetings; <br>• actions taken by the IRB; <br>• the vote on these actions including the number of members voting for, against, and abstaining; <br>• the basis for requiring changes in or disapproving research; <br>• a written summary of the discussion of controverted issues and their resolution. | | |
| | (3) Records of continuing review activities. | | |
| | (4) Copies of all correspondence between the IRB and the investigators. | | |
| | (5) <br>• A list of IRB members identified by name; earned degrees; representative capacity; indications of experience such as board certifications, licenses, etc., sufficient to describe each member's chief anticipated contributions to IRB deliberations; <br>• any employment or other relationship between each member and the institution, for example, full-time employee, a member of governing panel or board, stockholder, paid or unpaid consultant. | | |
| | (6) Written procedures for the IRB in the same detail as described in §26.1108(a) and §26.1108(b). | | |
| | (7) Statements of significant new findings provided to subjects, as required by §26.1116(b)(5). | | |
| **The following information, to the extent not already included:** | **§1125(a) a discussion of:** (1) The potential risks to human subjects | | |
| | (2) The measures proposed to minimize risks to the human subjects; | | |
| | (3) The nature and magnitude of all expected benefits of such research, and to whom they would accrue | | |
| | (4) Alternative means of obtaining information comparable to what would be collected through the proposed research; and | | |
| | (5) The balance of risks and benefits of the proposed research. | | |
| | §1125(b): All information for subjects and written informed consent agreements as originally provided to the IRB, and as approved by the IRB. | | |
| | §1125(c): Information about how subjects will be recruited, including any advertisements proposed to be used. | | |
| | §1125(d): A description of the circumstances and methods proposed for presenting information to potential human subjects for the purpose of obtaining their informed consent. | | |
| | §1125(e): All correspondence between the IRB and the investigators or sponsors. | | |
| | §1125(f): Official notification to the sponsor or investigator . . . that research involving human subjects has been reviewed and approved by an IRB. | | |

34

**Appendix B: Framework for Science and Ethics Reviews of Proposed Human Research**

## Questions to be Addressed in EPA Protocol Review

**Protocol Identification**

    (a) Title
    (b) Date
    (c) Principal Investigator and any sub-investigators
    (d) Participating Laboratories
    (e) Sponsor
    (f) Reviewing IRB

**1.  Societal Value of Proposed Research**

    (a) What is the stated purpose of the proposed research?
    (b) What research question does it address?  Why is this question important?  Would the research fill an important gap in understanding?
    (c) How would the study be used by EPA?
    (d) Could the research question be answered with existing data?  If so, how?
    (e) Could the question be answered without newly exposing human subjects?  If so, how?

**2.  Study Design**

    (a) What is the scientific objective of the study?  If there is an explicit hypothesis, what is it?
    (b) Can the study as proposed achieve that objective or test this hypothesis?

**2.1  Statistical Design**

    (a) What is the rationale for the choice of sample size?
    (b) What negative and positive controls are proposed?  Are proposed controls appropriate for the study design and statistical analysis plan?
    (c) How is the study blinded?
    (d) What is the plan for allocating individuals to treatment or control groups?
    (e) Can the data be statistically analyzed?
    (f) What is the plan for statistical analysis of the data?
    (g) Are proposed statistical methods appropriate to answer the research question?
    (h) Does the proposed design have adequate statistical power to definitively answer the research question?

**2.2  How and to what will human subjects be exposed?**

    (a) To what will subjects be exposed?
    (b) What is the rationale for the choice of test material and formulation?
    (c) What is the rationale for the choice of dose/exposure levels and the staging of dose administration?
    (d) What duration of exposure is proposed?

**Appendix B: Framework for Science and Ethics Reviews of Proposed Human Research**

### 2.3 Endpoints and Measures

(a) What endpoints will be measured?  Are they appropriate to the question(s) being asked?
(b) What steps are proposed to ensure measurements are accurate and reliable?
(c) What QA methods are proposed?
(d) How will uncertainty be addressed?  Will reported point values be accompanied by measures of uncertainty?

## 3.  Subject Selection

### 3.1  Representativeness of Sample

(a) What is the population of concern?  How was it identified?
(b) From what populations will subjects be recruited?
(c) Are expected participants representative of the population of concern?  If not, why not?
(d) Can the findings from the proposed study be generalized beyond the study sample?

### 3.2  Equitable Selection of Subjects

(a) What are the inclusion/exclusion criteria?  Are they complete and appropriate?
(b) What, if any, is the relationship between the investigator and the subjects?
(c) If any potential subjects are from a vulnerable population, what is the justification for including them?
(d) What process is proposed for recruiting and informing potential subjects?
(e) If any subjects are potentially subject to coercion or undue influence, what specific safeguards are proposed to protect their rights and welfare?

### 3.3  Remuneration of Subjects

(a) What remuneration, if any, is proposed for the subjects?
(b) Is proposed remuneration so high as to be an undue inducement?
(c) Is proposed remuneration so low that it will only be attractive to economically disadvantaged subjects?
(d) How and when would subjects be paid?

## 4.    Risks to Subjects

### 4.1  Risk characterization

(a) Have all appropriate prerequisite studies been performed?  What do they show about the hazards of the test materials?
(b) What is the nature of the risks to subjects of the proposed research?
(c) What is the probability of each risk associated with the research?  How was this probability estimated?

**Appendix B: Framework for Science and Ethics Reviews of Proposed Human Research**

### 4.2  Risk minimization

   (a)  What specific steps are proposed to minimize risks to subjects?
   (b)  How do proposed dose/exposure levels compare to established NOELs/NOAELs for the test materials?
   (c)  What stopping rules are proposed in the protocol?
   (d)  How does the protocol provide for medical management of potential illness or injury to subjects?
   (e)  How does the protocol provide for safety monitoring?
   (f)  How does the protocol provide for post-exposure monitoring or follow-up?  Is it of long enough duration to discover adverse events which might occur?
   (g)  How and by whom will medical care for research-related injuries to subjects be paid for?

### 5.  Benefits

   (a)  What benefits of the proposed research, if any, would accrue to individual subjects?
   (b)  What benefits to society are anticipated from the information likely to be gained through the research?
   (c)  How would societal benefits be distributed?  Who would benefit from the proposed research?
   (d)  What is the likelihood that each identified societal benefits would be realized?

### 6.  Risk/Benefit Balance

   (a)  How do the risks to subjects weigh against the anticipated benefits of the research, to subjects or to society?

### 7.  Independent Ethics Review

   (a)  What Institutional Review Board (IRB) reviewed the proposed research?
   (b)  Is this IRB independent of the investigators and sponsors of the research?
   (c)  Is this IRB registered with OHRP?
   (d)  Is this IRB accredited?  If so, by whom?
   (e)  Does this IRB hold a Federal-Wide Assurance from OHRP?
   (f)  Are complete records of the IRB review as required by 40 CFR §26.1125 provided?
   (g)  What standard(s) of ethical conduct would govern the work?

### 8.  Informed Consent

   (a)  Will informed consent be obtained from each prospective subject?
   (b)  Will informed consent be appropriately documented, consistent with the requirements of 40 CFR §26.1117?
   (c)  Do the informed consent materials meet the requirements of 40 CFR §26.1116, including adequate characterization of the risks and discomforts to subjects from participation in the research, the potential benefits to the subject or others, and the right to withdraw from the research?

**Appendix B: Framework for Science and Ethics Reviews of Proposed Human Research**

(d) What is the literacy rate in English or other languages among the intended research subjects?

(e) What measures are proposed to overcome language differences, if any, between investigators and subjects?

(f) What measures are proposed to ensure subject comprehension of risks and discomforts?

(g) What specific procedure will be followed to inform prospective subjects and to seek and obtain their consent?

(h) What measures are proposed to ensure fully voluntary participation and to avoid coercion or undue influence?

## 9. Respect for Subjects

(a) How will information about prospective and enrolled subjects be managed to ensure their privacy?

(b) How will subjects be informed of their freedom to withdraw from the research at any time without penalty?

(c) How will subjects who decline to participate or who withdraw from the research be dealt with?

## Appendix C: Checklist of Elements Required by 40 CFR §26.1303

### § 26.1303 Submission of Completed Human Research for EPA Review

Any person who submits to EPA data derived from human research covered by this subpart shall provide at the time of submission information concerning the ethical conduct of such research. To the extent available to the submitter and not previously provided to EPA, such information should include:

| | Requirement | Y/N | Comments/Page References |
|---|---|---|---|
| **(a) Copies of all of the records relevant to the research specified by §26.1115(a) to be prepared and maintained by an IRB** | §1115(a)(1): Copies of<br>• all research proposals reviewed,<br>• scientific evaluations, if any, that accompany the proposals,<br>• approved sample consent documents,<br>• progress reports submitted by investigators, and reports of injuries to subjects. | | |
| | §1115(a)(2): Minutes of IRB meetings which shall be in sufficient detail to show<br>• attendance at the meetings;<br>• actions taken by the IRB;<br>• the vote on these actions including the number of<br>• members voting for, against, and abstaining;<br>• the basis for requiring changes in or disapproving research;<br>• a written summary of the discussion of controverted issues and their resolution. | | |
| | §1115(a)(3): Records of continuing review activities. | | |
| | §1115(a)(4): Copies of all correspondence between the IRB and the investigators. | | |
| | §1115(a)(5):<br>• A list of IRB members identified by name; earned degrees; representative capacity; indications of experience such as board certifications, licenses, etc., sufficient to describe each member's chief anticipated contributions to IRB deliberations;<br>• any employment or other relationship between each member and the institution, for example, full-time employee, a member of governing panel or board, stockholder, paid or unpaid consultant. | | |
| | §1115(a)(6): Written procedures for the IRB in the same detail as described in § 26.1108(a) and § 26.1108(b). | | |
| | §1115(a)(7): Statements of significant new findings provided to subjects, as required by § 26.1116(b)(5). | | |
| **(b) Copies of all of the records relevant to the information identified in §26.1125(a)-(f)** | §1125(a) A discussion of: (1) The potential risks to human subjects; | | |
| | (2) The measures proposed to minimize risks to the human subjects; | | |
| | (3): The nature and magnitude of all expected benefits of such research, and to whom they would accrue; | | |
| | (4) Alternative means of obtaining information comparable to what would be collected through the proposed research; and | | |
| | (5) The balance of risks and benefits of the proposed research. | | |
| | §1125(b): All information for subjects and written informed consent agreements as originally provided to the IRB, and as approved by the IRB. | | |
| | §1125(c): Information about how subjects will be recruited, including any advertisements proposed to be used. | | |
| | §1125(d): A description of the circumstances and methods proposed for presenting information to potential human subjects for the purpose of obtaining their informed consent. | | |
| | §1125(e): All correspondence between the IRB and the investigators or sponsors. | | |
| | §1125(f): Official notification to the sponsor or investigator, in accordance with the requirements of this subpart, that research involving human subjects has been reviewed and approved by an IRB. | | |
| **(c)** Copies of sample records used to document informed consent as specified by §26.1117, but not identifying any subjects of the research | | | |
| **(d)** If any of the information listed in paragraphs (a) through (c) of this section is not provided, the person shall describe the efforts made to obtain the information. | | | |

