EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOLAS PARKER, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>UNITED INDUSTRIES CORPORATION,<br><br>Defendant. | CASE NO. 17-CV-5353-GBD<br><br>JUDGE GEORGE B. DANIELS<br><br>**DECLARATION OF KATHLEEN CEARNAL** |

I, KATHLEEN CEARNAL, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following statements are true and correct, to the best of my knowledge and belief:

1. I am the Director of Research and Development for United Industries Corporation, which does business as Spectrum Brands.

2. In my capacity as Director of Research and Development, I have personal knowledge related to the development of Cutter Natural Insect Repellent.

3. I have reviewed the Class Action Complaint filed in this case, captioned *Parker v. United Industries Corporation*, Case No. 1:17-cv-05353-GBD-HBP, pending in the Southern District of New York.

4. The research and development process that culminated in the formula that would later be marketed as Cutter Natural Insect Repellent began in 2009 with a prototype formula based on the ingredient geraniol.

5. The ingredient geraniol was selected for screening as a potential component of a DEET-free personal mosquito repellent alternative in part because it is an ingredient that is generally known to have repellency characteristics against mosquitoes.

6.  In January 2010, United Industries Corporation internally tested a DEET-free insect repellent formula consisting of 5% geraniol as an active ingredient.

7.  In March 2010, United Industries Corporation internally tested a DEET-free insect repellent formula consisting of 8% geraniol as an active ingredient.

8.  These internal tests conducted by United Industries Corporation were not intended to substantiate the efficacy of a DEET-free personal mosquito repellent using geraniol as an active ingredient; rather, the intention behind these studies was to screen for and identify a potential formula to be used for independent, third-party efficacy testing.

9.  United Industries Corporation eventually submitted a DEET-free personal mosquito repellent consisting of active ingredients 5% geraniol and 2% soybean oil for independent, third-party efficacy testing by a company called Bio Research. This is the formula that would later come to be marketed as Cutter Natural Insect Repellent.

10. United Industries Corporation retained Bio Research to conduct two different studies to determine the efficacy of Cutter Natural Insect Repellent. These studies are summarized by reports issued by Bio Research dated May 21, 2010 and April 4, 2012.

11. United Industries Corporation commissioned a third Bio Research study to test the efficacy of a different personal insect repellent, in which the Cutter Natural formula was used as a control subject. This third study was not used to substantiate the efficacy of Cutter Natural.

12. Because Cutter Natural Insect Repellent's active ingredients are regulated as Minimum Risk Pesticides under 40 C.F.R. § 152.25(f), United Industries Corporation was not required to register Cutter Natural Insect Repellent with the Environmental Protection Agency under the Federal Insecticide, Fungicide, and Rodenticide Act ("FIFRA"). Individual states, however, may require registration of Minimum Risk Pesticides under state law.

13. Seven states and the District of Columbia currently require companies to submit efficacy data to support the registration of Minimum Risk Pesticides. United Industries Corporation complied with these requirements by submitting the May 21, 2010 and April 4, 2012 Bio Research studies to all states that at that time required submission of efficacy data to support product registration, each of which accepted United Industries Corporation's data and permitted registration of Cutter Natural Insect Repellent.

## VERIFICATION

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief, and that this declaration was executed in St. Louis, Missouri, this 11th day of April, 2019.

*Kathleen Cearnal*

Kathleen Cearnal