Page 1

1              IN THE UNITED STATES DISTRICT COURT

2                SOUTHERN DISTRICT OF NEW YORK

3

4    NICHOLAS PARKER, on behalf
     of himself and all others
5    similarly situated,
                 Plaintiffs,
6
     v.                                    Civil Action No.
7                                          17-cv-5353-GBD
     UNITED INDUSTRIES CORPORATION,
8              Defendant.
9                ~~~~~~~~~~~~~~~~~~
10               30(b)(6) Deposition of
11        DEFENDANT UNITED INDUSTRIES CORPORATION
12             (Witness:  KATHY CEARNAL)
13
            (Volume I, Non-Confidential Section)
14
15               December 20, 2018
16                  10:10 A.M.
17
18                  Taken at:
19              Gore/Perry Veritext
20          515 Olive Street, Suite 300
21              St. Louis, Missouri
22
23                 Reported by:
24          J. Bryan Jordan, CCR-MO
25

Page 2

1    APPEARANCES:

2

3    On behalf of the Plaintiff(s):

4         Bursor & Fisher, P.A., by

5              Yitzchak Kopel, Esq. (Via video)

6              Alec Leslie, Esq.

7              888 7th Avenue

8              New York, NY 10019

9              (646) 837-7150 Phone

10             (212) 989-9163 Fax

11             ykopel@bursor.com

12             aleslie@bursor.com

13

14   On behalf of the Defendant:

15        Tucker & Ellis, LLP, by

16             Ms. Ronie M. Schmelz, Esq.

17             515 South Flower Street

18             Forty-Second Floor

19             Los Angeeles, CA  90071-2223

20             (213) 430-3375

21             (213) 430-3409 Fax

22             ronie.schmelz@tuckerellis.com

23

24   THE VIDEOGRAPHER:

25             Patrick Hoctor

Page 3

1                       TRANSCRIPT INDEX
2
3     APPEARANCES ................................     2
4
5     INDEX OF EXHIBITS ..........................   3 - 6
6
7     TESTIMONY DESIGNATED AS HIGHLY CONFIDENTIAL,
8     SUBJECT TO PROTECTIVE ORDER, UP TO AND INCLUDING
9     REPORTER'S CERTIFICATE (BOUND SEPARATELY) ...  61-228
10
11    EXAMINATION OF KATHY CEARNAL:
12    BY MR. KOPEL ...............................      8
13
14    REPORTER'S CERTIFICATE ....................   227
15    EXHIBIT CUSTODY:
      EXHIBITS RETAINED BY COURT REPORTER
16
17                     INDEX OF EXHIBITS
18    NUMBER               DESCRIPTION      MARKED/ID'd
19    Plaintiff's Exhibits
20    Exhibit  6 -- (Previously marked) Bio Study
               number 213-10, Bates Nos. 000001 -
21             000019 (first page is exhibit
               sticker only, no Bates number) .....   164
22
      Exhibit  7 -- (Previously marked) Bio Study
23             No. 147-12, Bates Nos. 000020 -
               00042 (first page is exhibit
24             sticker only, no Bates number) .....   166
25

