IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Nicholas Parker, on behalf of himself and all others similarly situated      ) | CASE NO. 17-CV-5353-GBD |
| ) | |
| ) | JUDGE GEORGE B. DANIELS |
| Plaintiff,      ) | |
| ) | **DECLARATION OF AMY L.** |
| vs.      ) | **APPLEBAUM** |
| ) | |
| United Industries Corporation., *et al.*      ) | |
| ) | |
| Defendants.      ) | |
| ) | |

I, Amy L. Applebaum, declare as follows:

1.   I am making this Declaration to tell the Court about my experience with Repel Natural insect repellent. I have personal knowledge of the facts stated below and, if called as a witness, I could and would testify truthfully about these facts.

2.   I am over the age of twenty-one and a resident of Northridge, California.

3.   For the last several years, I have purchased and used Repel Natural Insect Repellent ("Repel Natural"). As a breast-cancer survivor, I make it a point to only use natural, non-DEET personal insect repellents, even though I know that they do not work as well as repellents containing DEET.

4.   During February 2012, I took a 3-week trip to Vietnam, during which I took numerous boating trips along the Mekong Delta in Southwestern Vietnam. During trips along the Mekong Delta, I traveled in boats that floated through swamp waters and along floating villages. I also took several other trips on smaller boats that floated through narrow canals that were heavily surrounded by water plants and vegetation.

5.   In March and April 2018, I took a 3-week trip to South Africa, Zambia, and Botswana, where I spent two out of the three weeks in the bush and took several trips on the Zambezi River. During my trip to Africa, I spent time in four separate wildlife camps,

during which I slept in outdoor tent structures and went on twice-daily safari excursions in an open-jeep.

6. During both of my trips to Vietnam and Africa, I applied Repel Natural insect repellent daily and throughout the day. The product worked well at repelling mosquitoes; I was never bitten during my trips.

7. Based on my experience, Repel Natural does effectively repel mosquitoes and I would purchase this product again, especially because it is extremely effective and, as a DEET-free product, I believe it is safer than other insect repellents.

8. I have not been offered, have not asked for, and am not receiving any compensation in exchange for making this declaration.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration is executed on this 15th day of April 2019 in Northridge, California.

_____
Amy L. Applebaum

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| Nicholas Parker, on behalf of himself and all others similarly situated | ) ) ) | CASE NO. 17-CV-5353-GBD |
|---|---|---|
| Plaintiff, | ) ) ) | JUDGE GEORGE B. DANIELS |
| vs. | ) ) ) ) | **DECLARATION OF JENNIFER STANSBURY** |
| United Industries Corporation. *et al.* | ) ) ) | |
| Defendants. | ) ) | |

I, Jennifer Stansbury, declare as follows:

1. I am making this Declaration to tell the Court about my experience with Cutter Natural insect repellent ("Cutter Natural"). I have personal knowledge of the facts below and, if called as a witness, I could and would testify truthfully about these facts.

2. I am over the age of twenty-one and a resident of Herndon, Virginia.

3. I am married and have three children, ages 11, 9, and 7. For the past several years, I have purchased Cutter Natural for my family. I understand repellents containing DEET may be more effective at repelling mosquitoes, but I purchase Cutter Natural because I want to avoid the chemicals that are in DEET repellents and I believe non-DEET products are safer for my family.

4. We use Cutter Natural in a variety of different settings throughout the year. We have used it on family vacations to Turks and Caicos Islands and on annual spring trips to U.S. National Parks, including the Grand Canyon. We also use it regularly when we are outdoors, including during soccer games, hikes, and while spending time in our backyard.

5. Based on my experience, and that of my family, I believe Cutter Natural insect repellent is effective at repelling mosquitoes and I continue to purchase, and my

family continues to use, the product. I would not continue purchasing Cutter Natural or have my family use the product it if I didn't think it worked.

      6.     I have not been offered, have not asked for, and am not receiving any compensation for making this Declaration.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration is executed on this 15th day of April 2019 in Herdon, Virginia.

_____
Jennifer Stansbury