## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

NICHOLAS PARKER, on behalf of himself
and all others similarly situated,
Plaintiff,

v.

UNITED INDUSTRIES CORPORATION,
Defendant.

Civil Action No. 1:17-cv-05353-GBD-HBP

# DECLARATION OF MELISSA PITTAOULIS

**Table of Contents**

I.    QUALIFICATIONS ..................................................................................................... **2**

II.   DOCUMENTS REVIEWED ...................................................................................... **3**

III.  ASSIGNMENT AND SUMMARY OF OPINIONS ................................................ **3**

IV.   BACKGROUND ......................................................................................................... **5**

V.    SURVEY METHODOLOGY .................................................................................... **6**

    A.   Survey Population ............................................................................................. 7

    B.   Questionnaire Procedure ................................................................................... 8

    C.   Quality Control Measures for the Survey ......................................................... 8

    D.   Screening Questionnaire ................................................................................. 10

    E.   Main Questionnaire ......................................................................................... 11

VI.   SURVEY RESULTS ................................................................................................ **13**

VII.  CONCLUSIONS ...................................................................................................... **21**

## I.     QUALIFICATIONS

1.      I am an Associate Director at NERA Economic Consulting ("NERA") where I am a member of the Survey and Sampling practice.  My business address is 1717 Arch Street, Suite 1100, Philadelphia, PA 19103.  NERA was founded in 1961 and provides economic, financial, and statistical research and analysis.

2.      I earned a Ph.D. in Sociology from Temple University.  My courses in graduate school focused on quantitative analysis.  Among the courses I completed are Research Design, Survey Research, Statistical Sampling, Social Statistics, Multivariate Statistics, and Hierarchical Linear Modeling.  I have also taken "short courses" offered by the Joint Program in Survey Methodology, which is run by the University of Maryland.  While I was a graduate student, I served as a teaching assistant in a graduate-level multivariate statistics class and as an instructor for undergraduate courses on statistics at Temple University.

3.      I have worked on survey and sampling projects at NERA since 2003.  As part of my survey work, I design research, write questionnaires, supervise data collection, and analyze data.  As part of my sampling work, I select samples and calculate sample estimates and confidence intervals.  In my over fifteen years of experience, I have worked on survey and sampling projects in a wide variety of industries, including:  alcoholic beverages, automobiles, beverages, beauty products, clothing apparel, computers, durable goods, electronics, financial products, insurance, mobile phones, personal care products, pharmaceuticals, snack foods, and video games.  The majority of these projects have been conducted in connection with legal disputes, primarily consumer class action and intellectual property matters.  I have also worked on projects involving antitrust issues and employment-related litigation.

4.      I am a member of the American Association of Public Opinion Research, the American Sociological Association, and the International Trademark Association.  My curriculum vitae, including a list of the cases in which I have testified in the last four years, is attached as **Exhibit A**.

5.      NERA is being compensated for my services in this matter at my standard rate of $575 per hour.  No part of NERA's or my compensation depends on the conclusions I reach or the outcome of this litigation.  Throughout this report, I have used the terms "I" and "my" to refer to work performed by me and/or others under my direction.

## II.     DOCUMENTS REVIEWED

6.      As part of my work, I reviewed the Complaint in this matter, *Nicholas Parker, v. United Industries Corporation*, United States District Court Southern District of New York, Civil Action No. 1:17-cv-05353-GBD-HBP, dated July 14, 2017 (the "Complaint"), and other materials.  A list of the specific materials I reviewed can be found in **Exhibit B**.

## III.    ASSIGNMENT AND SUMMARY OF OPINIONS

7.      I was retained in August 2019 by Defendant, United Industries Corporation ("UIC"), to conduct a survey of consumers regarding their experience using Cutter Natural Insect Repellent ("Cutter Natural" or the "Product")[1] to support UIC in this litigation.

8.      My survey provides empirical evidence demonstrating that purchasers of Cutter Natural are satisfied with the Product and find it to be effective at repelling mosquitoes. More specifically, the results of my study demonstrate the following:

---

[1] Cutter Natural Insect Repellent comes in two forms:  a pump bottle and an aerosol can.  (Complaint, ¶ 8.)  Use of the term "Cutter Natural" or the "Product" refers to both forms of Cutter Natural Insect Repellent.

