# Exhibit C

# INSECT REPELLENT SURVEY

**[PROGRAMMER NOTES IN BOLD CAPS AND BRACKETS]**
**[DO NOT ALLOW ROUTED SURVEY TRAFFIC]**
**[PROGRAMMER: DISABLE RESUME LATER BUTTON FOR ENTIRE SURVEY]**
**[PROGRAMMER: DISABLE BACK BUTTON FOR ENTIRE SURVEY]**
**[EACH QUESTION APPEARS ON INDIVIDUAL PAGE]**
**[DIGITAL FINGERPRINTING SHOULD BE USED TO AVOID REPEAT PARTICIPATION]**

**INTRODUCTION**
Thank you for your willingness to participate in our study. The responses you give to our questions are very important to us. If you don't know an answer to a question or if you don't have an opinion, please indicate this in your response. Please do not guess.

During the survey, please do not use your browser's *FORWARD* and *BACK* buttons. Instead, please always use the button below to move through the survey.

Simply click on the ">" button at the bottom of the page to begin the survey.

**[DISPLAY ON NEW PAGE]**
**Before continuing with this survey, please carefully read these instructions:**

- Please take the survey in one session.
- While completing this survey, please do not visit any other websites or refer to any outside websites for help in answering the survey questions.
- While completing this survey, please do not open any other windows or tabs on this computer/device or any other computer/device.
- While taking this survey, please do not use any electronic devices other than the one on which you are taking this survey.
- Please do not view any other written material while taking this survey.
- Please do not ask anyone else for help in answering the survey questions.

    1. I have read the above instructions and understand them, and I will adhere to these instructions.
    2. I do not understand the above instructions, or I don't wish to agree to them. **[SCREEN OUT]**

S1. Please enter the code exactly as it appears in the image below, and then click ">"to continue. Please note that the code is case sensitive.

**[INSERT CAPTCHA CENTERED ON PAGE]**

**[ALLOW THREE TRIES. IN ERROR MESSAGE, MENTION TEXT IS CASE SENSITIVE]**

**[TERMINATE IF CAPTCHA INPUTTED VS. WHAT IS DISPLAYED IS INCORRECT]**

S2. What type of device are you using to complete this survey?

1. Desktop computer
2. Laptop computer
3. Tablet computer
4. Mobile phone or cell phone     **[TERMINATE]**
5. Something else (Please specify) **[TERMINATE]**

S3. Are you…

1. Male
2. Female

**[TERMINATE IF GENDER DOES NOT MATCH PANEL DATA]**

S4. Please select your age.

**[INSERT DROP DOWN BOX WITH AGES UP TO 99 AND A "Prefer not to answer" OPTION.]**
**[TERMINATE IF UNDER 18. TERMINATE IF PREFER NOT TO ANSWER.]**
**[TERMINATE IF AGE DOES NOT MATCH PANEL DATA]**
**[PROGRAMMER: INCLUDE HIDDEN VARIABLE CAPTURING AGE CATEGORY: 18-34, 35-54, AND 55+]**

S5. In which state do you currently reside?

**[INSERT DROP DOWN BOX WITH LIST OF STATES, INCLUDE DC AND "Outside of U.S."]**
**[TERMINATE IF OUTSIDE U.S.]**

S6. Please enter your zip code.
**[TERMINATE IF RESPONDENT'S ZIP DOES NOT MATCH STATE]**

S7. Do you or does anyone in your household work for any of the following?

Please select one in each row

**[RANDOMIZE ORDER]**

|  | Yes | No | Don't Know |
|---|---|---|---|
| An advertising company | **TERMINATE** |  | **TERMINATE** |
| A market research company | **TERMINATE** |  | **TERMINATE** |
| A company that makes or manufactures personal insect repellent | **TERMINATE** |  | **TERMINATE** |
| A company that makes or manufactures sunscreen or sun tanning lotion |  |  |  |
| A company that makes or manufactures antibacterial hand gel/hand sanitizer |  |  |  |
| A company that makes or manufactures hand moisturizer or hand lotion |  |  |  |

S8. In the past six months, have you taken a survey on any of the following types of products?

*(Select all that apply)*

**[RANDOMIZE OPTIONS 1-5]**

1. Personal insect repellent you apply to your body **[SCREEN OUT]**
2. Sunscreen or sun tanning lotion
3. Antibacterial hand gel/hand sanitizer
4. Hand moisturizer or hand lotion
5. None of these **[ANCHOR; EXCLUSIVE]**
6. Don't know / Not sure **[ANCHOR; SCREEN OUT]**

S9. Since <u>January 1, 2011</u>, have you purchased any of the following products?

*(Select all that apply)*
**[RANDOMIZE OPTIONS 1-4]**

1. Personal insect repellent you apply to your body
2. Sunscreen or sun tanning lotion
3. Antibacterial hand gel/hand sanitizer
4. Hand moisturizer or hand lotion
5. None of these **[ANCHOR; EXCLUSIVE]**
6. Don't know / Not sure **[ANCHOR; EXCLUSIVE]**

**[IF S9 NOT EQUAL TO 1 "PERSONAL INSECT REPELLENT," SCREEN OUT]**

S10. Which, if any, of the following brands of personal insect repellent have you purchased since <u>January 1, 2011</u>?

