# BURSOR & FISHER

888 SEVENTH AVENUE
NEW YORK, NY 10019
www.bursor.com

Yitzchak Kopel
Tel: 646.837.7127
Fax: 212.989.9163
ykopel@bursor.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 2 0 2019

November 18, 2019

*Via ECF and FedEx*

The Honorable George B. Daniels
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED:

*[signature]*
George B. Daniels, U.S.D.J.

Dated: NOV 2 0 2019

Re: *Parker v. United Industries Corp.*, Case No. 17-cv-05353-GBD, Letter re: Motion for Materials to be Filed Under Seal

Dear Judge Daniels:

    I represent Plaintiff in the above-captioned matter. Pursuant to Rule I.D of Your Honor's Individual Practices and Paragraph V.1 of the Stipulated Protective Order signed by the Court on October 5, 2017 (ECF No. 15),[1] I respectfully request to file under seal (1) the confidential portions of Exhibits 20, 23, 24, 27, 43, 65, 68, 69, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95 and 96 of the Declaration of Yitzchak Kopel in Opposition to Defendant's Motion for Summary Judgment and in Opposition to Defendant's *Daubert* Motions, (2) the portions of Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment that quote or reference documents and/or deposition testimony previously designated by the parties as "confidential" or "highly confidential," (3) the portions of Plaintiff's Memorandums of Law in Opposition to Defendant's *Daubert* motions that quote or reference documents and/or deposition testimony previously designated by the parties as "confidential" or "highly confidential," and (4) the portions of Plaintiff's Statement of Material Facts Pursuant to Local Rule 56.1 in Support of his Opposition to Defendant's Motion for Summary Judgment that quote or reference documents and/or deposition testimony previously designated by the parties as "confidential" or "highly confidential."

    These documents and deposition testimony contain information that the parties have designated as "Confidential" or "Highly Confidential" under the Stipulated Protective Order. Plaintiff therefore seeks to file the above documents under seal in accordance with his obligations under the Court's Protective Order.

    I have attached herewith one full unredacted set of the documents that were filed earlier today with redactions as **Appendices A-E**:

---

[1] Specifically, Section V.1 of the Protective Order states, "If a party files or seeks to file with the Court material that another party has designated "Confidential" or "Highly Confidential" under this Order, the filing party shall simultaneously file an *ex parte* application to seal the records that references this Order and that specifically sets forth the terms of this paragraph. In doing so, the filing party shall only seek to file under seal the portion of such material that is "Confidential" or "Highly Confidential."

| | |
|---|---|
| Appendix A: | Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment |
| Appendix B: | Exhibits 20, 23, 24, 27, 43, 65, 68, 69, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95 and 96 to the 11/18/19 Kopel Decl. (Defendant has designated these portions of deposition testimony and documents as "confidential" or "highly confidential") |
| Appendix C: | Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Exclude Expert Testimony of Dr. Scott W. Gordon |
| Appendix D: | Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Exclude Expert Testimony of Colin B. Weir |
| Appendix E: | Plaintiff's Statement of Material Facts Pursuant to Local Rule 56.1 in Support of his Opposition to Defendant's Motion for Summary Judgment |

Very truly yours,

*Y. Kopel*

Yitzchak Kopel

CC:   All counsel of record (via ECF)