UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

NICHOLAS PARKER, *on behalf of himself and all others similarly situated*,

                     Plaintiff,

-against-

UNITED INDUSTRIES CORPORATION,

                     Defendant.

------------------------------------x

ORDER

17 Civ. 5353 (GBD)

GEORGE B. DANIELS, District Judge:

The May 6, 2020 oral argument is adjourned to July 22, 2020 at 10:30 a.m.

Dated: April 21, 2020
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE