**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
NICHOLAS PARKER, on behalf of himself and
all others similarly situated,

                Plaintiff,                       17 **CIVIL** 5353 (GBD)

      -against-                             **JUDGMENT**

UNITED INDUSTRIES CORPORATION,
                Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Decision and Order dated September 29, 2020, Plaintiff's motion to preclude the testimony of Melissa Pittaoulis, (ECF No. 112), is granted; the parties remaining motions to exclude expert testimony, (ECF No. 88, 90, 99, 101), are denied; Plaintiff's partial motion for summary judgment, (ECF No. 92) is denied; Defendant's motion for summary judgment dismissing Plaintiff's claims, (ECF No.98), is granted.

**Dated:**  New York, New York
            September 30, 2020

                                                        **RUBY J. KRAJICK**
                                                    _____
                                                             Clerk of Court
                                          **BY:**
                                                              **Deputy Clerk**