**EXHIBIT F**

Journal of Insect Science

OPEN ACCESS

**RESEARCH**

# The Efficacy of Some Commercially Available Insect Repellents for *Aedes aegypti* (Diptera: Culicidae) and *Aedes albopictus* (Diptera: Culicidae)

Stacy D. Rodriguez,[1,2] Lisa L. Drake,[1,3] David P. Price,[4] John I. Hammond,[5] Immo A. Hansen[1,4,6]

[1]Department of Biology, New Mexico State University, 1200 S. Horseshoe Dr., Las Cruces, NM 88003
[2]Corresponding author, e-mail: stacyr@nmsu.edu
[3]Anastasia Mosquito Control District, 500 Old Beach Rd., St. Augustine, FL 32080
[4]Molecular Biology Program, New Mexico State University, MSC 3MLS, P.O. Box 30001, Las Cruces, NM 88003
[5]Department of Biology, University of New Mexico, 167 Castetter Hall, Albuquerque, NM 87131
[6]Institute of Applied Biosciences, New Mexico State University, 1200 S. Horseshoe Dr., Las Cruces, NM 88003

Subject Editor: Nannan Liu

J. Insect Sci. (2015) 15(1): 140; DOI: 10.1093/jisesa/iev125

**ABSTRACT.** Reducing the number of host-vector interactions is an effective way to reduce the spread of vector-borne diseases. Repellents are widely used to protect humans from a variety of protozoans, viruses, and nematodes. DEET (N,N-Diethyl-meta-toluamide), a safe and effective repellent, was developed during World War II. Fear of possible side effects of DEET has created a large market for "natural" DEET-free products with a variety of active ingredients. We present a comparative study on the efficacy of eight commercially available products, two fragrances, and a vitamin B patch. The products were tested using a human hand as attractant in a Y-tube olfactometer setup with *Aedes aegypti* (Linnaeus) and *Aedes albopictus* (Skuse), both major human disease vectors. We found that *Ae. albopictus* were generally less attracted to the test subject's hand compared with *Ae, aegypti*. Repellents with DEET as active ingredient had a prominent repellency effect over longer times and on both species. Repellents containing p-menthane-3,8-diol produced comparable results but for shorter time periods. Some of the DEET-free products containing citronella or geraniol did not have any significant repellency effect. Interestingly, the perfume we tested had a modest repellency effect early after application, and the vitamin B patch had no effect on either species. This study shows that the different active ingredients in commercially available mosquito repellent products are not equivalent in terms of duration and strength of repellency. Our results suggest that products containing DEET or p-menthane-3,8-diol have long-lasting repellent effects and therefore provide good protection from mosquito-borne diseases.

**Key Words:** repellents, *Aedes*, yellow fever mosquito, Asian tiger mosquito, DEET

Mosquitoes are hosts for an array of different protozoan parasites, nematodes, and viruses (Marquardt 2004, Enserink 2007, Murray et al. 2010). Controlling mosquito populations is an effective tool for the fight against such pathogens. Several different methods for mosquito control have been developed, e.g., source reduction, physical exclusion (nets, screens, etc.), pesticide application, biological control methods, sterile insect technique, and release of genetically modified mosquitoes (Rose 2001, Phuc et al. 2007, Alphey et al. 2010). Unfortunately and for a variety of reasons, these approaches can be difficult to implement in many locations (Peter et al. 2005). Widespread insecticide resistance in disease-carrying mosquito populations also poses a significant problem.

On an individual level, mosquito repellents are widely used to avoid disease exposure (Barnard 2000, Barnard and Xue 2004). Repellents, even though they can never guarantee complete protection, can significantly lessen the chance of contracting vector-borne diseases (Kahn et al. 1975, Barnard et al. 1998, Barnard and Xue 2004, Rowland et al. 2004, Hill et al. 2007). They are especially useful when used where human activity coincides with the diurnal activity patterns of mosquitoes, e.g., outdoor activities that take place at dusk and dawn, e.g., hunting and fishing.

The sense of smell is one of the most important senses that mosquitoes use for long range host seeking (Potter 2014). Insect olfaction has been extensively studied leading to the identification of the key proteins involved: odorant receptors, odorant receptor co-receptors, gustatory receptors, and odorant binding proteins (Kaupp 2010, Suh et al. 2014). The processing of olfactory information in different regions of the insect brain has also attracted a lot of research interest (Galizia 2014). Various mosquito attractants and repellents have been identified, many

of which are produced by human metabolism or the bacterial degradation of sweat components. Lactic acid and 1-octen-3-ol are two components that act as strong mosquito attractants (Zwiebel and Takken 2004). Carbon dioxide from breath is another strong attractant that sensitizes mosquitoes to other odorants (Dekker et al. 2005). Studies have shown that different insect repellents use a similar mode-of-action. Each repellent binds and interacts with specific insect odorant and gustatory receptors changing their activity and thereby exerting their different effects (Kwon et al. 2010, Dickens and Bohbot 2013, Xu et al. 2014). The most widely used insect repellent, DEET (N,N-diethyl-m-toluamide), has been in use for about 70 yr. DEET is considered a very safe repellent (Osimitz and Grothaus 1995, Koren et al. 2003, Sudakin and Trevathan 2003). Nevertheless, fear of possible side effects of DEET and general chemophobia has resulted in the development of a multitude of "DEET-free" mosquito repellents with a variety of active ingredients. Plant-based repellents usually contain essential plant oils as active ingredients.

There are several approaches for evaluating the efficacy of insect repellents. Some of the bioassays that have been used include spatial repellency assay, host attraction-inhibition assay, landing inhibition assay, effective dose and duration assays, taxis cage assays, etc. (Lorenz et al. 2013, Afify et al. 2014, Menger et al. 2014). Olfactometers are useful tools used in attraction-inhibition assays to test repellent efficacy. They allow the experimenter to perform the tests under very controlled conditions, thereby eliminating many variables that may alter experimental results in more open systems (McIndoo 1926).

Here, we report experiments performed with a Y-tube olfactometer that was constructed according to a blueprint published by the World

© The Author 2015. Published by Oxford University Press on behalf of the Entomological Society of America.
This is an Open Access article distributed under the terms of the Creative Commons Attribution Non-Commercial License (http://creativecommons.org/licenses/by-nc/4.0/), which permits non-commercial re-use, distribution, and reproduction in any medium, provided the original work is properly cited. For commercial re-use, please contact journals.permissions@oup.com

Health Organization in its publication "Guidelines for efficacy testing of spatial repellents" (World Health Organization [WHO] 2013). We performed host attraction-inhibition assays and tested the efficacy of eight commercially available mosquito repellent products, a perfume, a bath oil, and a vitamin B patch.

## Materials and Methods

**Mosquito Culture.** *Ae. aegypti* UGAL strain and *Ae. albopictus* F10 strain were acquired from the Malaria Research and Reference Reagent Resource Center (ATCC 2015). Mosquito culture was executed as described in Marquardt(2004), using chicken for a blood meal source. Larvae were reared in 13" by 20" pans filled with 2 liters of deionized water held at 27°C. Larvae were given five dry dry cat food pellets (Special Kitty-Wal-Mart Stores, Inc. Bentonville, AR) every 3 d; water was changed after 5 d. The mosquitoes were allowed to mature for 5 d in a BugDorm-1 Insect Rearing Cage (30 by 30 by 30 cm, BugDorm Store, Taichung, Taiwan) before the experiment commenced. The adult mosquitoes were maintained on 20% sucrose solution, ad libitum, up to 24 h before the experiment began. The cages were placed in an incubation room that was maintained at 80% humidity and 27°C with a photoperiod of 14:10 (L:D) h. Mosquitoes were starved 24 h before each Y-tube assay.

**Institutional Review Board Approval.** This study has been approved by the New Mexico State University Institutional Review Board. Title: "Efficacy of different insect repellents," study no. 11505A.

**Selection of Commercially Available Repellents.** Repellents were purchased locally in Las Cruces, NM, or ordered online via Amazon. Table 1 lists the products tested, active ingredients, manufacturer and location, and the manufacturer's estimated protection times. The Mosquito Skin Patch was applied 2 h before the start of the experiment.