Veritext Legal Solutions
www.veritext.com                                     888-391-3376

```
 1              INDEX OF EXHIBITS, CONTINUED
 2    NUMBER            DESCRIPTION         MARKED/ID'd
 3    Exhibit  8 -- (Previously marked) Bio Study
               283-12, Bates Nos. 006900 - 006918,
 4             with attached document with Consumer
               Reports article (without Bates
 5             numbers) attached.  (First page of
               exhibit shows exhibit sticker only,
 6             no Bates number) ...................    174
 7    Exhibit 10 -- (Previously marked) Outside
               label for Cutter Natural Insect
 8             Repellant, with directions for use,
               Bates Nos. UIC 000050 - UIC 000052..   131
 9
      Exhibit 11 -- (Previously marked) Page out
10             of one of Travis Wood's notebooks,
               specifically containing repellency
11             data, Bates Nos. UIC 014665 -
               UIC 014674 ........................    180
12
      Exhibit 12 -- (Previously marked) Table
13             listing protection times for various
               mosquito repellent products, Bates
14             No. UIC 006837 (2 pages; second page
               has no Bates number) ..............    189
15
      Exhibit 15 -- (Previously marked) Consumer
16             Reports article entitled "Ratings:
               Insect Repellents," UIC 005916 -
17             005920 ...........................    219
18    Exhibit 16 -- (Previously marked) Consumer
               Reports article entitled "Cutter
19             Natural Insect Repellent" (2 pages,
               no Bates numbers) .................    219
20
      Exhibit 17 -- (Previously marked) Document
21             titled "Method 6A Mosquito Repellent
               Testing Procedure," (1 page, no Bates
22             number).  (NOTE: To be included
               only in the separate, highly
23             confidential section of the
               transcript) ......................    106
24
25
```

```
 1               INDEX OF EXHIBITS, CONTINUED
 2    NUMBER               DESCRIPTION       MARKED/ID'd
 3    Exhibit 29 -- "Spectrum Brands News Release"
                   on Zika threat looming, dated
 4                 7/18/2016, Bates (2 pages, no Bates
                   numbers) .........................   15
 5
      Exhibit 30 -- 1-page article titled "How To
 6                 Help Prevent Mosquito Bites," (No
                   Bates number) .....................   38
 7
      Exhibit 31 -- Document titled "Anti-Bite
 8                 Field Guide," (4 pages, no Bates
                   numbers) .........................   45
 9
      Exhibit 32 -- 7/10/2008 e-mail from Bill
10                 Metzger to some other individuals
                   at Spectrum Brands, Bates Nos. UIC
11                 014419 - 014459 ..................   60
12    Exhibit 33 -- "Plaintiff's Notice of
                   Deposition of Defendant United
13                 Industries Corporation,"
                   (no Bates numbers) ...............  121
14
      Exhibit 34 -- E-mail from Cearnal to Chris
15                 Evans, re: First round of testing
                   on the geraniol formula, Bates
16                 number UIC 006840 ................  137
17    Exhibit 35 -- E-mail from Cearnal to Chris
                   Evans "RE: Repel/Cutter Natural
18                 Time Claim," Bates No. UIC 006842 ..  143
19    Exhibit 36 -- E-mail with Bates No. UIC
                   UIC 006972 with attached document
20                 titled "Spectrum Brands Pet,
                   Home & Garden R&D 101" (attached
21                 document has no Bates niumbers) ....  150
22    Exhibit 37 -- E-mail dated 7/10/2014 from
                   Connie Caldwell to Randy Lewis,
23                 with attached material for a Cutter
                   PR Kit, Bates Nos. UIC 005472 -
24                 UIC 005480 .......................  152
25
```

1              INDEX OF EXHIBITS, CONTINUED
2   NUMBER                      DESCRIPTION        MARKED/ID'd
3
    Exhibit 38 -- E-mail dated t/15/2012 from
4             Kathy Cearnal to Michael Sarli, re:
              "Cutter/Repel Natural Aerosol),
5             "Bates Nos. UIC 038909 - 038910 ....   172
6   Exhibit 39 -- E-mail from Patrick Long to
              Kathy Cearnal, identifying test
7             articles in Bio Research report,
              Bates No. UIC 006897 ..............   175
8
    Exhibit 40 -- Printout of slide show, 50
9             pages, Bates No. UIC 038906 (no
              Bates numbers on each page.) .......   177
10
    Exhibit 41 -- "Spectrum Brands New Product
11            Review - FY2013," Bates Nos. UIC
              000319 - 00322 ...................   179
12
    Exhibit 42 -- Summary of some natural insect
13            repellent testing dated September
              2012, Bates No. UIC 014677 ........   186
14
    Exhibit 43 -- 1/11/2015 e-mail from Kathy
15            Cearnal to Josh Matta, re info on
              New Mexico insect repellent study,
16            Bates Nos. UIC 007447 - 007451 .....   210
17  Exhibit 44 -- Picture of Repel Natural
              aerosol insect appellant (No Bates
18            numbering) .......................   224
19
20
21
22
23
24
25

Page 7

1              THE VIDEOGRAPHER:  We are now on the record.

2    Please note that the microphones are sensitive and may

3    pick up whispering and private conversations.