- When asked why they made their most recent purchase of Cutter Natural, most respondents indicate that they purchased the Product because they know the brand, it works, is effective, or because it was natural.

- Nearly ninety percent of respondents (87.0 percent) indicated that they have purchased the Product more than one time.

- When asked to select reasons from a list, over half of respondents (54.3 percent) indicated they purchased the Product because it repels mosquitoes.

- Nearly all consumers (98.6 percent) indicated Cutter Natural was either extremely effective or somewhat effective.  More than half of respondents (54.6 percent) said Cutter Natural was extremely effective and 44.0 percent said it was somewhat effective.  Only 1.4 percent indicated it was not effective at repelling mosquitoes.

- Similarly, nearly all survey respondents (89.8 percent) were satisfied with Cutter Natural.  I observed that 41.0 percent were very satisfied and 48.8 percent were satisfied, while only 2.0 percent were dissatisfied with the Product.

- When asked how long Cutter Natural was effective at repelling mosquitoes, 34.8 percent of respondents indicated that Cutter Natural was effective for two hours or more and 31.1 percent of respondents indicated that Cutter Natural was effective for more than one hour.  Only 5.1 percent of respondents indicated it was effective for less than 30 minutes.

- Finally, when asked how often they reapplied Cutter Natural, 38.2 percent of respondents indicated that they reapplied the Product once every two hours and

33.4 percent of respondents indicated they reapplied every three hours or longer.

Only 2.7 percent indicated they reapplied Cutter Natural more than once an hour.

9.      My survey results demonstrate that Cutter Natural purchasers purchase the Product for a variety of reasons.  These results also demonstrate that Cutter Natural purchasers are satisfied with the Product, and generally reapply Cutter Natural no more than once an hour.

## IV.    BACKGROUND

10.     Defendant, UIC is a Delaware Corporation, with its principal place of business in Earth City, Missouri.[2]  UIC is a "leading manufacturer of value-brand consumer products for the home, lawn and garden insect and weed control markets in the United States" and its products include a variety of mosquito repellent brands.[3]

11.     Plaintiff Nicholas Parker is a citizen of New York, who purchased the Product in its pump form in 2015 at a Home Depot.[4]  Mr. Parker claims he purchased Cutter Natural because the label indicated that it was natural and repelled mosquitoes for hours.[5]

12.     Plaintiff has cited two studies that suggest Cutter Natural performed poorly at repelling mosquitoes in their test environment.[6]

13.     To evaluate Plaintiff's claim that Cutter Natural was "ineffective and worthless to repel mosquitoes,"[7] I designed and conducted a survey of Cutter Natural purchasers.

---

[2] *Complaint*, ¶ 11.

[3] United Industries, *About Us*, http://www.unitedindustriescorporation.com/About-Us.aspx, last accessed September 22, 2019.

[4] *Complaint*, ¶ 10.

[5] *Complaint*, ¶ 10.

[6] *Complaint*, ¶¶ 4-5.

[7] *Complaint*, ¶¶ 3, 27.

## V.    SURVEY METHODOLOGY

14.      I have designed, implemented, and analyzed the data from a survey of 293 Cutter Natural purchasers.  I conducted the survey in accordance with generally accepted survey research principles, such as those listed in the Federal Judicial Center's *Manual for Complex Litigation*[8] and described in the *Reference Manual on Scientific Evidence*.[9]

15.      Potential survey respondents were contacted using an Internet panel hosted by Dynata, a leading marketing research firm that specializes in sampling and survey data collection.[10]  Dynata complies with online survey data panel standards set forth by ESOMAR (The European Society for Opinion and Market Research) and holds industry memberships with AAPOR (The American Association of Public Opinion Research), the Insights Association, and ESOMAR.[11]

16.      Dynata uses a variety of quality control measures to ensure the reliability and integrity of the responses it provides.  For example, Dynata uses digital fingerprinting that creates a "fingerprint" for each respondent based on computer characteristics (like IP addresses), which can then be used to identify respondents and to exclude individuals who attempt to take the same survey more than once.  Dynata's standard quality control measures were undertaken with this study.