**[RANDOMIZE OPTIONS 1-16. <u>SHOW ONLY COLUMNS 3 TO 6</u>.]**

|   |   |   | Yes | No | Don't know/ Not Sure |
|---|---|---|---|---|---|
| 1 | All Terrain | *[All Terrain logo]* |   |   |   |
| 2 | Avon Skin So Soft | *[Avon Skin So Soft logo]* |   |   |   |
| 3 | babyganics | *[babyganics logo]* |   |   |   |
| 4 | Badger | *[Badger logo]* |   |   |   |
| 5 | Ben's | *[Ben's insect repellent logo]* |   |   |   |

| # | Brand | Logo | | | |
|---|---|---|---|---|---|
| 6 | BugBand | | | | |
| 7 | BullFrog | | | | |
| 8 | Burt's Bees | | | | |
| 9 | Coleman | | | | |
| 10 | Cutter | | | | |
| 11 | EcoSMART | | | | |
| 12 | Off! | | | | |
| 13 | Ranger Ready | | | | |
| 14 | Sawyer | | | | |
| 15 | 3M Ultrathon | | | | |

| 16 | Zoe Organics | | | | |
|----|--------------|--|--|--|--|
| 17 | Repel | | | | |

**[IF S10 NOT EQUAL TO "YES" TO CUTTER (S10_10), SCREEN OUT]**

S11. You mentioned you have purchased **Cutter** brand personal insect repellent since January 1, 2011. Which of the following **Cutter** insect repellents have you purchased?

*(Select all that apply)*

**[RANDOMIZE OPTIONS 1-8. DISPLAY COLUMNS 3 TO 6 ONLY]**

| | | | Yes | No | Don't know/ Not Sure |
|---|---|---|---|---|---|
| 1 | All Family | Cutter All Family INSECT REPELLENT | | | |
| 2 | Lemon Eucalyptus | Cutter Lemon Eucalyptus INSECT REPELLENT | | | |
| 3 | Backwoods | Cutter BACKWOODS INSECT REPELLENT | | | |
| 4 | Dry | Cutter Dry INSECT REPELLENT | | | |
| 5 | Natural | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | Cutter Natural | | | |
| 6 | Skinsations | Cutter Skinsations | | | |
| 7 | Sport | Cutter Sport | | | |
| 8 | Unscented | Cutter Unscented | | | |

**[IF S11_5 (CUTTER NATURAL) NOT EQUAL TO "YES", SCREEN OUT]**

S12. Since <u>January 1, 2011</u>, approximately how many times have you purchased **Cutter Natural** insect repellent?

*(Select only one)*

1. Once
2. Between 2 and 5 times
3. More than 5 times
4. Don't Know / Not sure

S13. When did you most recently purchase **Cutter Natural** insect repellent?

*(Select only one)*

1. Within the last 3 months
2. Between 3 and 6 months ago

3. More than 6 months ago, but less than 1 year ago
4. Between 1 and 2 years ago
5. More than 2 years ago
6. Don't Know / Not sure

S14. This question is a little different. While most people carefully read and respond to the questions in our surveys, a small number do not. To verify that you have read this question carefully, please select the **[RANDOMLY ASSIGN FIRST, SECOND, THIRD, FOURTH, OR FIFTH]** response from the list below.

1. Extremely Important
2. Very Important
3. Somewhat Important
4. Not at all Important
5. Don't know / Not sure

**[TERMINATE IF RESPONDENT SELECTS WRONG ANSWER]**

**[QUOTA 300 RESPONDENTS.]**

# MAIN QUESTIONNAIRE

Q1. Please think back to the **most recent time** you purchased **Cutter Natural** insect repellent. Why did you decide to purchase this particular product? (*Please type in your response*)

Q2. Any other reasons? (*Please type in your response*)

Q3. Please review the following list. Which of these, if any, are reasons for your most recent purchase of **Cutter Natural** insect repellent?

*(Select all that apply)*

**[RANDOMIZE 1-18]**
**[SHOW ALL UNLESS OTHERWISE NOTED]**

1. Natural
2. Repels mosquitoes
3. Repels ticks
4. The length of time it works
5. Protection for the entire family
6. DEET-Free
7. Repels mosquitoes the natural way
8. Size of container
9. Trust the brand
10. Recognize the brand name
11. Not oily or greasy
12. Had a coupon / product on sale
13. Scent/smell of the product
14. Ease of application
15. Price of the product
16. Previous experience with this product
17. Satisfaction with previous purchase of this product
18. No other products available at the time of my purchase
19. Other *(Please specify)* **[ANCHOR. INCLUDE SEPARATE BOXES]**
20. Don't know / Not Sure **[ANCHOR; EXCLUSIVE]**

We are now going to ask you questions about your experience using **Cutter Natural** insect repellent. When answering these questions, please think back to the **most recent time** you used **Cutter Natural** insect repellent.

Q4. Was Cutter Natural Insect Repellent effective at repelling mosquitoes?
**[ROTATE SCALES 1-3 AND 3-1]**

1. Extremely effective at repelling mosquitoes
2. Somewhat effective at repelling mosquitoes
3. Not at all effective at repelling mosquitoes
4. Don't know / Not sure

Q5. How satisfied were you with Cutter Natural Insect Repellent?
**[ROTATE SCALES 1-5 AND 5-1]**

1. Very satisfied
2. Satisfied
3. Neither satisfied nor dissatisfied
4. Dissatisfied
5. Very dissatisfied
6. Don't know / Not sure

Q6. How long was Cutter Natural Insect Repellent effective at repelling mosquitoes?
**[ROTATE SCALES 1-4 AND 4-1]**

1. Less than 30 minutes
2. 30 minutes to 1 hour
3. More than1 hour but less than 2 hours
4. 2 hours or more
5. Don't know / Not sure

Q7. How often did you reapply Cutter Natural Insect Repellent?
**[ROTATE SCALES 1-4 AND 4-1]**

1. Two or more times every hour
2. Once every hour
3. Once every two hours
4. Once every three hours or longer
5. Don't know / Not sure

**Those are all the question we have for you. Thank you for participating in today's survey!**