**Attraction-Inhibition Assay.** The Y-tube (see Fig. 1 and Supp Material 1 [online only]) was constructed according to the WHO schematic with modifications (WHO 2013). A constant air current was produced by a computer fan that was placed at the bottom of the Y-tube. The air flow was adjusted to 0.4 m/s in the base leg (0.2 m/s in each port) by placing the probe of an anemometer within the different shafts of the Y-tube and moving the fan in relation to the tube opening until the correct air flow speed was achieved. Experiments were all performed between 0800 and 1200 to avoid diurnal changes in mosquito activity. One of the co-authors was selected as the attractant for Y-tube

assays based on preliminary attraction studies that found her to be a superior attractant. The volunteer was not allowed to wash her hands, wear perfume, or take a shower in the morning prior to the experiments. One of the attractant's hands was sprayed with approximately 0.5 ml of liquid repellent; the other hand was covered with a nitrile glove. The hand was sprayed on both sides and allowed to air dry. Trap doors 1 and 2 were opened and the mosquitoes were placed in the holding chamber of the Y-tube. The treated hand was then placed in one of the decision ports (from here on referred to as the "hand port"); the other, untreated gloved hand was inserted into the other port (control port). Alternating decision ports were used for the biological replicates to ensure there was no bias. The mosquitoes were given 30 s to acclimate to their environment while exposed to the odor on the hand before they were released from the holding chamber by opening trap door 3. The mosquitoes were given 2 min to relocate within the tube. After a 2-min period, all trap doors were closed. Three groups of mosquitoes were counted and recorded: the ones that stayed in the holding port, the ones that arrived in either decision port, and the ones that stayed in the shaft of the Y-tube. The mosquitoes that were not captured at either decision port or in the holding port were considered wandering. For each replicate, there were a total of 20 mosquitoes placed in the holding chamber. We evaluated efficacy of the repellent over a 4-h time period with evaluation points at: 0 min, 30 min, 120 min, and 240 min post application. The experiments commenced in the early morning and ran for 4 h, the time of commencement represented the laboratory mosquitoes' dawn. Five replicates were performed for each time point, and the experiments were performed over a 3-mo period. Attraction rate (%) was calculated as the number of mosquitoes in the treated hand port divided by the total number of mosquitoes in the replicate.

**Statistical Methods.** To evaluate the efficacy of each repellent, a one-way repeated measures analysis of variance was used. The dependent variable was the rank-transformed ratio of the number of mosquitoes that ended up in the port containing the hand or the holding port vs. the total number of mosquitoes in the test. One test was performed for the mosquitoes in the hand port and a second for those in the holding chamber. Dunnett's multiple comparison procedure was used, with the untreated time zero control group as the control.

## Results

***Ae. aegypti* Attraction-Inhibition Assays.** Table 2 lists the overall attraction rates of *Ae. aegypti* females to an untreated control hand and

---

**Table 1. Active ingredients, manufacturers, and estimated protection time of the repellents, fragrances, and patch**

| Product name | Product type | Active ingredient(s) | Manufacturer/distributor | Estimated protection time[a] |
|---|---|---|---|---|
| Repel 100 insect repellent | Repellent spray | DEET (98.11%) | WPC Brands, Inc. | 10 h |
| OFF deep woods insect repellent VIII | Repellent spray | DEET (25%) | S.C. Johnson & Son, Inc. | Not provided |
| Cutter skinsations insect repellent | Repellent spray | DEET (7.0%) | Spectrum Division of United Industries Corporation | Not provided |
| Cutter natural insect repellent | Repellent spray | Geraniol (5%) Soybean oil (2%) | Spectrum Division of United Industries Corporation | 2 h |
| EcoSmart organic insect repellent | Repellent spray | Geraniol (1.0%) Rosemary oil (0.5%) Cinnamon oil (0.5%) Lemongrass oil (0.5%) | EcoSMART Technologies Inc. | 2 h |
| Cutter lemon eucalyptus insect repellent | Repellent spray | Oil of lemon eucalyptus (30%) This oil contains 65% p-menthane-3-8-diol | Spectrum Division of United Industries Corporation | 6 h |
| Avon Skin So Soft Bug Guard | Repellent spray | Oil of citronella (10%) | Avon Products, Inc. | 2 h |
| Avon Skin So Soft Bath Oil | Fragrance | Unknown | Avon Products, Inc. | Not Recommended |
| Victoria Secret Bombshell | Fragrance | Unknown | Victoria Secret | Not Recommended |
| Mosquito skin patch | Patch | Thiamin B1 (300 mg) | AgraCo Technologies International, LLC | 36 h |

[a] Manufacturer provided estimated protection time.

Case 1:17-cv-05353-GBD    Document 47    Filed 02/19/19    Page 138 of 167

hands treated with various repellents. The overall attraction rate was determined as an average of five replicates, calculating the number of mosquitoes in the treated hand port out of the total mosquitoes in the replicate.



**Fig. 1.** The Y-tube used in the attraction-inhibition assays.

The control, bare hand, elicited an attraction rate of 61% (±1.6) from *Ae. aegypti* female mosquitoes during the initial evaluation. As expected, controls at time 30 min, 120 min, and 240 min were not significantly different from the control at time 0 min.

Application of sprays containing DEET (Repel 100 Insect Repellent, OFF Deep Woods Insect Repellent VIII, and Cutter Skinsations Insect Repellent) resulted in a strong reduction of attraction. At the 120 min, all three spray treatments still confer maximal protection, while at the 240 min, this effect starts to wear off with the lower DEET concentrations.

Application of DEET-free repellent sprays (Cutter Lemon Eucalyptus, Ecosmart Organic Insect Repellent, Cutter Natural insect repellent, and Avon Skin So Soft Bug Guard) produced different results. Two of the sprays (Cutter Natural insect repellent and Avon Skin So Soft Bug Guard) did not result in any reduction of attraction. Ecosmart Organic Insect Repellent resulted in a strong reduction of attraction at 0 min, but this effect did not persist after 30 min or any of the later time points.

Avon Skin So Soft bath oil resulted in significant reduction of attraction nearly half at the initial time point when compared with the control that had a 61% attraction rate. The effect was still significant at 120 min, but this effect was not seen at 240 min. Interestingly, Victoria Secret Bombshell repelled mosquitoes quite effectively 120 min post application. The Mosquito Skin Patch did not reduce attraction rates.

***Ae. albopictus* Attraction-Inhibition Assays.** Table 3 lists the overall attraction rates of *Ae. albopictus* females to an untreated control hand and hands treated with various repellents. The overall attraction rates were determined as described above.

The control, bare hand, elicited an initial attraction rate of 41% (±6.96). As expected, controls at 30 min, 120 min, and 240 min were not significantly different from the control at 0 min.

The DEET-containing sprays reduced attraction rates significantly for 120 min. The repellency effect was lost at 240 min resulting in no significant difference between the control and the treated hand with the two lower concentrated DEET sprays (OFF Deep Woods Insect Repellent VIII and Cutter Skinsations Insect Repellent).

The DEET-free repellent sprays produced varied results. Cutter Natural Insect Repellent produced no significant reduction in attraction. Avon Skin So Soft Bug Guard achieved a significant reduction in attraction of *Ae. albopictus* at 0 min and at 120 min after application.

Avon Skin So Soft bath oil had no effect on the attraction of *Ae. albopictus*. Victoria Secret Bombshell repelled mosquitoes quite effectively during the first 120 min after application. The Mosquito Skin Patch did not reduce attraction rates for both species.

### Discussion

In the last centuries, mosquitoes of the genus *Aedes* have extended their range from tropical and subtropical habitats to more temperate climates (Lounibos 2002). Both *Ae. aegypti* and *Ae. albopictus*

---

**Table 2. Average percentage of *Ae. aegypti* mosquitoes trapped in the port with the hand**

| Treatments ($N = 5$) | Initial (±SE) | 30 min (±SE) | 120 min (±SE) | 240 min (±SE) |
|---|---|---|---|---|
| Control | 61 (±4.30) | 61 (±4.00) | 58 (±2.00) | 68 (±3.39) |
| Repel 100 insect repellent | 10** (±1.58) | 18** (±3.39) | 15** (±5.24) | 14** (±4.85) |
| OFF deep woods insect repellent VIII | 6** (±1.87) | 17** (±1.22) | 14** (±1.10) | 29** (±3.32) |
| Cutter skinsations insect repellent | 11** (±3.67) | 22** (±5.15) | 17** (±2.55) | 30** (±5.24) |
| Cutter natural insect repellent | 57 (±3.39) | 47 (±4.06) | 64 (±1.87) | 65 (±6.12) |
| EcoSmart organic insect repellent | 9** (±1.87) | 55 (±3.16) | 68 (±2.00) | 67 (±3.39) |
| Cutter lemon eucalyptus insect repellent | 9** (±2.45) | 8** (±3.39) | 13** (±1.64) | 18** (±3.74) |
| Avon Skin So Soft Bug Guard | 48 (±4.06) | 42* (±2.55) | 52 (±2.55) | 67 (±5.15) |
| Avon Skin So Soft Bath Oil | 31** (±1.00) | 35** (±5.70) | 43* (±6.04) | 53 (±8.00) |
| Victoria Secret Bombshell | 17** (±5.39) | 15** (±5.24) | 18** (±3.00) | 47 (±5.39) |
| Mosquito skin patch | 68 (±5.10) | 67 (±5.61) | 48 (±4.90) | 68 (±5.15) |

*N*, number of replicates.
*Significantly different than the control, $P < 0.05$.
**Significantly different than the control, $P < 0.01$.