4              Please turn off all cell phones or place

5    them away from the microphones, as they can interfere

6    with the deposition audio.

7              Recording will continue until all parties

8    agree to go off the record.

9              My name is Patrick Hoctor, representing

10   Veritext.  The date today is December 20th, 2018, and

11   the time is approximately 10:10 A.M.  This deposition

12   is being held at GorePerry Veritext, located at 515

13   Olive Street, St. Louis, Missouri.

14             The caption of the case is Nicholas Parker

15   v. United Industries Corp.  This case is being held in

16   the U.S. District Court, Southern District of New

17   York, Case Number 17-cv-5353-GBD.  The name of the

18   witness is Kathy Cearnal.

19             At this time, attorneys present in the room

20   and everyone attending remotely will identify

21   themselves and the parties they represent.

22             MR. KOPEL:  Hitzchak Kopel, Bursor & Fisher,

23   for Plaintiffs.  I'm attending remotely. Joining me in

24   the room is Alec Leslie, my colleague.

25             MS. SCHMELZ:  Ronnie Schmelz of Tucker

```
                                          Page 8
 1   Ellis, on behalf of Defendant.
 2          THE VIDEOGRAPHER:  Thank you, Counsel, our
 3   court reporter, Mr. Jordan, representing Veritext,
 4   will swear in the witness and we can proceed.
 5                        KATHY CEARNAL,
 6   of lawful age, having been first duly sworn to testify
 7   the truth, the whole truth, and nothing but the truth
 8   in the case aforesaid, deposes and says in reply to
 9   oral interrogatories propounded as follows, to-wit:
10                        EXAMINATION
11   QUESTIONS BY MR. KOPEL
12        Q.    Good morning, Ms. Cearnal.
13        A.    Good morning.
14        Q.    Can you, please, state your name and address
15   for the record?
16        A.    Kathy Cearnal, 1504 Woodside Hills Drive,
17   St. Peters, Missouri, 63376.
18        Q.    Thank you.  Is that your home address?
19        A.    Yes, it is.
20        Q.    Let me please introduce myself.  My name is
21   Yitzchak Kopel.  I'm a lawyer.  I represent the
22   Plaintiff in a class action lawsuit against United
23   Industries Corporation.  I'm going to be asking you
24   some questions today in connection with that lawsuit.
25   Do you understand that?
```

```
                                           Page 49
 1       A.    Yes.
 2       Q.    Moving on, it says, "If you'd prefer a
 3   plant-based alternative, try oil of lemon eucalyptus
 4   instead.  It's the only active botanical ingredient
 5   recommended by the Centers For Disease Control to
 6   repel mosquitoes."  Do you see that?
 7       A.    Yes.
 8       Q.    Would--is geraniol a plant-based alternative
 9   to DEET?
10       A.    Geranium oil is simil--geraniol is similar
11   to gerani--geranium oil.  Geraniol, itself, though, is
12   often synthesized, not extracted from a plant.
13       Q.    Is the geraniol used in Cutter Natural
14   Insect Repellant synthesized?
15       A.    To an extent, yes.
16       Q.    Is the geraniol used in Cutter Natural
17   Insect Repellant natural?
18             MS. SCHMELZ:  Object to form; calls for
19   speculation, lacks foundation.
20       A.    There is no specific guidelines for how you
21   call out "natural" in terms of an insect repellent
22   ingredient.
23   BY MR. KOPEL:
24       Q.    Do--does the word "natural" have a meaning
25   to you, personally?
```

```
                                                   Page 50

 1              MS. SCHMELZ:  Object to form:

 2              MR. KOPEL:  Let me rephrase the question.

 3     BY MR. KOPEL:

 4         Q.   Does the word "natural" have a meaning to

 5     you, personally, in the context of a consumer product?

 6              MS. SCHMELZ:  Object to form; overbroad.

 7     Any consumer product?

 8              MR. KOPEL:  If a clarification is required,

 9     the witness is welcome to ask for it.

10              MS. SCHMELZ:  You can answer if you

11     understand the question.

12         A.   So based on my understanding, the only place

13     where you can truly talk about "natural" in terms of a

14     consumer product has to do with things that are

15     regulated by the USDA.  They have specific definitions

16     of what means natural for those types of products.

17     There is not a specific definition in the insect

18     repellent world.

19     BY MR. KOPEL:

20         Q.   Does the word "natural" in the name Cutter

21     Natural Insect Repellant, does that word, "Natural,"

22     have any meaning?

23              MS. SCHMELZ:  Object to form.

24         A.   The classification of Cutter Natural Insect

25     Repellent as a 25B alternative allows us to make the
```