---

[8] Federal Judicial Center. 2004. *Manual for Complex Litigation, Fourth Edition*, §11.493, pp.102-104.

[9] Diamond, Shari S. 2011. "Reference Guide on Survey Research," pp. 359-423 in the *Reference Manual on Scientific Evidence*, Committee on the Development of the Third Edition of the Reference Manual on Scientific Evidence; Federal Judicial Center; National Research Council (hereafter "*Diamond*").

[10] For additional information about Dynata online surveys, see file Dynata-Panel-Book-2019-2.19.pdf.  *"Panel Book: Delivering online B2B and B2C sample from a robust collection of high-quality data for maximum feasibility, sustainability, representativeness and consistency,"* http://info.researchnow.com/rs/105-ZDT-791/images/Dynata_Panel%20Book_2.19.pdf.

[11] For a description of SSI/Dynata's methodologies and how it adheres to ESOMAR standards, see Panel Quality: Our Values Answers to ESOMAR's 28 Questions.

17.    The survey was conducted in a double-blind manner.  The survey respondents did not know the purpose or topic of the survey, the context in which the data would be used, or the company who had engaged NERA to collect the data.  Although the project managers at Dynata knew that the survey data would be used in legal proceedings, they did not know the issue in dispute or the parties involved.

18.    Data for the survey were collected between August 22, 2019 and September 10, 2019.  Potential survey respondents were randomly selected and were sent a generic invitation to participate in the survey.  A total of 4,824 potential respondents opened the invitation and began the survey and of these 293 respondents qualified for and completed the survey.  The complete questionnaire is provided in **Exhibit C**, and screenshots of the survey as it appeared to respondents are provided in **Exhibit D**.

**A.    Survey Population**

19.    The relevant population for this matter is U.S. consumers 18 years or older who have purchased Cutter Natural since January 1, 2011.[12]

20.    Based on research done by Mintel Group, I understand the core user population for pest control products are people aged 25 to 44 years old.[13]  To ensure my survey population reflected the "core user" population, I set age quotas, such that approximately two-thirds of respondents had to be between the ages of 25 and 44 years old.  Additionally, I had 15.0 percent of the sample be between ages 45 and 54 years old.  I split the remaining 20.0 percent of the sample evenly between respondents ages 18 to 24 years old and those 55 years and older.

---

[12] Memorandum of Law in Support of Plaintiff's Motion for Class Certification, Appointment of Class Representative, and Appointment of Class Counsel, *Nicholas Parker, v. United Industries Corporation.*, United States District Court Southern District of New York, Civil Action No. 1:17-cv-05353-GBD-HBP, dated February 19, 2019, *p. 2.*

[13] UIC 007511-007578, p. 46.

**B.     Questionnaire Procedure**

21.     I used a combination of open and closed-ended questions.  Open-ended questions are helpful for capturing respondents' top-of-mind opinions.  Closed-ended questions, on the other hand, are helpful for directly measuring the issue or issues that are the focus of the case.  All of the questions, whether open or closed, were phrased in a clear and non-leading manner.  For the closed-ended questions, I rotated the response options to avoid the possibility of order effects.  Later in this report, I provide the exact questions asked in the survey.

**C.     Quality Control Measures for the Survey**

22.     To ensure that my data are of the highest quality, I implemented quality control measures in addition to those undertaken by Dynata:

a.  As is standard survey practice for litigation, the survey was conducted in a "double-blind" fashion; that is, neither the staff at Dynata nor any of the respondents were aware of the survey sponsor or the ultimate intention of the survey.[14]

b.  Respondents had to correctly answer a CAPTCHA question to ensure that a person, and not a computer or "bot," was taking the survey.[15]

c.  Respondents were able to take the survey either on a desktop, laptop, or tablet computer.  The survey program was tested separately on both a computer and a tablet in order to ensure that the survey questions appeared correctly on the different device types.

---

[14] *Diamond*, pp. 410-411.