#### Table 3. Average percentile of *Ae. albopictus* mosquitoes trapped in the port with the hand

| Treatments ($N = 5$) | Initial ($\pm$SE) | 30 ($\pm$SE) | 120 ($\pm$SE) | 240 ($\pm$SE) |
|---|---|---|---|---|
| Control | 41 ($\pm$6.96) | 50 ($\pm$4.18) | 41 ($\pm$3.32) | 47 ($\pm$7.68) |
| Repel 100 insect repellent | 10** ($\pm$2.24) | 7** ($\pm$3.39) | 14** ($\pm$4.30) | 14** ($\pm$2.45) |
| OFF deep woods insect repellent VIII | 7** ($\pm$3.00) | 13** ($\pm$3.74) | 15** ($\pm$3.54) | 27 ($\pm$2.55) |
| Cutter skinsations insect repellent | 20** ($\pm$4.74) | 18** ($\pm$5.39) | 18** ($\pm$4.64) | 30 ($\pm$4.74) |
| Cutter natural insect repellent | 33 ($\pm$3.74) | 26 ($\pm$2.92) | 37 ($\pm$3.00) | 50 ($\pm$4.47) |
| EcoSmart organic insect repellent | 5** ($\pm$2.74) | 15** ($\pm$2.74) | 23* ($\pm$5.61) | 15** ($\pm$3.16) |
| Cutter lemon eucalyptus insect repellent | 9** ($\pm$2.92) | 18** ($\pm$7.00) | 23* ($\pm$4.06) | 22* ($\pm$2.00) |
| Avon Skin So Soft Bug Guard | 21** ($\pm$1.87) | 27 ($\pm$3.39) | 20** ($\pm$3.54) | 38 ($\pm$6.44) |
| Avon Skin So Soft Bath Oil | 31 ($\pm$3.67) | 36 ($\pm$3.67) | 36 ($\pm$2.92) | 56 ($\pm$5.79) |
| Victoria Secret Bombshell | 14** ($\pm$4.58) | 24* ($\pm$3.32) | 17** ($\pm$3.74) | 35 ($\pm$4.74) |
| Mosquito skin patch | 40 ($\pm$4.18) | 42 ($\pm$5.15) | 34 ($\pm$1.87) | 39 ($\pm$2.92) |

*N*, number of replicates.
*Significantly different than the control, $P < 0.05$.
**Significantly different than the control, $P < 0.01$.

mosquitoes are vectors for human diseases (Brunkard et al. 2007, Shepard et al. 2011, Joy et al. 2012).

Mosquito repellents are an effective way to reduce vector/host contacts and incidence of vector-borne diseases on an individual level. The more effective and long-lasting the efficacy of a repellent is, the higher the level of protection it provides to the consumer. Therefore, information on the efficacy of repellents is extremely valuable for the individual consumer to make informed choices. A multitude of studies has addressed this problem using different techniques (Barnard et al. 1998, Kline et al. 2003, Barnard and Xue 2004, Trongtokit et al. 2005, Tsetsarkin et al. 2007).

For this study, we chose to test the efficacy of several commercially available repellents, two fragrances, and a mosquito repellent patch on two *Aedes* species. We found that overall *Ae. albopictus* was not as strongly attracted to the control hand as *Ae. aegypti*. This result confirms the deduction by Lupi et al. which reviewed 102 publications on this topic (Lupi et al. 2013, Faherty 2015).

*Ae. aegypti* was strongly repelled by DEET-containing sprays (Table 1). Two of the DEET-free sprays produced little or no repellency effect (Cutter Natural Insect Repellent and Avon Skin So Soft Bug Guard). EcoSmart Organic Insect Repellent produced a strong but very short-duration repellency toward *Ae. aegypti*. One of the DEET-free sprays we tested (Cutter Lemon Eucalyptus Insect repellent) conferred long-lasting, strong repellency against this species. Avon Skin So Soft bath oil has been used as a home remedy for mosquito repellency and, in this study, has shown some level of protection for 120 min.

Interestingly, other studies have shown that floral scents attract mosquitoes, and it is suggested to avoid floral scented perfumes to reduce mosquito attraction (Beever 2006). Surprisingly, the perfume we tested, Victoria Secret Bombshell (Fragrance type: Fruity floral notes: Purple passion fruit, Shangri-la peony, Vanilla orchid [2015]) has shown to be a strong repellent with effects lasting longer than 120 min. It must be noted that the concentration of perfume we used in this test was rather high and that lower concentrations of the same fragrance might have different effects.

Mosquito repellent patches for the transdermal delivery of thiamine (vitamin B1) have been available to consumers for decades. The proposed mode-of-action is that the patch alters blood chemistry and human smell making the user less attractive to mosquitoes. Our results show that the Mosquito Skin Patch did not provide any repellency against *Ae. aegypti* or *Ae. albopictus*, which confirms a study from 1969 with similar results (Khan et al. 1969, Kahn et al. 1975).

*Ae. albopictus* females were also strongly repelled by DEET-containing sprays similar to *Ae. aegypti* females (see Tables 2 and 3). However, the results obtained from the DEET-free sprays differed from the results *Ae. aegypti* female repellency tests in two instances. While Cutter Natural Insect Repellent did not work in either species, Avon Skin So Soft Bug Guard reduced the number of *Ae. albopictus*

mosquitoes attracted to the hand by almost 50%. Interestingly, EcoSmart Organic Insect Repellent lost its effect on *Ae. aegypti* after 30 min of exposure; however, the effect on *Ae. albopictus* was still prominent after 240 min of exposure.

Another notable result is that Avon Skin So Soft Bath Oil in contrast to our results with *Ae. aegypti* females did not confer any significant protection from *Ae. albopictus* females. The perfume (Victoria Secret Bombshell) had similar results in both species. Lastly, as has been shown in prior studies, the Mosquito Skin Patch had no effect on either species (Revay et al. 2013).

In summary, the results of this study show that not all commercially available mosquito repellents are effective in repelling mosquitoes and that efficacy is also dependent on the species of mosquito that is repelled. Overall, the results from this study confirm that DEET repellents are the most effective mosquito repellents in the market. Although, based on the results from this study, a lemon-eucalyptus oil containing p-menthane-3,8-diol has similar efficacy compared with DEET repellents. This DEET-free repellent had similar rates and duration of repellency as the commercially available DEET repellents. Our results challenge the notion that floral perfume-scented sprays, in general, attract mosquitoes. Floral fragrances may provide a masking odor resulting in low mosquito attraction rates but over a shorter duration of time. Our study has confirmed earlier results that vitamin B1 is not a systemic insect repellent.

#### Supplementary Data

Supplementary data are available at *Journal of Insect Science* online.

#### Acknowledgments

We would like to thank Dean Rodriguez for building the Y-tube olfactometer.

#### References Cited

Afify, A., B. Horlacher, J. Roller, and C. G. Galizia. 2014. Different repellents for *Aedes aegypti* against blood-feeding and oviposition. PLoS One 9: e103765.

Alphey, L., M. Benedict, R. Bellini, G. G. Clark, D. A. Dame, M. W. Service, and S. L. Dobson. 2010. Sterile-insect methods for control of mosquito-borne diseases: an analysis. Vector Borne Zoonotic Dis. 10: 295–311.

(ATTC) American Type Culture Collection. 2015. Malaria Research and Reference Reagent Resource Center. https://www.mr4.org/.

Barnard, D. R. 2000. Repellents and toxicants for personal protection: a WHO position paper. World Health Organization, Geneva.

Barnard, D. R., and R. D. Xue. 2004. Laboratory evaluation of mosquito repellents against *Aedes albopictus, Culex nigripalpus*, and *Ochlerotatus triseriatus* (Diptera: Culicidae). J. Med. Entomol. 41: 726–730.

Barnard, D. R., K. H. Posey, D. Smith, and C. E. Schreck. 1998. Mosquito density, biting rate and cage size effects on repellent tests. Med. Vet. Entomol. 12: 39–45.

**Beever, R. 2006.** Mosquito repellent effectiveness: a placebo controlled trial comparing 95% DEET, Avon Skin So Soft, and a "special mixture." BC Med. J. 48: 226–231.

**Brunkard, J. M., J. L. Robles Lopez, J. Ramirez, E. Cifuentes, S. J. Rothenberg, E. A. Hunsperger, C. G. Moore, R. M. Brussolo, N. A. Villarreal, and B. M. Haddad. 2007.** Dengue fever seroprevalence and risk factors, Texas-Mexico border, 2004. Emerg. Infect. Dis. 13: 1477–1483.

**Dekker, T., M. Geier, and R. T. Cardé. 2005.** Carbon dioxide instantly sensitizes female yellow fever mosquitoes to human skin odours. J. Exp. Biol. 208: 2963–2972.

**Dickens, J. C., and J. D. Bohbot. 2013.** Mini review: mode of action of mosquito repellents. Pestic. Biochem. Physiol. 106: 149–155.

**Enserink, M. 2007.** Infectious diseases—Chikungunya: no longer a third world disease. Science 318: 1860–1861.

**Faherty, G. W. 2015.** Apropos—the efficacy of repellents against *Aedes, Anopheles, Culex* and *Ixodes* spp. A literature review. Travel Med. Infect. Dis. 13: 207.

**Galizia, C. G. 2014.** Olfactory coding in the insect brain: data and conjectures. Eur. J. Neurosci. 39: 1784–1795.

**Hill, N., A. Lenglet, A. M. Arnez, and I. Carneiro. 2007.** Plant based insect repellent and insecticide treated bed nets to protect against malaria in areas of early evening biting vectors: double blind randomised placebo controlled clinical trial in the Bolivian Amazon. BMJ 335: 1023.

**Joy, T. K., E.H.J. Gutierrez, K. Ernst, K. R. Walker, Y. Carriere, M. Torabi, and M. A. Riehle. 2012.** Aging field collected *Aedes aegypti* to determine their capacity for dengue transmission in the southwestern United States. PLoS One 7: 1–8.

**Kahn, A. A., H. I. Maibach, and D. L. Skidmore. 1975.** Addition of vanillin to mosquito repellents to increase protection time. Mosq. News. 35: 223–225.

**Kaupp, U. B. 2010.** Olfactory signalling in vertebrates and insects: differences and commonalities. Nat. Rev. Neurosci. 11: 188–200.

**Khan, A. A., H. I. Maibach, W. G. Strauss, and W. R. Fenley. 1969.** Vitamin B1 is not a systemic mosquito repellent in man. Trans. St Johns Hosp. Dermatol. Soc. 55: 99–102.

**Kline, D. L., U. R. Bernier, K. H. Posey, and D. R. Barnard. 2003.** Olfactometric evaluation of spatial repellents for *Aedes aegypti*. J. Med. Entomol. 40: 463–467.

**Koren, G., D. Matsui, and B. Bailey. 2003.** DEET-based insect repellents: safety implications for children and pregnant and lactating women. Can. Med. Assoc. J. 169: 209–212.