Page 51

1   statement and call it natural.

2   BY MR. KOPEL:

3        Q.   Is oil of lemon eucalyptus, is that

4   synthesized, as well?

5             MS. SCHMELZ:  Object to form; calls for

6   speculation.

7        A.   It is extracted from eucalyptus citriodora

8   trees.

9        Q.   Is there any sort of plant-based extraction

10  when it comes to the geraniol used in Cutter Natural

11  Insect Repellent?

12            MS. SCHMELZ:  I'm sorry, could you read that

13  back?

14            THE COURT REPORTER:  (Reading back)

15               "Q:  Is there any sort of plant-based

16  extraction when it comes to the geraniol used in

17  Cutter Natural Insect Repellent?"

18            MS. SCHMELZ:  Object to form; calls for

19  speculation, lacks foundation.

20       A.   I am not familiar with the entire process

21  for producing geraniol.

22  BY MR. KOPEL:

23       Q.   Now, the Cutter website made two

24  recommendations.  One was DEET, and then as an

25  alternative to DEET, it also recommended oil of lemon

```
                                              Page 52
 1   eucalyptus; is that correct?

 2            MS. SCHMELZ:  Object to form; misstates the

 3   document.

 4       A.   The document states that repellents that

 5   contain DEET are recommended by the National Institute

 6   of Health, and then there's a statement, "If you

 7   prefer a plant-based alternative, try oil of lemon

 8   eucalyptus."

 9   BY MR. KOPEL:

10       Q.   And Cutter has products that contain DEET;

11   correct?

12       A.   Yes.

13       Q.   Cutter has personal repellent products that

14   contain oil of lemon eucalyptus, or at least one;

15   correct?

16       A.   Yes.

17       Q.   Was geraniol, or Cutter Natural Insect

18   Repellant, included in Cutter's anti-bite field guide?

19            MS. SCHMELZ:  Object to form.  In this

20   document?  Is that the question?

21            MR. KOPEL:  Yes.

22       A.   It is not mentioned in this document.

23   BY MR. KOPEL:

24       Q.   Do you know why not?

25       A.   I didn't write the document, so I don't know
```

Page 60

1    please mark this document as Exhibit 32 and hand it to

2    the witness.

3                    (Plaintiff's Exhibit 32

4                    marked for identification.)

5            MS. SCHMELZ:  I'm going to ask that from

6    this point forward, we start marking the transcript as

7    highly confidential, pursuant to the terms of the

8    protective order.

9            MS. SCHMELZ:  Okay?

10           MR. KOPEL:  Yes, that's fine.

11                   (HIGHLY CONFIDENTIAL SECTION, SUBJECT

12                   TO PROTECTIVE ORDER, BEGINS ON

13                   FOLLOWING PAGE.)

14

15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT F (remaining pages have been filed under seal)