[15] The acronym CAPTCHA stands for "Completely Automated Public Turing Test to Tell Computers and Humans Apart."  For more information on how CAPTCHA works, see Carnegie Mellon University, 2010. "The Official CAPTCHA Site." http://www.captcha.net/, accessed September 23, 2019.

d. Respondents were required to enter their gender and age at the outset of the survey, and if these data conflicted with the respondent information on file with Dynata, the respondent was excluded.

e. Respondents were also required to enter their state of residence and zip code, and if these data conflicted with one another, the respondent was excluded.

f. Respondents who work for or have a household member who works for a company that makes or manufactures personal insect repellent were excluded. Respondents were also screened out if they or a household member worked for a market research company, an advertising company, or indicated they did not know.[16]

g. Respondents who had or were unsure about previously having completed a survey on insect repellent in the past six months were screened out. Additionally, those who indicated that they did not understand or were unwilling to adhere to the survey instructions were also screened out of the survey.

h. The survey included a "soft-launch" of an initial set of approximately 60 respondents. These data were reviewed to ensure that respondents understood the questions and were able to provide reasonable responses. The soft-launch data also allowed me to ensure that the survey instrument was working as intended (*i.e.,* that respondents were correctly directed to the appropriate questions, answer choices were randomizing, and unqualified respondents were screened out of survey). The soft-launch respondents were included in the final data.

---

[16] This is a standard research approach to avoid including respondents who are likely to have specialized knowledge about the survey topic or the survey methodology.

**D.      Screening Questionnaire**

23.      To ensure that panel respondents were part of the relevant population as defined for this case, a series of screening questions was asked.  Only respondents who met these qualifying conditions continued with the main survey.  To qualify for the survey, respondents had to meeting the following criteria:

  a.   Be 18 years of age or older;

  b.   Live in the U.S.;

  c.   Report that neither they, nor anyone in their households, are employed in any of the following:  a market research company, an advertising company, or a company that makes or manufactures personal insect repellent;

  d.   Report that they had not taken any surveys on personal insect repellents in the last six months; and

  e.   Report that they had purchased Cutter Natural since January 1, 2011.[17]

24.      Respondents who passed each of these criteria were then asked to indicate the number of times they purchased Cutter Natural and when they made their most recent purchase.

25.      To identify respondents who were distracted while taking the survey, I included the following "red herring" question:

  Q.  This question is a little different.  While most people carefully read and respond to the questions in our surveys, a small number do not.  To verify that you have read this question carefully, please select the [INSERT RANDOMLY SELECTED ANSWER CHOICE] response from the list below.

---

[17] Respondents were provided with a list of products they may have purchased since January 1, 2011.  This list included personal insect repellent as well as other products to ensure that respondents could not guess the intention of the survey.  If a respondent indicated that (s)he had purchased a personal insect repellent, (s)he was asked to select which brands of repellent had been purchased.  Respondents who did not select Cutter brand insect repellent were screened out of the survey.  Those who indicated they had purchased Cutter brand insect repellent were asked to select from a list which type(s) of Cutter personal insect repellent they had purchased since January 1, 2011.  Respondents qualified for the study if they had purchased Cutter Natural.

1. Extremely Important
2. Very Important
3. Somewhat Important
4. Not at all Important
5. Don't know

26.      Respondents were randomly assigned a response option to select.  This means that some respondents were instructed to choose the first option; some were instructed to choose the second, and so on.  Respondents were screened out of the survey if they provided an answer different than the one they were instructed to give.

27.      Once qualified, respondents were taken to the main questionnaire.

**E.      Main Questionnaire**

28.      To begin the main questionnaire, respondents were asked to think about their most recent purchase of Cutter Natural.  Respondents were asked to describe why they decided to make their most recent purchase of Cutter Natural.  This question and a follow-up questions asking if there were other reasons, were asked as open-ended questions to allow respondents to articulate their thoughts.

29.      Following the first two questions, I also included a close-ended question which allowed respondents to select from a list of reasons why they decided to purchase Cutter Natural. The specific question regarding the reasons for their most recent purchase was as follows:

Q.      Please review the following list.  Which of these, if any, are reasons for your most recent purchase of **Cutter Natural** insect repellent?  (***Please select all that apply***)
1. Natural
2. Repels mosquitoes
3. Repels ticks
4. The length of time it works
5. Protection for the entire family
6. DEET-Free
7. Repels mosquitoes the natural way
8. Size of container
9. Trust the brand

10. Recognize the brand name
11. Not oily or greasy
12. Had a coupon / product on sale
13. Scent/smell of the product
14. Ease of application
15. Price of the product
16. Previous experience with this product
17. Satisfaction with previous purchase of this product
18. No other products available at the time of my purchase
19. Other *(Please specify)*
20. Don't know / Not Sure

30.     After completing the first three questions, respondents were then shown the

following statement:

> "We are now going to ask you questions about your experience using **Cutter Natural** insect repellent.  When answering these questions, please think back to the **most recent time** you used **Cutter Natural** insect repellent."