**Kwon, Y., S. H. Kim, D. S. Ronderos, Y. Lee, B. Akitake, O. M. Woodward, W. B. Guggino, D. P. Smith, and C. Montell. 2010.** Drosophila TRPA1 channel is required to avoid the naturally occurring insect repellent citronellal. Curr. Biol. 20: 1672–1678.

**Lorenz, L. M., A. Keane, J. D. Moore, C. J. Munk, L. Seeholzer, A. Mseka, E. Simfukwe, J. Ligamba, E. L. Turner, L. R. Biswaro, et al. 2013.** Taxis assays measure directional movement of mosquitoes to olfactory cues. Parasit. Vectors 6: 131.

**Lounibos, L. P. 2002.** Invasions by insect vectors of human disease. Annu. Rev. Entomol. 47: 233–266.

**Lupi, E., C. Hatz, and P. Schlagenhauf. 2013.** The efficacy of repellents against *Aedes, Anopheles, Culex* and *Ixodes* spp.—a literature review. Travel Med. Infect. Dis. 11: 374–411.

**Marquardt, W. H. 2004.** Biology of disease vectors. Academic Press, Amsterdam.

**McIndoo, N. 1926.** An insect olfactometer. J. Econ. Entomol. 19: 545–571.

**Menger, D., J. Van Loon, and W. Takken. 2014.** Assessing the efficacy of candidate mosquito repellents against the background of an attractive source that mimics a human host. Med. Vet. Entomol. 28: 407–413.

**Murray, K. O., E. Mertens, and P. Despres. 2010.** West Nile virus and its emergence in the United States of America. Vet. Res. 41: 67.

**Osimitz, T., and R. H. Grothaus. 1995.** The present safety assessment of deet. J. Am. Mosq. Control Assoc. 11: 274–278.

**Peter, R. J., P. Van Den Bossche, B. L. Penzhorn, and B. Sharp. 2005.** Tick, fly, and mosquito control—lessons from the past, solutions for the future. Vet. Parasitol. 132: 205–215.

**Phuc, H. K., M. H. Andreasen, R. S. Burton, C. Vass, M. J. Epton, G. Pape, G. Fu, K. C. Condon, S. Scaife, C. A. Donnelly, et al. 2007.** Late-acting dominant lethal genetic systems and mosquito control. BMC Biol. 5: 11.

**Potter, C. J. 2014.** Stop the biting: targeting a mosquito's sense of smell. Cell 156: 878–881.

**Revay, E. E., A. Junnila, R. D. Xue, D. L. Kline, U. R. Bernier, V. D. Kravchenko, W. A. Qualls, N. Ghattas, and G. C. Muller. 2013.** Evaluation of commercial products for personal protection against mosquitoes. Acta Trop. 125: 226–230.

**Rose, R. I. 2001.** Pesticides nd public health: Integrated methods of mosquito management. Emerg. Infect. Dis. 7: 17–23.

**Rowland, M., G. Downey, A. Rab, T. Freeman, N. Mohammad, H. Rehman, N. Durrani, H. Reyburn, C. Curtis, J. Lines, et al. 2004.** DEET mosquito repellent provides personal protection against malaria: a household randomized trial in an Afghan refugee camp in Pakistan. Trop. Med. Int. Health 9: 335–342.

**Shepard, D. S., L. Coudeville, Y. A. Halasa, B. Zambrano, and G. H. Dayan. 2011.** Economic impact of dengue illness in the Americas. Am. J. Trop. Med. Hyg. 84: 200–207.

**Sudakin, D. L., and W. R. Trevathan. 2003.** DEET: a review and update of safety and risk in the general population. J. Toxicol. Clin. Toxicol. 41: 831–839.

**Suh, E., J. Bohbot, and L. J. Zwiebel. 2014.** Peripheral olfactory signaling in insects. Curr. Opin. Insect Sci. 6: 86–92.

**Trongtokit, Y., Y. Rongsriyam, N. Komalamisra, and C. Apiwathnasorn. 2005.** Comparative repellency of 38 essential oils against mosquito bites. Phytother. Res. 19: 303–309.

**Tsetsarkin, K. A., D. L. Vanlandingham, C. E. Mcgee, and S. Higgs. 2007.** A single mutation in chikungunya virus affects vector specificity and epidemic potential. PLoS Pathog. 3: e201.

**Victoria's Secret. 2015.** Bombshell Eau de Parfum. https://www.victoriassecret.com/beauty/victorias-secret-bombshell/bombshell-eau-de-parfum-victorias-secret?cm_sp=&ProductID=262444&CatalogueType=OLS.

**(WHO) World Health Organization. 2013.** Guidelines for efficacy testing of spatial repellents, p. 58. WHO Press, Geneva.

**Xu, P., Y. M. Choo, A. De La Rosa, and W. S. Leal. 2014.** Mosquito odorant receptor for DEET and methyl jasmonate. Proc. Natl. Acad. Sci. USA. 111: 16592–16597.

**Zwiebel, L. J., and W. Takken. 2004.** Olfactory regulation of mosquito-host interactions. Insect Biochem. Mol. Biol. 34: 645–652.

*Received 10 July 2015; accepted 13 September 2015.*

**EXHIBIT G**

**Biogents AG**
Testlab / Contract R&D
Weissenburgstr. 22
D-93055 Regensburg

tel.: +49 (0)941 461-882-86

ulla.gordon@biogents.com

**www.biogents.com**

# Final Report

Laboratory study on the bite-preventing efficacy of
*Cutter Natural Insect Repellent* and 30% N,N-diethyl-m-toluamide (*Deet*)
in arm-in-cage- (AIC) and Biogents (BG) cage tests
with yellow fever mosquitoes *(Aedes aegypti)* and southern house
mosquitoes *(Culex quinquefasciatus)*

**Study n° 36537**

- CONFIDENTIAL -

The results of this study are only related to the test formulations presented here. They may not be handed on in extracts but only in their full extent. The use of this test report for advertising purposes or publication of the results has to be approved by Biogents AG.



## 1. EXECUTIVE SUMMARY ............................................................................................ 3

## 2. GENERAL INFORMATION ....................................................................................... 4

## 3. MATERIAL AND METHODS ..................................................................................... 5

### 3.1. TEST FORMULATIONS & APPLICATION ................................................................ 5

### 3.2. VOLUNTEERS ...................................................................................................... 6

### 3.3. TEST MOSQUITOES ............................................................................................. 6

#### 3.3.1. Ae. aegypti ............................................................................................... 6

#### 3.3.2. Cx. quinquefasciatus ................................................................................ 6

### 3.4. TEST ROOM ......................................................................................................... 6

### 3.5. ARM-IN-CAGE (AIC) TEST CAGES ...................................................................... 7

### 3.6. BIOGENTS (BG) TEST CAGES .............................................................................. 7

### 3.7. TEST PROCEDURE ............................................................................................... 8

#### 3.7.1. Zero Control (Biting Activity Test) ........................................................... 8

#### 3.7.2. Repellent Efficacy Test ............................................................................. 9

### 3.8. DATA ANALYSIS .................................................................................................. 9

## 4. RESULTS .............................................................................................................. 10

### 4.1. PROTECTION TIMES AGAINST AE. AEGYPTI ........................................................ 10

### 4.2. PROTECTION TIMES AGAINST CX. QUINQUEFASCIATUS ....................................... 12

### 4.3. KAPLAN-MEIER SURVIVAL ANALYSIS ............................................................... 14

## 5. DISCUSSION ......................................................................................................... 18

### 5.1. CONCLUSION ..................................................................................................... 19

## APPENDIX ................................................................................................................. 21

### RAW DATA ............................................................................................................... 21

## SUPPLEMENTAL MATERIAL ....................................................................................... 22

### VIDEO FILES ............................................................................................................. 22

### PHOTOGRAPHS ........................................................................................................ 23



## 1. Executive Summary

The repelling and bite-preventing efficacy of Cutter Natural Insect Repellent was evaluated in laboratory arm-in-cage- (AIC) and Biogents (BG) cage tests with yellow-fever mosquitoes (*Aedes aegypti*), southern house mosquitoes (*Culex quinquefasciatus*) and 6 volunteers (3 males, 3 females). A commercially available repellent formulation containing 30% N,N-diethyl-m-toluamide (Deet) was used as a reference.

The test formulations were applied to the forearm at a quantity of 1g/600cm² skin (WHO, 2009). After a short drying period, the treated arm was regularly exposed to caged populations of host-seeking test mosquitoes. Two cage test set-ups were used: AIC tests (WHO, 2009) and BG cage tests, a modified test system that allows for a more realistic estimation of protection times (Obermayr et al., 2010).

The protection times until first bite (FB) were documented. According to the WHO guideline on testing mosquito repellents for human skin, the FB marks the end of the *complete protection time* (CPT) and should be used as criterion for break-off (WHO, 2009).

In tests with *Ae. aegypti*, none of the six volunteers was protected from bites in AIC tests of Cutter Natural: the FB occurred during the first test (right after the application) leading to a CPT of 0 min. The reference formulation with 30% Deet provided an average protection of 245 min, the FB was recorded after a minimum of 120 min and a maximum of 360 min. In BG cage tests, Cutter Natural provided an average protection of 10 min from the FB by *Ae. aegypti*, which occurred after a minimum of 0 min (right after the application) and a maximum of 30 min. The average CPT of 30% Deet in BG cage tests was 360 min, the FB was recorded after a minimum of 240 min and a maximum of 480 min.

In AIC tests with *Cx. qinquefasciatus*, Cutter Natural provided an average protection of 2.5 min from the FB, which was recorded between a minimum of 0 min (right after the application) and 15 min. The reference formulation with 30% Deet provided an average protection of 285 min, the FB was recorded after a minimum of 120 min and a maximum of 450 min. In BG cage tests, Cutter Natural provided an average protection of 12.5 min from the FB, which occurred after a minimum of 0 min (right after the application) and a maximum of 30 min. The average CPT of 30% Deet in BG cage tests was 395 min, the FB was recorded after a minimum of 300 min and a maximum of 480 min.