31.     Respondents were then asked a series of questions regarding their experience

using Cutter Natural.  The first question asked respondents how effective Cutter Natural is at

repelling mosquitoes.  Specifically, they were asked:

Q. Was Cutter Natural Insect Repellent effective at repelling mosquitoes?

1.  Extremely effective at repelling mosquitoes
2.  Somewhat effective at repelling mosquitoes
3.  Not at all effective at repelling mosquitoes
4.  Don't know / Not sure

32.     They were next asked about their satisfaction with Cutter Natural.  The exact

questions was:

Q. How satisfied were you with Cutter Natural Insect Repellent?

1. Very satisfied
2. Satisfied
3. Neither satisfied nor dissatisfied
4. Dissatisfied
5. Very dissatisfied
6. Don't know / Not sure

33.     Respondents then answered a question on how long Cutter Natural was effective

at repelling mosquitoes.

Q.  How long was Cutter Natural Insect Repellent effective at repelling mosquitoes?

1. Less than 30 minutes
2. 30 minutes to 1 hour
3. More than1 hour but less than 2 hours
4. 2 hours or more
5. Don't know / Not sure

34.     Finally, respondents were asked how often they reapplied Cutter Natural.  The

specific question was as follows:

Q.  How often did you reapply Cutter Natural Insect Repellent?

1. Two or more times every hour
2. Once every hour
3. Once every two hours
4. Once every three hours or longer
5. Don't know / Not sure

35.     After this question, the survey was complete and respondents were thanked for

their time.

**VI.     SURVEY RESULTS**

36.     I surveyed 293 U.S. Cutter Natural consumers.  As shown below in Table 1,

survey respondents were a mix of ages, with approximately 63 percent of the sample between the

ages of 25 and 44 years old, 15 percent between ages of 45 and 54, and the remainder of the

sample split between those 18 and 24 years old and those 55 years or older.[18]  Survey respondents were split approximately evenly between males and females.

**Table 1: Gender and Age Distribution of Respondents**

|  | Count | Share |
|---|---|---|
| *Gender* |  |  |
| Male | 142 | 48.5% |
| Female | 151 | 51.5% |
| *Age* |  |  |
| 18-24 | 34 | 11.6% |
| 25-44 | 184 | 62.8% |
| 45-54 | 43 | 14.7% |
| 55+ | 32 | 10.9% |
| **Number of Respondents:** | **293** | **100.0%** |

Source: NERA Survey, Screener Questions 3 & 4

Source: NERA Insect Repellent Survey, August - September 2019

37.     When asked to indicate the number of times they had purchased Cutter Natural, the majority of respondents (87.0 percent) indicated they had purchased the product more than one time, with 43.3 percent having purchased it five or more times.  The results are shown below in Table 2.

---

[18] The survey data are attached as **Exhibit E**.

**Table 2: Number of Time Purchased**

|  | Count | Share |
|---|---|---|
| Once | 31 | 10.6% |
| Between 2 and 5 times | 128 | 43.7% |
| More than 5 times | 127 | 43.3% |
| Don't know / Not sure | 7 | 2.4% |
| **Total Number of Respondents:** | **293** | **100.0%** |

Source: NERA Survey, Screener Question 12

Source: NERA Insect Repellent Survey, August - September 2019

38.      My survey first asked a series of questions to understand and evaluate why respondents decided to make their most recent purchase of Cutter Natural.  In response to an open-ended question, respondents provided a range of reasons why they purchased Cutter Natural.  Some respondents made references to the brand or the fact that it is a natural insect repellent, while many others indicated that the reason they purchased Cutter Natural was because of a previous positive experience with the Product.  For example, Respondent 283 said, "I like how effective this product is and that it lasts a long time.  It also has a pleasant scent and does not feel oily or sticky on my skin."  Respondent 2086 said, "Because I had used it before and I had good results with it," and Respondent 3706 said, "I had good experiences with it the previous times I bought it, plus the price was good."  Table 3 shows a summary of reasons respondents provided for making their most recent purchase of Cutter Natural.