**Biogents**
Contract R&D

## 2. General Information

| | |
|---|---|
| **Sponsor** | Bursor & Fisher, P.A.<br>888 Seventh Avenue<br>10019 New York<br>USA |
| **Testing Facility** | Biogents AG<br>Weissenburgstr. 22<br>D-93055 Regensburg |

**Senior Scientist**          signed                    Date: 12.10.2018
                              Scott W. Gordon PhD, BCE

**Principal Investigator**     signed                    Date: 12.10.2018
                              Dr. Ulla Gordon, Dipl. Biol.

**Study Supervisor**          signed                    Date: 12.10.2018
                              Sergej Sperling, M.Sc. Biol.

**Time Frame**                Receipt of test formulations:    12.09.2018
                              Experimental start date:         13.09.2018
                              Experimental termination date:   03.10.2018
                              Data analysis and report:        October 2018

**Biogents**

Biogents AG
Weißenburgstraße 22
D-93055 Regensburg
www.biogents.com



## 3. Material and Methods

### 3.1. Test Formulations & Application

The test formulation *Cutter Natural Insect Repellent* was purchased online from BikeSomeWhere.com on August 19, 2018. The reference formulation, a commercially available mosquito repellent, was obtained at a local drugstore in Regensburg, Germany, on Sep. 12, 2018. Information on the test formulations are listed in table 1.

**Tab. 1**: Composition of the test formulations.

| Test formulation | Product type | Active ingredient(s), concentration | Batch # | Expiration date |
|---|---|---|---|---|
| Cutter Natural Insect Repellent | Aerosol | Geraniol 5.0%<br>Soybean Oil 2.0%<br>Inert ingredients 92.5% | BU 02038 A | - |
| Anti Brumm forte | Pump spray | N,N-diethly-m-toluamide 30% | 170519 | 02/2021 |

Both formulations were stored at room temperature (20 – 22°C) until the start of the test.

The formulations were tested with a quantity of 1g/600cm$^2$ as recommended by the WHO (2009). This quantity was applied between wrist and elbow. Prior to the application, the skin surface was estimated by measuring the circumference of the arm at the wrist, elbow and at one spot in between. Mean circumference was then multiplied by the length of the forearm, also between wrist and elbow (following suggestions by the WHO, 2009). Table 2 shows the estimated skin surfaces of all participating volunteers and the corresponding amounts of repellent that were applied.

**Tab. 2**: Estimated skin surface areas and amount of repellent applied.

| Volunteer (gender, age) | Skin surface area [cm²] | Amount of repellent applied [mg] |
|---|---|---|
| 1 (female, 25 yrs) | 490 | 820 |
| 2 (male, 24 yrs) | 610 | 1000 |
| 3 (male, 22 yrs) | 550 | 920 |
| 4 (male, 31 yrs) | 620 | 1000 |
| 5 (female, 23 yrs) | 460 | 770 |
| 6 (female, 24 yrs) | 455 | 760 |

The skin of the forearm was washed with fragrance-free soap, rinsed with water and wiped with 50% isopropyl alcohol. The required repellent amount was weighed in using automatic Eppendorf pipettes and then carefully dropped onto the skin. Liquids were evenly spread by the study supervisor using two fingers wearing latex gloves. Shortly after the application, the first efficacy test was conducted.



### 3.2. Volunteers

Following recommendations by the WHO (2009), repellent efficiency tests were performed with adult human volunteers between 18 and 65 years. A group of six volunteers (3 males, 3 females) was chosen, they were carefully informed about the procedure, aim and purpose of the study and all agreed to join voluntarily by signing an informed consent form.

### 3.3. Test Mosquitoes

#### 3.3.1. Ae. aegypti

Mosquitoes of the genus *Aedes* were reared according to the standard protocol at a temperature of 27 ± 0.5°C, a relative humidity of 65 – 80 % and a 12:12 hour photo period. The light period (full spectrum LEDs, 450 Lux) was set from 8:00 to 20:00. After hatching from the eggs, larvae were kept in water basins (30 x 30 x 10 cm) filled with a 1:1 mixture of deoxygenized tap- and deionised water and fed with fish food flakes (Tetra Min®). Pupae were transferred to a cage (40 x 30 x 20 cm) for emergence, adult mosquitoes were provided with sugar solution (10% dextrose). Nulliparous females at an age of 7 to 14 days after emergence were used for the cage tests.

#### 3.3.2. Cx. quinquefasciatus

Mosquitoes of the genus *Culex* were reared according to the standard protocol at a temperature of 27 ± 0.5°C, a relative humidity of 65 – 80% and a 12:12 hour inverted photo period. The light period (full spectrum LEDs, 450 Lux) was set from 20:00 to 8:00; in this way the nocturnal mosquitoes could be used for tests during the day. After hatching from the eggs, larvae were kept in water basins (30 x 30 x 10 cm) filled with deoxygenized tap water and fed with fish food flakes (Tetra Min®). Pupae were transferred to holding cages (40 x 30 x 20 cm), adult mosquitoes were provided with sugar solution (10% dextrose). Nulliparous females at an age of 6 to 11 days after emergence were used for the repellent tests.

Mosquitoes were lured out of their holding cages using a natural stimulus (human palm) to ensure that only host-seeking females were used for testing.

### 3.4. Test Room

Cage tests were performed in climatized room of 41m³ without windows. The temperature and relative humidity of the room air were set to 27 ± 1°C and 75 ± 5% RH. The room was illuminated with full spectrum LED light tubes (intensity 450 Lux) during tests with diurnal mosquitoes (*Ae. aegypti*); in tests with nocturnal mosquitoes (*Cx. quinquefasciatus*) room lights were dimmed (<100 Lux).



### 3.5. Arm-in-Cage (AIC) Test Cages

AIC Test cages followed WHO specifications (WHO, 2009); they were cubic and had a volume of 64.000cm³ (40 x 40 x 40cm). The front side included a gauze sleeve for the introduction of the forearm. The sleeve could easily be detached and washed, in case of contamination with active ingredients. A mirror tile was placed on the floor of the cage to gain better sight of the treated forearm (fig. 1). A total of 200 host-seeking mosquitoes were collected from their holding cages and released into a test cage. Each volunteer received his or her own cage for testing. Mosquitoes were filled into the test cages 30 minutes before the start of the tests to allow them to acclimatize to the test environment.



**Fig. 1**: **WHO cage** filled with *Ae. aegypti*.

### 3.6. Biogents (BG) Test Cages

BG cages (fig. 2) represent a modified test system that allows for a more realistic estimation of protection times (Obermayr et al., 2010). The cages have a volume of 27.000 cm³ (41 x 41 x 16 cm). Four sides of a cage are made of acrylic glass, the floor is made of metal sheet and the rear side is covered by a gauze sleeve. The floor sheet is equipped with a test window (size: 56 cm²; 14.8 x 3.8 cm) for the exposure of the treated arm. In between tests, BG cages are connected to a ventilation system that provides it with clean, warm and humid air (26 ± 1°C, 75 ± 10% r.H.) to remove remaining host odours and repellent volatiles from the air inside the cage. A total of 30 host-seeking mosquitoes are used per BG cage. Each volunteer received his or her own cage for testing. Mosquitoes were filled into the test cages 30 minutes before the start of the tests to allow them to acclimatize to the test environment





**Fig. 2: BG cage** (side view). The air ventilation system is connected to the cage (black arrow). The arm is exposed at the test window in the metal floor sheet (black rectangle). The rear side is covered by gauze.

## 3.7. Test Procedure

### 3.7.1. Zero Control (Biting Activity Test)

Prior to an individual repellent efficacy test, the biting activity of the test mosquitoes was verified with the other, untreated forearm of the volunteer.

In order to reduce the number of bites received on untreated skin, volunteers were asked to shake off mosquitoes that were trying to bite the untreated skin in AIC tests. In BG cage test, a modified spacer covered with fine mosquito netting was used during control tests (see fig. 3). In this way, mosquitoes were still attracted to the skin odours and landed on the net, however, they were unable to reach the skin and pierce it.

The modified spacer is never used during tests of repellent treated skin, here mosquitoes are allowed to be in direct contact.

Positive *Ae. aegypti* biting activity requires a minimum of 10 landings in 30 sec; in tests with the less aggressive species *Cx. quinquefasciatus* 10 landings had to occur within 60 sec. In case biting activity is lower, 5 to 10 new mosquitoes were added to the cages or 30 (BG) and 200 (AIC) fresh mosquitoes were used.





**Fig. 3: Zero control (BG cage).** Fine mosquito netting keeps mosquitoes from piercing the untreated skin.

### 3.7.2. Repellent Efficacy Test

Repellent efficacy was measured following recommendations by two guidelines for repellent testing published by the *American Environmental Protection Agency* (EPA, 2010) and the *World Health Organization* (WHO, 2009).

Repellent efficacy was verified for the first time shortly after product application and then again in regular 15 min (Cutter Natural Insect Repellent) to 30 min (Deet product) intervals up to a maximum of 8 hours or until repellency failed. Each single test lasted 3 min (AIC) or 2 min (BG), during this time the number of probings on the treated skin were recorded.

Repellent efficacy was estimated by measuring the test formulations´ *complete protection time* (CPT). According to the WHO (2009) and EPA (2010) that is the time between repellent application and first bite (FB). Efficacy tests ended with the occurrence of the FB.

### 3.8. Data Analysis

Mean complete protection times until first bite as well as corresponding standard deviations were calculated for each test formulation and mosquito species. Means were calculated from data sets generated by six volunteers (n=6). Median complete protection times were compared using non-parametric Mann-Whitney-U-Test in order to analyze significant differences between the tested repellent formulations. A p-value < 0.05 was considered to indicate significant differences between the median protection times.

For each product, the CPT survivor function was estimated using non-parametric Kaplan-Meier Survival Analysis following recommendations by the WHO (2009).