**Table 3: Why Respondents Made Their Most Recent Purchase (Verbatim)**

|  | Count | Share |
|---|---|---|
| To repel insects/Generic outdoor needs | 98 | 33.4% |
| Familiar with brand | 76 | 25.9% |
| Price | 68 | 23.2% |
| Effective | 63 | 21.5% |
| Natural Ingredients | 62 | 21.2% |
| Smell/Feel | 32 | 10.9% |
| Available at store | 21 | 7.2% |
| Safe/Healthy | 20 | 6.8% |
| Wanted to Try | 13 | 4.4% |
| Recommended | 13 | 4.4% |
| Duration | 5 | 1.7% |
| Other | 19 | 6.5% |
| Don't know | 2 | 0.7% |
| **Total Number of Respondents:** | **293** |  |

Source: NERA Survey, Questions 1 & 2

Note: Percentages may not sum to 100% because responses could belong to multiple categories.

Source: NERA Insect Repellent Survey, August - September 2019

39.     As a follow-up to these open-ended questions, respondents were then asked to select why they decided to make their most recent purchase of Cutter Natural from a list of possible reasons.  This included a variety of reasons a respondent might have decided to purchase Cutter Natural including the Product's effectiveness repelling mosquitoes, the brand, the length of time it works, and being natural, among other options.  When provided with a list, 159 respondents (54.3 percent) indicated that they made their most recent purchase because Cutter Natural repels mosquitoes.  Other popular reasons included trust in the brand (49.5 percent) and the product being natural (49.1 percent).  These results are shown below in Table 4.

**Table 4: Why Respondents Made Their Most Recent Purchase (Aided)**

| | Count | Share |
|---|---|---|
| Repels Mosquitoes | 159 | 54.3% |
| Trust the brand | 145 | 49.5% |
| Natural | 144 | 49.1% |
| Repels mosquitoes the natural way | 123 | 42.0% |
| Recognize the brand name | 118 | 40.3% |
| Ease of Application | 114 | 38.9% |
| Price of the product | 108 | 36.9% |
| Previous experience with this product | 98 | 33.4% |
| Satisfaction with previous purchase of this product | 94 | 32.1% |
| Scent/smell of the product | 83 | 28.3% |
| Protection for the entire family | 81 | 27.6% |
| Not oily or greasy | 77 | 26.3% |
| DEET-Free | 64 | 21.8% |
| Repels ticks | 61 | 20.8% |
| The length of time it works | 53 | 18.1% |
| Size of container | 45 | 15.4% |
| Had a coupon / product on sale | 37 | 12.6% |
| No other products available at the time of my purchase | 10 | 3.4% |
| Don't know | 2 | 0.7% |
| Other | 0 | 0.0% |
| **Total Number of Respondents:** | **293** | |

Source: NERA Survey, Question 3

Note: Percentages won't sum to 100% because respondents could select more than 1 choice.

Source: NERA Insect Repellent Survey, August - September 2019

40. Respondents were then asked a series of questions regarding their experience using Cutter Natural. When asked if Cutter Natural was effective at repelling mosquitoes, more than half of the respondents (54.6 percent) indicated it was extremely effective and another 44.0 percent indicated it was somewhat effective. In total, 98.6 percent of respondents indicated Cutter

17

Natural was either extremely or somewhat effective at repelling mosquitoes.  As shown below in Table 5, only 4 respondents (1.4 percent) indicated it was not at all effective.

**Table 5: Effectiveness of Cutter Natural**

|  | Count | Share |
|---|---|---|
| Extremely effective at repelling mosquitoes | 160 | 54.6% |
| Somewhat effective at repelling mosquitoes | 129 | 44.0% |
| Not at all effective at repelling mosquitoes | 4 | 1.4% |
| Don't know / Not sure | 0 | 0.0% |
| **Total Number of Respondents:** | **293** | **100.0%** |

Source: NERA Survey, Question 4

Source: NERA Insect Repellent Survey, August - September 2019

41.     When asked how satisfied they were with Cutter Natural, most respondents indicated they were very satisfied (41.0 percent) or satisfied (48.8 percent).  In other words, 89.8 percent of respondents were satisfied with Cutter Natural.  In contrast, only 2.0 percent of respondents were either dissatisfied or very dissatisfied with Cutter Natural.  These results are shown below in Table 6.