The software package STATISTICA *Professional* 12.7 (StatSoft (Europe) GmbH, Hamburg) was used for all statistical analysis



## 4. Results

### 4.1. Protection times against *Ae. aegpyti*

Test mosquitoes showed a reliable biting activity throughout the entire study, ten probings on untreated skin were recorded after an average of 7.1 ± 2.4 sec in AIC tests and an average of 15.8 ± 9.8 sec in BG cage tests.

Mean protection times until first bite in AIC and BG cage tests are shown in table 3. Raw data are included in the Appendix section of this report (p. 21). Video files showing AIC tests of Cutter Natural and 30% Deet against *Ae. aegypti* are provided as supplemental material. Photographic images of AIC and BG cage tests of both repellent products against *Ae. aegypti* can also be found in the Appendix section (p. 23).

**Tab. 3: Mean protection times** in AIC and BG cage tests with *Ae. aegypti*. Means (and corresponding standard deviation, SD) as well as minimum and maximum CPTs are shown for each test formulation. Numbers in parentheses show, how often the FB was not observed within the testing period of 8 hours. In this case 8 was used for the calculation of the mean. Means were generated from data sets provided by six volunteers (n=6).

| Test formulation | Cage Test | Mean protection [min] until FB (± SD) | Minimum CPT [min] | Maximum CPT [min] |
|---|---|---|---|---|
| Cutter Natural Insect Repellent | AIC | 0 ± 0 | 0 | 0 |
| 30% Deet | | 245 ± 78.3 | 120 | 360 |
| Cutter Natural Insect Repellent | BG | 10 ± 11.2 | 0 | 30 |
| 30% Deet | | 360 ± 96.4 [2] | 240 | 480 |

None of the six volunteers was protected from bites in AIC tests of Cutter Natural, the FB occurred during the first test (right after the application) leading to a CPT of 0 min. The formulation with 30% Deet provided an average protection of 245 min, the FB was recorded after a minimum of 120 min and a maximum of 360 min. In BG cage tests, Cutter Natural provided an average protection of 10 min from the FB, which occurred after a minimum of 0 min (right after the application) and a maximum of 30 min. The average CPT of 30% Deet in BG cage tests was 360 min, the FB was recorded after a minimum of 240 min and a maximum of 480 min.

Median complete protection times provided by Cutter Natural and 30% Deet were significantly different in AIC and BG cage tests against *Ae. aegypti*. The protection provided by 30% Deet was significantly longer (**AIC**: U=0.00; Z=-2.99; **p=0.003** / **BG**: U=0.00; Z=-2.83; **p=0.004**; Mann-Whitney-U-Test).

Diagram 1 displays the CPTs measured in AIC- and BG cage tests with *Ae. aegypti*.





**Diag. 1: Mean CPTs in** AIC (blue columns) and BG cage tests (green columns) with *Ae. aegypti*. The x-axis shows the test formulations, the y-axis gives the mean complete protection times in minutes (± standard deviation, SD). Means were generated from data sets provided by 6 volunteers (n=6).



### 4.2. Protection times against *Cx. quinquefasciatus*

Test mosquitoes showed a reliable biting activity throughout the entire study, ten probings on untreated skin were recorded after an average of 48.2 ± 14.3 sec in AIC tests and an average of 46.6 ± 16.3 sec in BG cage tests.

Mean protection times until first bite in AIC and BG cage tests are shown in table 4. Raw data are included in the Appendix section of this report (p. 21).

**Tab. 4: Mean protection times** in AIC and BG cage tests with *Cx. quinquefasciatus*. Means (and corresponding standard deviation, SD) as well as minimum and maximum CPTs are shown for each test formulation. Numbers in parentheses show, how often the FB was not observed within the testing period of 8 hours. In this case 8 was used for the calculation of the mean. Means were generated from data sets provided by six volunteers (n=6).

| Test formulation | Cage Test | Mean protection [min] until FB (± SD) | Minimum CPT [min] | Maximum CPT [min] |
|---|---|---|---|---|
| Cutter Natural Insect Repellent | AIC | 2.5 ± 5.6 | 0 | 15 |
| 30% Deet | | 285 ± 113.2 | 120 | 450 |
| Cutter Natural Insect Repellent | BG | 12.5 ± 10.3 | 0 | 30 |
| 30% Deet | | 395 ± 70.2 [2] | 300 | 480 |

In AIC tests, Cutter Natural provided an average protection of 2.5 min from the FB by *Cx. quinquefasciatus*, which was recorded between a minimum of 0 min (right after the application) and 15 min. The formulation with 30% Deet provided an average protection of 285 min, the FB was recorded after a minimum of 120 min and a maximum of 450 min. In BG cage tests, Cutter Natural provided an average protection of 12.5 min from the FB, which occurred after a minimum of 0 min (right after the application) and a maximum of 30 min. The average CPT of 30% Deet in BG cage tests was 395 min, the FB was recorded after a minimum of 300 min and a maximum of 480 min.

Median complete protection times provided by Cutter Natural and 30% Deet were significantly different in AIC and BG cage tests against *Cx. quinquefasciatus.* The protection provided by 30% Deet was significantly longer (**AIC**: U=0.00; Z=-2.90; **p=0.004** / **BG**: U=0.00; Z=-2.83; **p=0.005**; Mann-Whitney-U-Test).

Diagram 2 displays the CPTs measured in AIC- and BG cage tests with *Cx. quinquefasciatus.*





**Diag. 2: Mean CPTs in** AIC (blue columns) and BG cage tests (green columns) with *Cx. quinquefasciatus*. The x-axis shows the test formulations, the y-axis gives the mean complete protection times in minutes (± standard deviation, SD). Means were generated from data sets provided by 6 volunteers (n=6).



### 4.3. Kaplan-Meier Survival Analysis

The Kaplan-Meier function is a non-parametric statistical test that was used to calculate the "survivor function" of the CPT, following recommendations by the WHO (2009). The survival analysis or survival function allows to map a set of events (in this case occurrence of FB) onto time, i.e. it captures the probability of "survival" (= the time of repellent failure) for each treatment (repellent product) beyond a specified time. The following graphs show the survival functions for Cutter Natural Insect Repellent and 30% Deet in cage tests with *Ae. aegypti* and *Cx. quinquefasciatus*.



**Diag. 3: Kaplan-Meier** Survival Analysis for Cutter Natural and 30% Deet in AIC tests with *Ae. aegypti*. The x-axis shows the time after application, the y-axis gives the survival rate, i.e. the likelihood of 0-100% protection levels.

In AIC tests with *Ae. aegypti*, the probability of 0% protection was reached right after the application for Cutter Natural Insect Repellent. In tests with 30% Deet, the probability of 0% protection was reached after 360 min.





**Diag. 4: Kaplan-Meier** Survival Analysis for Cutter Natural and 30% Deet in BG cage tests with *Ae. aegypti*. The x-axis shows the time after application, the y-axis gives the survival rate, i.e. the likelihood of 0-100% protection levels.

In BG cage tests with *Ae. aegypti*, the probability of 0% protection by Cutter Natural Insect Repellent was reached after 30 min. In tests with 30% Deet, the probability of 0% protection was reached after 480 min.





**Diag. 5: Kaplan-Meier** Survival Analysis for Cutter Natural and 30% Deet in AIC tests with *Cx. quinquefasciatus*. The x-axis shows the time after application, the y-axis gives the survival rate, i.e. the likelihood of 0-100% protection levels.

In AIC cage tests with *Cx. quinquefasciatus*, the probability of 0% repellent protection by Cutter Natural Insect Repellent was reached after 15 min. In tests with 30% Deet, the probability of 0% protection was reached after 450 min.





**Diag. 6: Kaplan-Meier** Survival Analysis for Cutter Natural and 30% Deet in BG cage tests with *Cx. quinquefasciatus*. The x-axis shows the time after application, the y-axis gives the survival rate, i.e. the likelihood of 0-100% protection levels.

In BG cage tests with *Cx. quinquefasciatus*, the probability of 0% protection by Cutter Natural Insect Repellent was reached after 30 min. In tests with 30% Deet, the probability of 0% protection was reached after 480 min.



## 5. Discussion

Laboratory cage tests are a standard method to evaluate the bite-preventing potential of mosquito repellents for human skin. They can be performed under standardized conditions and allow the use of laboratory-reared, pathogen-free vectors of diseases, which are important targets of personal protection measures. The study presented used two different cage test set-ups, AIC tests (WHO, 2009) and BG cage tests (Obermayr et al., 2010).

Tests were performed with two mosquito species of medical importance. The anthropophilic diurnal yellow-fever mosquito *Ae. aegypti* is very aggressive, has a broad activity pattern and is the main vector of important arboviral diseases such as dengue and zika. The southern house mosquito *Cx. quinquefasciatus* is a less aggressive nocturnal species that can transmit West Nile virus, Western equine encephalitis and St. Louis encephalitis.

AIC and BG cage tests were performed on the basis of two guidelines for repellent testing published by the EPA (2010) and the WHO (2009). AIC tests included cubic cages with a volume of 64L and a mosquito density of 1 female / 320cm³. BG cage tests used cuboid cages with a volume of 27L and a mosquito density of 1 female / 900cm³.

Compared to the AIC set-up, BG cage tests included the following modifications: BG cages were connected to an air ventilation system in-between single tests, by doing so the incoming warm and humid air prevented an accumulation of host odours and repellent substances inside the test cages. They also used a defined test area on the forearm (instead of the entire forearm), which further minimized the entry of active substances into the test cage. Compared to the conventional AIC set-up, test mosquitoes were exposed to fewer amounts of repellent for a shorter period of time which can prevent from exhaustion and a decrease in biting activity. EPA and WHO protocols suggest the use of hundreds of mosquitoes per test cage to compensate for exhaustion throughout the test day. With the air ventilation- and test window system, BG cages require only 30 females. The necessary control biting rate of 10 probings in 30 sec (*Aedes*) and 60 sec (*Culex*) was, however, also achieved with 30 test mosquitoes.