**Table 6: Satisfaction with Cutter Natural**

|  | Count | Share |
|---|---|---|
| Very Satisfied | 120 | 41.0% |
| Satisfied | 143 | 48.8% |
| Neither Satisfied nor dissatisfied | 24 | 8.2% |
| Dissatisfied | 5 | 1.7% |
| Very Dissatisfied | 1 | 0.3% |
| Don't know / Not sure | 0 | 0.0% |
| **Total Number of Respondents:** | **293** | **100.0%** |

Source: NERA Survey, Question 5

Source: NERA Insect Repellent Survey, August - September 2019

42.     When asked how long Cutter Natural was effective at repelling mosquitoes, 34.8 percent of respondents indicated that it was effective for two hours or more, and 31.1 percent reported that it was effective for more than one hour but less than two hours.  Another 18.8 percent said it was effective between 30 minutes and one hour.  Only 15 respondents out of a total 293 (or 5.1 percent) indicated it was effective for less than 30 minutes.  These results are shown below in Table 7.

**Table 7: How Long Cutter Natural is Effective Repelling Mosquitoes**

|  | Count | Share |
|---|---|---|
| Less than 30 minutes | 15 | 5.1% |
| 30 minutes to 1 hour | 55 | 18.8% |
| More than 1 hour but less than 2 hours | 91 | 31.1% |
| 2 hours or more | 102 | 34.8% |
| Don't know / Not sure | 30 | 10.2% |
| **Total Number of Respondents:** | **293** | **100.0%** |

Source: NERA Survey, Question 6

Source: NERA Insect Repellent Survey, August - September 2019

43.     Finally, respondents were asked how often they reapplied Cutter Natural.  More than one-third of respondents (38.2 percent) indicated they reapplied every two hours and another one-third (33.4 percent) reapplied every three hours or longer.  Only eight respondents (2.7 percent) indicated they reapplied two or more times every hour.  The results for this question are displayed below in Table 8.

**Table 8: How Often Cutter Natural is Reapplied**

|  | Count | Share |
|---|---|---|
| Two or more times every hour | 8 | 2.7% |
| Once every hour | 53 | 18.1% |
| Once every two hours | 112 | 38.2% |
| Once every three hours or longer | 98 | 33.4% |
| Don't know / Not sure | 22 | 7.5% |
| **Total Number of Respondents:** | **293** | **100.0%** |

Source: NERA Survey, Question 7

Source: NERA Insect Repellent Survey, August - September 2019

## VII.   CONCLUSIONS

44.     My survey demonstrates that the vast majority of Cutter Natural purchasers rely on past experience with the product when making their purchase decision.

45.     My survey demonstrates that 98.6 percent of Cutter Natural purchasers indicate the product is effective: more than half of respondents (54.6 percent) said Cutter Natural was extremely effective and 44.0 percent said it was somewhat effective.  The vast majority of these respondents (87.0 percent of all respondents) have purchased Cutter Natural more than once.

46.     Moreover, 34.8 percent of respondents indicated that Cutter Natural was effective for two hours or more and 31.1 percent of respondents indicated that Cutter Natural was effective for more than one hour but less than two hours.  Cutter Natural purchasers also reported that they reapplied after at least one hour:  38.2 percent of respondents indicated that they reapplied the product once every two hours and 33.4 percent of respondents indicated they reapplied every three hours or longer.

47.     My opinions and conclusions as expressed in this report are to a reasonable degree of professional and scientific certainty.  My conclusions have been reached through the proper application of survey methods and the use of standard methodologies relied upon by experts in the field of survey, market and consumer research.  My opinions will continue to be informed by any additional material that becomes available to me.  I reserve the right to update and or supplement my opinions if Plaintiff provides additional information.  I declare under penalty of perjury that the foregoing is true and correct.

Melissa Pittaoulis
October 7, 2019