Mosquito-density in both test cages and the short distances to the treatment area may still lead to a higher biting pressure compared to natural conditions in the field. Thus, shorter repellent protection times can occur during laboratory cage test studies. However, a comparison of BG cage tests, conventional AIC tests and field tests revealed, that protection times obtained during BG cage tests can be better related to field test data than protection times documented with AIC tests (Obermayr et al., 2010).

The study aimed to estimate the mean CPT of Cutter Natural Insect Repellent within a group of 6 volunteers (3 males, 3 females). As a reference, a repellent formulation with 30% Deet was chosen, as this active ingredient is known for its efficacy against a variety of mosquito species including *Ae. aegypti* and *Cx. quinquefasciatus* (Tawatsin et al., 2001; Cilek et al., 2004; Carroll & Loye, 2006).

The label claim of Cutter Natural Insect Repellent indicates an up to 2 hours protection from mosquito bites. None of the six volunteers experienced such a protection period in AIC or BG cage tests against *Ae. aegypti* and *Cx. quinquefasciatus.*



In AIC tests with *Ae. aegypti*, all volunteers were bitten during the first test, right after the application of Cutter Natural, and tests were discontinued. In AIC tests with *Cx. quinquefasciatus*, 5 out of 6 volunteers were also bitten during the first test of Cutter Natural, the remaining volunteer ended testing after 15 min which resulted in an overall mean CPT of 2,5 min against *Cx. quinquefasciatus*.

In BG cage tests with *Ae. aegypti*, 3 out of 6 volunteers were bitten during the first test, right after the application of Cutter Natural, 2 ended the tests after 15 min and one volunteer continued testing until 30 min after the application. The mean CPT of Cutter Natural in BG cage tests against *Ae. aegypti* was 10 min. In BG cage tests with *Cx. quinquefasciatus*, 2 out of 6 volunteers were bitten during the first test of Cutter Natural, 3 continued testing until 15 min after the application and one ended testing after 30 min. The mean CPT of Cutter Natural in BG cage tests against *Cx. quinquefasciatus* was 12.5 min.

The 30% Deet formulation provided protection times that correlated with its label claim of 6 hours: in tests with *Ae. aegypti*, 30% Deet provided an average CPT of 4 hours (245 min) in AIC tests and average CPT of 6 hours (360 min) in BG cage tests. In tests with *Cx. quinquefasciatus* the average CPT of 30% Deet was 4.75 hours (285 min) in AIC tests and 6.6 hours (395 min) in BG cage tests.


### 5.1. Conclusion

Results from cage tests with 30% Deet show, that the chosen cage test set-ups were suited to give a realistic estimation of the CPT against *Ae. aegypti* and *Cx. quinquefasciatus*. Cutter Natural Insect Repellent did not meet the label claim of 2 hours and failed to provide any protection from bites in 11 out of 12 AIC tests and 5 out of 12 BG cage tests. In the remaining tests, protection from bites never exceeded 30 minutes.



# References

**Carroll, S.P. and Loye, J.** (2006). PMD, a registered botanical mosquito repellent with Deet-like efficacy. Journal of the American Mosquito Control Association 22(3): 507-514.

**Cilek, J.E., Petersen, J.L. and Hallmon, C.F.** (2004). Comparative efficacy of IR3535 and Deet as repellents against adult *Aedes aegypti* and *Culex quinquefasciatus*. Journal of the American Mosquito Control Association, 20(3): 299-304.

**EPA** (United States Environmental Protection Agency) (2010). Product Performance Test Guidelines. OPPTS 810.3700: Insect Repellents to be Applied to Human Skin. July 7, 2010.

**Obermayr, U., Rose, A. and Geier, M.** (2010). A Novel Test Cage with an Air Ventilation System as an Alternative to Conventional Cages for the Efficacy Testing of Mosquito Repellents. Journal of Medical Entomology 47 (6): 1116-1122 / DOI: 10.1603/ME10093

**Tawatsin, A., Wratten, S.D., Scott, R.R., Thavara, U. and Techadamrongsin, Y.** (2001). Repellency of Volatile Oils from Plants against Three Mosquito Vectors. Journal of Vector Ecology, Vol. 26 (1): 76-82.

**WHO** (World Health Organization) (2009). Guidelines for Efficacy Testing of Mosquito Repellents for Human Skin. WHO/HTM/NTD/WHOPES/2009.4



# Appendix

## Raw Data

| Date | Volunteer | Treatment | Species | Age (days) | Method | First Bite [Min] | Notes |
|------|-----------|-----------|---------|------------|--------|------------------|-------|
| 13.09.18 | 1 | 1 | 1 | 9 | BG | 0 | **Test Mosquitoes:** |
| 13.09.18 | 1 | 1 | 1 | 9 | AIC | 0 | 1= *Ae. aegypti* |
| 14.09.18 | 1 | 1 | 2 | 6 | BG | 15 | 2= *Cx. quinquefasciatus* |
| 14.09.18 | 1 | 1 | 2 | 6 | AIC | 0 | |
| 13.09.18 | 1 | 2 | 1 | 9 | BG | 480 | **Treatments** |
| 13.09.18 | 1 | 2 | 1 | 9 | AIC | 240 | 1= Cutter Natural, 1.67mg/cm² |
| 14.09.18 | 1 | 2 | 2 | 6 | BG | 480 | 2= 30% Deet, 1.67mg/cm² |
| 14.09.18 | 1 | 2 | 2 | 6 | AIC | 450 | |
| 13.09.18 | 2 | 1 | 1 | 9 | BG | 15 | |
| 13.08.18 | 2 | 1 | 1 | 9 | AIC | 0 | **Method** |
| 14.09.18 | 2 | 1 | 2 | 6 | BG | 0 | AIC= Arm-in-cage test |
| 14.09.18 | 2 | 1 | 2 | 6 | AIC | 0 | BG= BG-cage test |
| 13.09.18 | 2 | 2 | 1 | 9 | BG | 390 | |
| 13.09.18 | 2 | 2 | 1 | 9 | AIC | 180 | **Volunteers** |
| 14.09.18 | 2 | 2 | 2 | 6 | BG | 480 | 1= f, 25 |
| 14.09.18 | 2 | 2 | 2 | 6 | AIC | 390 | 2= m, 24 |
| 18.09.18 | 3 | 1 | 1 | 14 | BG | 15 | 3= m, 22 |
| 18.09.18 | 3 | 1 | 1 | 14 | AIC | 0 | 4= m, 31 |
| 19.09.18 | 3 | 1 | 2 | 8 | BG | 15 | 5= f, 23 |
| 19.09.18 | 3 | 1 | 2 | 8 | AIC | 0 | 6=f, 24 |
| 18.09.18 | 3 | 2 | 1 | 14 | BG | 270 | |
| 18.09.18 | 3 | 2 | 1 | 14 | AIC | 120 | not documented |
| 19.09.18 | 3 | 2 | 2 | 8 | BG | 300 | |
| 19.09.18 | 3 | 2 | 2 | 8 | AIC | 180 | |
| 18.09.18 | 4 | 1 | 1 | 14 | BG | 0 | |
| 18.09.18 | 4 | 1 | 1 | 14 | AIC | 0 | |
| 19.09.18 | 4 | 1 | 2 | 8 | BG | 0 | |
| 19.09.18 | 4 | 1 | 2 | 8 | AIC | 0 | |
| 18.09.18 | 4 | 2 | 1 | 14 | BG | 240 | |
| 18.09.18 | 4 | 2 | 1 | 14 | AIC | 270 | |
| 19.09.18 | 4 | 2 | 2 | 8 | BG | 360 | |
| 19.09.18 | 4 | 2 | 2 | 8 | AIC | 270 | |
| 21.09.18 | 5 | 1 | 1 | 7 | BG | 0 | |
| 21.09.18 | 5 | 1 | 1 | 7 | AIC | 0 | |
| 20.09.18 | 5 | 1 | 2 | 9 | AIC | 15 | |
| 20.09.18 | 5 | 1 | 2 | 9 | BG | 30 | |
| 21.09.18 | 5 | 2 | 1 | 7 | AIC | 300 | |
| 21.09.18 | 5 | 2 | 1 | 7 | BG | 300 | |
| 20.09.18 | 5 | 2 | 2 | 9 | AIC | 300 | |
| 20.09.18 | 5 | 2 | 2 | 9 | BG | 330 | |
| 01.10.18 | 6 | 1 | 1 | 10 | BG | 30 | |
| 01.10.18 | 6 | 1 | 1 | 10 | AIC | 0 | |



| 03.10.18 | 6 | 1 | 2 | 11 | AIC | 0 |
| 03.10.18 | 6 | 1 | 2 | 11 | BG | 15 |
| 01.10.18 | 6 | 2 | 1 | 9 | AIC | 360 |
| 01.10.18 | 6 | 2 | 1 | 10 | BG | 480 |
| 03.10.18 | 6 | 2 | 2 | 11 | BG | 420 |
| 03.10.18 | 6 | 2 | 2 | 11 | AIC | 120 |

## Supplemental Material

### Video Files

AIC Test of Cutter Natural, filmed on Sep 18, 2018:

[1] *GOPR1129.mp4* (at 9:55 am, right after the application, point of repellent failure)

AIC Test of 30% Deet, filmed on Sep 18, 2018:

[2] *GOPR1130.mp4* (at 10:07 am, right after the application)

[3] *GOPR1142.mp4* (at 1:09 pm, 3 hours after the application)

[4] GOPR1145.mp4 (at 2:34 pm, 4.5 hours after the application, point of repellent failure)



## Photographs

The following images show cage test situations during control tests (test of biting activity), tests of Cutter Natural and 30% Deet in both set-ups with *Ae. aegypti*.



**Fig. 4**: Control test of biting activity in BG cage test with *Ae. aegypti*.





**Fig. 5** (A and B): BG cage test of Cutter Natural right after the application.





**Fig. 6**: BG cage test of 30% Deet right after the application.



**Fig. 7**: Control test of biting activity in AIC test with Ae. aegypti.





**Fig. 8**: AIC test of Cutter Natural right after the application.





**Fig. 9**: AIC test of 30% Deet right after the application.